No. 17-30167

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
_____

UNITED STATES OF AMERICA,

PLAINTIFF-APPELLEE,

V.

STEVEN DOUGLAS ROCKETT,

DEFENDANT-APPELLANT.
_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

THE HONORABLE MICHAEL SIMON, U.S. DISTRICT JUDGE
D.C. NO. 3:13-CR-00557-SI
_____

GOVERNMENT'S SUPPLEMENTAL EXCERPTS OF RECORD
ONE VOLUME
_____

BILLY J. WILLIAMS
UNITED STATES ATTORNEY
DISTRICT OF OREGON
KELLY A. ZUSMAN
APPELLATE CHIEF
**GARY Y. SUSSMAN**
**PAUL T. MALONEY**
ASSISTANT UNITED STATES ATTORNEYS
1000 SW THIRD AVENUE, SUITE 600
PORTLAND, OREGON 97204-2902
TELEPHONE: (503) 727-1000

# TABLE OF CONTENTS

**ECF No.**                                                                                    **SER**

130/167    Transcript Excerpts:  Day 2 – Jury Trial held May 17, 2016 (12/1/16) ......1

          Government Witnesses:

               Matthew Smith ................................................................4
               G.G. .................................................................................9
               V.P. ...............................................................................44

131/168    Transcript Excerpts:  Day 3 – Jury Trial held May 18, 2016 (12/1/16) ....69

          Government Witnesses:

               M.G. ..............................................................................72
               J.D.L. ............................................................................92
               G.G. ............................................................................126
                V.P. .............................................................................129
                Alex Gordon ...............................................................130

—          USDC Docket Sheet as of January 16, 2018 .............................................132

—          Certificate of Service

1                    IN THE UNITED STATES DISTRICT COURT

2                       FOR THE DISTRICT OF OREGON

3

4    UNITED STATES OF AMERICA,      )
                                    )
5              Plaintiff,           )   3:13-cr-00557-SI
                                    )
6        vs.                        )   May 17, 2016
                                    )
7    STEVEN DOUGLAS ROCKETT,        )   Portland, Oregon
                                    )
8              Defendant.           )

9

10                      (Jury Trial - Volume 2)

11                    TRANSCRIPT OF PROCEEDINGS

12            BEFORE THE HONORABLE MICHAEL H. SIMON

13             UNITED STATES DISTRICT COURT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

**SER 1**

```
 1                              APPEARANCES

 2

 3   FOR THE PLAINTIFF:     Paul T. Maloney
                           Gary Y. Sussman
 4                         Assistant United States Attorneys
                           1000 SW Third Avenue, Suite 600
 5                         Portland, Oregon   97204

 6

 7   FOR THE DEFENDANT:     Andrew D. Coit
                           Cohen & Coit, P.C.
 8                         800 Willamette Street, Suite 700
                           Eugene, Oregon   97401
 9
                           Chelsea B. Payment
10                         Cohen & Coit, PC
                           9200 SE Sunnybrook Boulevard, Suite 430
11                         Clackamas, Oregon   97015

12

13

14

15

16

17

18

19

20

21

22

23   COURT REPORTER:       Dennis W. Apodaca, RDR, RMR, FCRR, CRR
                           1000 SW Third Avenue, Room 301
24                         Portland, OR  97204
                           (503) 326-8182
25
```

**SER 2**

```
1                              INDEX
```

| | D | X | ReD | ReX |
|---|---|---|---|---|
| Preliminary matters | | | | 42 |
| Opening statement by Mr. Maloney | | | | 55 |
| Opening statement by Mr. Coit | | | | 68 |
| Witnesses: (For the Government) | D | X | ReD | ReX |
| Matthew Smith | 92 | 114 | 131 | 142 |
| Denise Biehn | 150 | | | |
| G.G. | 179 | 194 | 206 | 208 |
| V.P. | 213 | 224 | 233 | |

```
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

M. Smith - D

1   Q    And did you find similar language between the

2   communications?

3   A    Yes, I did.

4   Q    What language did you find common in some of these

5   communications that was pertinent to your investigation?

6   A    Specifically there were words, "front, back, no shy," and

7   those were very common terms.

8   Q    Did the defendant use those phrases in his communications

9   with the child known as N.S.?

10  A    Yes.

11  Q    Did he use those phrases in his communications

12  with Charis Jumoa-as?

13  A    Yes.

14  Q    Can you give context to those statements in the

15  communications with Charis Jumoa-as.  Let me withdraw that

16  question.  I'm going to try again.

17        Did you document separate from the communications --

18  particular communications in a report that were important to

19  your investigation?

20  A    Yes.

21  Q    Specifically did you document a statement made on

22  April 27, 2013 -- or that was attributed to be April 27, 2013,

23  in the Facebook records?

24  A    Yes.

25  Q    Was there a statement that began, "But when" --

**SER 4**

M. Smith - D

1          THE COURT:  Can you give me the time of that

2   statement on April 27, 2013, according to UTC hours.  We are in

3   Exhibit 4, correct?

4              MR. MALONEY:  Yes, Judge.  UTC 0521.

5              THE COURT:  One moment.

6   BY MR. MALONEY:

7   Q    Do you have that?

8   A    I am -- I am on the 27th right now.  I am just trying to

9   find that specific conversation here.

10             THE COURT:  It is also on the screen.

11             THE WITNESS:  There we go.  Yes, I'm looking right at

12  it.

13  BY MR. MALONEY:

14  Q    Who is the author?

15  A    The author is Steven Rockett.

16  Q    And the content of the writing?

17  A    Want me to read it?

18  Q    Sure.

19             THE COURT:  Slowly.

20             THE WITNESS:  "Okay.  I will be home in a few hours,

21  and I will try to be able to send some money then.  But when

22  Honeylene gets digi. cam, you have to send me private pictures

23  of Honeylene and her friend Gepanga so I can see how they are

24  eating and how their bodies change as they get older."

25

**SER 5**

M. Smith - D

1   BY MR. MALONEY:

2   Q    Later at 0505 UTC -- I believe it is the next page.  At

3   0538 UTC, was there a message from Steven Rockett?

4   A    Yes, there was.

5   Q    What was the content of that message?

6   A    "Just make sure to send special pictures of Honeylene and

7   Mariffer's -- both front and back -- full body."

8   Q    And at 0350 UTC, is there a message from Steven Rockett

9   on -- on May 1st, 2013?

10           THE COURT:  What time?

11           MR. MALONEY:  May 1st, 2013.

12           THE COURT:  What time?

13           MR. MALONEY:  0350 UTC.

14           THE COURT:  Thank you.

15           THE WITNESS:  Yes.

16   BY MR. MALONEY:

17   Q    What is the content of that?

18   A    Content was, "But would like to have more private pictures

19   of Honeylene and Mariffer."

20   Q    And did Ms. Jumoa-as respond at 0354?

21   A    She did.

22   Q    And what was her message?

23   A    "What kind?"

24   Q    And did Mr. Rockett respond at 0355 UTC?

25   A    He did.

**SER 6**

M. Smith - D

1  Q    And what was the content of that?

2  A    "No clothes.  Would like to see how healthy they are and

3  be able to see how their bodies change as they get older."

4  Q    And did Ms. Jumoa-as respond to that message at 0400 UTC?

5  A    Yes.

6  Q    And the content?

7  A    "It's hard to Mariffer, because I can't tell what to do."

8  Q    And at 0401 UTC, did Mr. Rockett reply to Ms. Jumoa-as's

9  message?

10  A    Yes.

11  Q    What did he write?

12  A    "Mariffer already agreed to take those pictures with

13  Honeylene."

14  Q    Last one.  At 0401 on May 1st, was a message sent from

15  Steven Rockett to Charis Jumoa-as?

16  A    Yes, there was a message sent.

17  Q    What did that message say?

18  A    "Just have them model swimsuits and take pictures and then

19  have them take off swimsuits and take pictures front and back."

20  Q    And later at 0404, did Mr. Rockett send another message?

21  A    He did.

22  Q    What was the content of that?

23  A    "Make sure to e-mail pictures to

24  stevenrockett@comcast.net."

25  Q    I'm sorry.  There is one more I want to draw your

M. Smith - X

1   attention to.  On May 8th 0655, a message from Steven Rockett

2   to Charis Jumoa-as.

3   A    Yes.  I have located the message.

4   Q    0655, May 8th.  What does that message read?

5   A    "Just make sure it is a lot of pictures and shows -- front

6   and back -- no shy and no worry.  Only I will ever see the

7   pictures."

8            MR. MALONEY:  That's all the questions I have.

9            THE COURT:  Cross-examination.  Thank you,

10  Your Honor.

11                      CROSS-EXAMINATION

12  BY MR. COIT:

13  Q    Good morning, Sergeant Smith.

14  A    Good morning.  How are you?

15  Q    I'm fine.  Thanks for asking.  How are you?

16  A    Okay.

17  Q    If I call you Detective Smith, please forgive me.

18  A    No problem, sir.

19  Q    So it sounds like, Sergeant Smith, that Mr. Rockett here

20  came on your radar sometime in early 2013.  Is that fair to

21  say?

22  A    Yes.

23  Q    And it sounds like the exact date was February 26th, 2013.

24  That's in your report, isn't it?

25  A    Yes.

**SER 8**

D. Biehn - D

1          MR. MALONEY:  Those are all my questions, Your Honor.

2          THE COURT:  Cross-examination.

3          MR. COIT:  With the Court's permission, I understand

4    that Agent Biehn is going to be testifying again.  With the

5    Court's permission, I would like to reserve my

6    cross-examination for her second round of testimony.

7          THE COURT:  That will be just fine.

8          MR. COIT:  If that's acceptable to the Court.

9          THE COURT:  All right.  Agent Biehn, you may step

10   down.  I understand we will be hearing from you later.

11         THE WITNESS:  Thank you, Your Honor.

12         THE COURT:  All right.  Thank you.  The Government

13   may call the next witness.

14         MR. SUSSMAN:  Your Honor, the Government calls the

15   child identified in the indictment by the initials G.G., who

16   will going by the name Gebi, G-E-B-I here in trial.  We will

17   also need to bring an interpreter in as well.

18         THE COURT:  Very good.  You may proceed.

19         MR. MALONEY:  Your Honor, the interpreters have

20   requested to have two chairs, one above and one below.

21         THE CLERK:  I have a chair up there.

22         MR. MALONEY:  We have a second interpreter.  They are

23   going to hand off in direct and cross.  They don't want to

24   impact the proceedings and swiftly be able to do the turn-over.

25         THE COURT:  That's fine.  We will be glad to

**SER 9**

G.G. - D

1    accommodate.

2         MR. COIT:  Your Honor, may Mr. Maloney and I approach

3    very briefly?

4         THE COURT:  You may.

5         (Discussion was held off the record at sidebar.)

6         (The witness was duly sworn.)

7                    DIRECT EXAMINATION

8    BY MR. SUSSMAN:

9    Q    Gebi, will you tell the jury how old you are?

10   A    I am 16 years old.

11   Q    You are speaking English there?

12   A    Yeah.

13   Q    Do you speak English well?

14   A    Not well.

15   Q    Would you feel more comfortable speaking in English or an

16   interpreter?

17   A    I would like to use interpreter.

18   Q    Okay.  You will use the interpreter.  If you feel

19   comfortable in answering in English, feel free to answer in

20   English.  If you would rather answer in your native language,

21   answer in your native language.  It is up to you whichever you

22   choose.

23   A    Okay.

24   Q    Would you tell the jury, please, where you live?

25   A    I live in Cebu City, Barangay Luz.

**SER 10**

G.G. - D

1  Q    Is that in the Philippines?

2  A    Yeah, philippines.

3  Q    Have you lived in Cebu City your entire life?

4  A    Yeah.

5  Q    Are you still in school there?

6  A    Yeah.

7  Q    What's the name of your school?

8  A    Barrio Luz National High School.

9  Q    What grade are you in?

10 A    Fourth year of high school.

11 Q    Will you graduate this year?

12 A    Yeah.

13 Q    What's your favorite subject in school?

14 A    Sports club and Filipino -- Filipino subject.

15 Q    Do you have any brothers or sisters?

16 A    Yeah.

17 Q    How many?

18 A    One brother, two sisters.

19 Q    What are your brother and sisters' first names?

20 A    My brother's name is Dongi, D-O-N-G-I.

21 Q    And how old is Dongi?

22 A    20.

23 Q    And your sister's names?  First names only, please.

24 A    Mariffer and Montessa.

25 Q    How old is Mariffer?

**SER 11**

G.G. - D

1   A    Nine, ten.

2   Q    You are not sure?

3   A    I'm not sure.

4   Q    And the other sister, how old is she?

5   A    Six years old.

6   Q    Very young?

7   A    Yeah.

8   Q    Do they live in the same place as you in Cebu City?

9   A    Yeah.

10  Q    I want to talk to you a little bit about Steven Rockett,

11  okay?

12  A    Okay.

13  Q    Do you know Steven Rockett?

14  A    Yeah.

15  Q    When did you first meet him?

16  A    Cebu City.

17  Q    When?

18  A    I think last 2012.

19  Q    And about how old were you when you first met Mr. Rockett?

20  A    12, running 13.

21  Q    How did you meet him?

22  A    Through Facebook.  My friends.

23  Q    And did you meet him in person at any time in Cebu City?

24  A    Yeah.

25  Q    Was Mr. Rockett living in Cebu City at the time or just

G.G. - D

1   visiting?

2   A    Just visiting.  He was just visiting.

3   Q    Do you know where Mr. Rockett was staying when he was

4   visiting Cebu City?

5   A    Yeah.

6   Q    Where was he staying?

7   A    Park Lane Hotel.

8   Q    Did you ever visit Mr. Rockett's room at the Park Lane

9   Hotel?

10  A    Yeah, one night.

11  Q    Did Mr. Rockett invite you to go to his room at the

12  Park Lane Hotel?

13  A    Yeah, with my friends.

14  Q    And did you and your friends go to visit him at the hotel

15  room?

16  A    Yeah.

17  Q    When did you go to the hotel room to Mr. Rockett's hotel

18  room?

19  A    I forgot.

20  Q    Was it during the daytime or night?

21  A    Nighttime.

22  Q    And you said you went there with some friends?

23  A    Yeah.

24  Q    Who else did you go to the hotel room with?

25  A    Angela, Ronami, Mark, Vonjuvy, Budoy Garcia, also Marjune

G.G. - D

1  (phonetic).

2  Q    About how old was Vonjuvy at the time?

3  A    I think 14 or 15.

4  Q    And Mark?  How old was Mark?

5  A    14.

6  Q    And is he any relation to Mahal Tan?

7  A    Yeah, brother.

8  Q    So Mark is the younger or older brother of Mahal Tan?

9  A    Younger.  Younger brother.

10  Q    And you mentioned someone named Marjune?

11  A    Yeah.

12  Q    How old was Marjune?

13  A    15.

14  Q    And is Marjune a boy or a girl?

15  A    Boy.

16  Q    And you said there was someone named Angela?

17  A    Yeah.  It is a girl.

18  Q    How old is Angela?

19  A    15.

20  Q    Was there someone named Kit John also?

21  A    Yeah.  Kit John.

22  Q    For the benefit of the court reporter that's

23  K-I-T, J-O-H-N?

24        How old is Kit John?

25  A    15.

**SER 14**

G.G. - D

1  Q    Is Kit John a boy or girl?

2  A    A boy.

3  Q    So what did you and the others do when you first got to

4  Mr. Rockett's hotel room at the Park Lane Hotel?

5  A    Take a shower.

6  Q    You did that right away as soon as you got there?

7  A    We rested a bit.

8  Q    Rested where?

9  A    In his room.

10  Q    On the bed?

11  A    Yeah.

12  Q    Gebi, would you please try to speak into the microphone so

13  everyone can hear you.

14  A    Yeah.  I'm sorry.

15  Q    You said at some point you took a shower at the hotel

16  room.

17  A    Yeah.

18  Q    Were you the only one of the children there to take a

19  shower?

20  A    No, my friends.

21  Q    All of your friends took showers there too?

22  A    Only me, Marjune, and Budoy.

23  Q    How about Mark?

24  A    Yeah, Mark.

25  Q    Kit John?

G.G. - D

1    A    He was in the bed.

2    Q    What about the girl, Angela?

3    A    She was in the bed.

4    Q    Did you take a shower by yourself or with someone else?

5    A    Someone else.

6    Q    How many others did you take a shower with?

7    A    Three.

8    Q    All at once or in groups?

9    A    In groups.

10    Q    How many in each group?

11    A    Three.

12    Q    Three?

13    A    Not the same for the female.

14    Q    Okay.  Whose idea was it for you guys to all take showers

15  in the hotel room?

16    A    Just us.

17    Q    Did you understand my question?  The question I asked was:

18  Whose idea was it to take showers in the hotel room?

19    A    Can you repeat?

20    Q    Did you ask to take a shower in the hotel room, or were

21  you told to take a shower in the hotel room?

22    A    What was that?

23    Q    Did you ask Mr. Rockett if you could take a shower at the

24  hotel, or did somebody tell you that you should take a shower

25  at the hotel room?

G.G. - D

1   A    We just wanted to take a shower.

2   Q    And you went into the shower with one or two other people?

3          MR. COIT:  Objection.  Asked and answered.

4          THE COURT:  Overruled.

5          THE WITNESS:  Yeah.

6          THE INTERPRETER:  Your Honor, may the interpreter

7   interpret the objection and your response?

8          THE COURT:  You may, but I don't think it is

9   necessary.

10         THE INTERPRETER:  That's fine, Your Honor.

11  BY MR. SUSSMAN:

12  Q    And did anything unusual happen while you were in the

13  shower?

14  A    Yeah.

15  Q    What happened?

16  A    He is taking me a picture.

17  Q    Who took your picture?

18  A    Steven.

19  Q    While you were in the shower?

20  A    Yeah.

21  Q    Naked in the shower?

22  A    Yeah.

23  Q    Were you the first one to take a shower that night in

24  Mr. Rockett's hotel room?

25  A    No.

G.G. - D

1    Q    Do you remember who took the first shower?

2    A    I think Mark and Vonjuvy.

3    Q    Did anything unusual happen -- I am sorry?

4    A    I think Mark, Vonjuvy, and Marjune.

5    Q    Did anything happen when Mark and Vonjuvy were in the

6    shower?

7    A    I don't know.

8    Q    Do you know whether Mr. Rockett went into the shower or

9    the bathroom while they were in the shower as well?

10   A    Repeat, please.

11   Q    Do you know whether Mr. Rockett walked into the bathroom

12   when Vonjuvy and Mark were in the shower as well?

13   A    I think so.

14   Q    Are you certain one way or the other?

15   A    No.

16   Q    All right.  Let's focus on what happened when you were in

17   the shower.  When you were in the shower, did you lock the

18   bathroom door when you went into the bathroom?

19   A    I asked my friend to lock, but I didn't know he --

20   Q    You asked your friend to lock the door, but it didn't get

21   locked?

22   A    Yeah.  Yeah.

23   Q    Did Mr. Rockett knock on the door before he walked in

24   while you were in the shower?

25   A    No.

G.G. - D

1    Q    He just walked in?

2    A    Yeah.

3    Q    Did he bring anything into the bathroom with him?

4    A    Camera.

5    Q    What kind of camera?

6    A    Canon, big camera.

7    Q    A big camera?

8    A    Yeah.

9    Q    What color?

10   A    Black.

11   Q    Did it have a big lens on it?

12   A    Yeah.

13   Q    Do you remember what color the lens was?

14   A    Not anymore.

15   Q    And so what happened when Mr. Rockett walked in with the

16   big camera?

17   A    He take a picture.

18   Q    Just one picture?

19   A    Yeah.

20   Q    And you did not have any clothes on at all?

21   A    Yeah.

22   Q    You did or you did not have clothes on?

23   A    Naked.

24   Q    How about Marjune?  Did Marjune have clothes on or off in

25   the shower?

G.G. - D

```
1    A    All of us had nothing on.

2    Q    What did you do when Mr. Rockett walked in with the camera

3    to take the picture?

4    A    Cover.

5    Q    You tried to cover yourself up?

6    A    Yeah.  Yeah.

7    Q    What did Mr. Rockett say when you did that?

8    A    He said, "Don't be shy."

9    Q    "Don't be shy"?

10   A    Yeah.

11   Q    Did he say that once or more than once?

12   A    More than once.

13   Q    And could you hear the sound of the camera as he was

14   taking pictures?

15   A    Yeah.

16   Q    Did you hear the camera just once?  One click or multiple

17   clicks?

18   A    Just once.

19   Q    Did he show you any photos that he took of you while you

20   were in the shower?

21   A    No.

22   Q    Did Mr. Rockett try to touch your body at all while you

23   were in the shower?

24   A    No.

25   Q    Did he try to touch your body at any time that night when
```

G.G. - D

1   you were in his hotel room?

2   A    No.

3   Q    Did you try going back to Mr. Rockett's hotel room another

4   night after that?

5   A    No.

6   Q    Did you keep in touch with Mr. Rockett through Facebook or

7   some other means after he returned to the United States?

8   A    Yeah.

9   Q    How did you try and keep in touch with him?

10  A    Facebook.

11  Q    Did you receive any gifts from Mr. Rockett?

12  A    Yeah.

13  Q    Was that after he returned to the United States?

14  A    Yeah.

15  Q    What sort of gifts did you receive from him?

16  A    Shorts, chocolates, candies, and T-shirts.

17  Q    T-shirts?

18  A    T-shirts and shorts, candies, and chocolates.

19  Q    Did he ever send you a camera or cellular telephone?

20  A    No.

21  Q    Did you chat with him over Facebook about getting a camera

22  or a cellular phone?

23  A    Yeah.

24  Q    What did Mr. Rockett say about that?

25  A    He asked for me to send him a privacy picture.

G.G. - D

1   Q     A privacy picture?

2   A     Yeah.

3   Q     What did you understand "a privacy picture" to mean?

4   A     A naked picture.

5   Q     Did you own a camera at that point?

6   A     No.

7   Q     Did you own a cell phone that had a camera in it at that

8   point?

9   A     No.

10  Q     How were you supposed to take a naked picture of yourself

11  then, if you didn't own a camera or a cell phone?

12  A     He mentioned something about a friend of mine having a

13  camera.

14  Q     So he wanted you to use someone else's camera to take and

15  send a picture to him?

16  A     Yeah.

17  Q     Do you remember whose camera you were supposed to use?

18  A     Yeah.

19  Q     Who?

20  A     Mark -- about cameras.

21  Q     And how old is Mark?

22  A     14, 15 or so.

23  Q     And had Mr. Rockett left a camera with Mark?

24            MR. COIT:  Objection.

25            THE COURT:  Basis?

G.G. - D

1          MR. COIT:  Hearsay.

2          THE COURT:  I'm going to sustain the objection.  You

3   can ask some foundational questions.

4   BY MR. SUSSMAN:

5   Q    Do you know whether Mr. Rockett left a camera with Mark?

6   A    Yeah.

7          MR. COIT:  Can I ask a question in aid of an

8   objection?

9          THE INTERPRETER:  Yes, he did.

10         THE COURT:  No, not right now.

11         But, Mr. Sussman, will you inquire whether this

12  witness saw Mark with a camera, or if he learned about it from

13  hearing about it from Mark.

14         MR. SUSSMAN:  That was my next question, Your Honor.

15  BY MR. SUSSMAN:

16  Q    Did you see Mark in possession of a camera?

17  A    Yeah.

18         THE COURT:  The objection is overruled.  You may

19  continue.

20  BY MR. SUSSMAN:

21  Q    Did you borrow Mark's camera to take a picture for

22  Mr. Rockett?

23  A    No.

24  Q    Did you send Mr. Rockett a privacy picture of yourself?

25  A    No.

G.G. - D

1  Q    How did it make you feel when Mr. Rockett walked in while
2  you were taking a shower and took a picture of you?
3  A    I feel nervous.
4  Q    And how did it make you feel when Mr. Rockett asked you to
5  send him a privacy picture of yourself?
6  A    What was that?
7  Q    How did you feel when Mr. Rockett asked you to send him a
8  privacy picture of yourself?
9  A    I feel embarrassed.
10  Q    Did Mr. Rockett ever send you a cell phone?
11  A    No.
12  Q    Did he ever send you a camera?
13  A    No.
14  Q    Did you see Mr. Rockett again after that in Cebu?
15  A    No.
16  Q    Gebi, look around the courtroom and tell me if you see the
17  person we have been talking about named Steven Rockett in the
18  courtroom.
19  A    Yeah.
20  Q    Would you point him out to us and tell us what he is
21  wearing, please.
22  A    He is.
23  Q    What's he wearing?
24  A    Black.
25  Q    What color shirt?

G.G. - X

1    A    Maroon.

2    Q    You are pointing to the defendant Steven Rockett.

3            MR. SUSSMAN:  Your Honor, let the reflect that he is

4    in fact identifying the defendant in this case.

5            THE COURT:  The record will so reflect.

6            MR. SUSSMAN:  That's all I have.  Thank you.

7            THE COURT:  Mr. Coit, you may ask questions, or

8    Ms. Payment.

9            MR. COIT:  Thank you, Your Honor.

10                        CROSS-EXAMINATION

11   BY MR. COIT:

12   Q    Afternoon, sir.

13   A    Good afternoon.

14   Q    Do you like to be called Gebi; is that correct?

15   A    Yeah.

16   Q    Do you also go by GebGeb?

17   A    Yeah.

18   Q    I'm sorry.  Can you remind us how old you are, please.

19   A    I'm 16 years old.

20   Q    Do you recall meeting -- do you know what the FBI is?

21   A    Yeah.

22   Q    What do you think the FBI is?

23   A    Police.

24   Q    Is it the police for America?

25   A    Yeah.

G.G. - X

1   Q    Did you meet with some FBI agents when they were

2   investigating Mr. Rockett in this particular case?

3   A    Yeah.

4   Q    How many times did you meet with the FBI agents in the

5   Philippines?  Start with that.

6   A    Only once.

7   Q    Okay.  Do you recall meeting with FBI agents in October of

8   2014 when they took your initial statement?

9   A    Not anymore.

10          MR. COIT:  Is that currently off for the jury?  If I

11  may inquire.

12  BY MR. COIT:

13  Q    Gebi, I'm going to show you a picture.  It has been marked

14  as Defendant's Exhibit 121.  Can you see that picture clearly

15  from where you are standing, sir?

16  A    Yeah.

17  Q    Is that you?

18  A    Yeah.

19  Q    Was that taken about a year and a half ago?

20  A    Yeah.

21  Q    Was that taken by American police?

22  A    No.

23  Q    Who took that photo?

24  A    Jefferlyn.

25  Q    Jefferlyn Llamos?

G.G. - X

1   A     Yeah.

2           MR. COIT:  May I approach the witness, Your Honor?

3           THE COURT:  You may.

4           MR. COIT:  I am going to have to use the interpreter

5   for this purpose.

6   BY MR. COIT:

7   Q    Gebi, I'm going to show you a statement.  I am going to

8   have the interpreter read it to you.  Please take as much time

9   with the interpreter as you need.

10          MR. COIT:  May I have a moment, please, Your Honor?

11          THE COURT:  You may.

12          MR. COIT:  May I approach, Your Honor?

13          THE COURT:  You may.

14  BY MR. COIT:

15  Q    Gebi, just to move things along a little bit and to speed

16  things up, I'm going to show you two statements that I

17  understand you made to American police while you were in the

18  Philippines.  Please take as much time as you need to review

19  these and let us know when you are done.

20          (Pause in proceedings.)

21          MR. COIT:  Your Honor, I think we are at a place --

22  if I could inquire.  I don't think I need an interpretation of

23  any more of the statement.  It sounds like you are on the third

24  paragraph of page 02891; is that correct?

25          THE INTERPRETER:  That's correct, 2891.

G.G. - X

1      MR. COIT:  You've read the previous three pages that

2  I handed you; is that correct?  That would be 1895 and 1896.

3      THE INTERPRETER:  1896 has been read and 1895.

4      MR. COIT:  I think that should be sufficient

5  examination of the prior statement for purposes of these next

6  questions.  If you could please leave that up there, those

7  documents, in case we need to refer to them.

8  BY MR. COIT:

9  Q   Gebi, do you remember after -- let me wait until the

10  interpreter is ready.

11      Gebi, do you remember after reading those two

12  documents that I just handed you that, in fact, you met with

13  American police two times in the Philippines?

14  A   Yes.  They just suddenly arrived.

15  Q   On the first visit or the second visit?

16  A   The second visit.

17  Q   Thank you, Gebi.  On the first visit, they wanted to talk

18  to you about what happened, correct?

19  A   Yeah.

20  Q   And the second visit from American police was more

21  concerned with how they were going to logistically get you to

22  the United States; is that correct?

23  A   That's what they said.

24  Q   Is that consistent with your own recollection?

25  A   What do you mean?

G.G. - X

1  Q    Is what you just saw in these reports consistent with your

2  own recollection?  Is it the same as what you remember?

3  A    Yeah.

4  Q    Okay.  Now, you just testified in response to questions

5  asked by the Government that you essentially had one

6  uncomfortable encounter with Mr. Rockett inside a hotel room;

7  is that correct?

8  A    Yeah.

9  Q    And that that incident only involved Mr. Rockett taking

10 one photo of you, correct?

11 A    Yeah.

12 Q    Is that the truth?

13 A    Yeah.

14 Q    Why did you tell American police that pretty much the

15 exact same thing happened again a week after the first

16 incident?

17 A    I only went there once.

18 Q    Okay.  Do you recall telling American police that, not

19 only did something happen in the Park Lane Hotel, but it

20 happened again approximately one or two weeks later?

21 A    To me?

22 Q    Yes.

23 A    No.

24 Q    Will you look at, please, the bottom of page 01985 and the

25 top of page 01986.  Please read the last four lines of 01985

G.G. - X

1   and the first line of 01986.

2          MR. SUSSMAN:  Assuming he means to himself,

3   Your Honor.

4          THE COURT:  He may read it himself or you may

5   translate it.

6          THE WITNESS:  I'll read it myself.

7          THE COURT:  Very good.

8          THE WITNESS:  Okay.

9   BY MR. COIT:

10   Q    It appears from that report that you made a statement that

11   is somewhat consistent with what you testified here today, but

12   then you told the officer that the same incident happened about

13   a week or two later.  Specifically I want to ask you about the

14   statement that says, "G.G. stated that" --

15          MR. SUSSMAN:  Your Honor, I don't think he should be

16   reading from the report.

17          THE COURT:  Sustained.

18   BY MR. COIT:

19   Q    Did you make the statement that not only did -- did you

20   make the statement to American police in 2014 that not only did

21   Mr. Rockett do this to you once, but he did it to you again

22   about a week later?

23   A    No.

24   Q    So the only thing that Mr. Rockett did anything

25   inappropriate, in your mind, was the one time at the Park Lane

G.G. - X

1   Hotel, correct?

2   A    Yeah.

3   Q    And you are positive about that, and this report does not

4   refresh your recollection about any other possible incidents?

5   A    Will you please repeat what you just said.

6   Q    Sure.  You are positive that Mr. Rockett only engaged in

7   inappropriate contact with you on one occasion?

8   A    Yeah.

9   Q    And this report I showed you does not refresh your

10  recollection about any other incidents?

11  A    No.

12  Q    No?

13  A    No.

14          THE COURT:  I think we have covered this topic quite

15  thoroughly.  You can move on to another topic.

16          MR. COIT:  Thank you, Your Honor.

17  BY MR. COIT:

18  Q    How many times have you spoken with American police since

19  you arrived in America?

20  A    What?

21  Q    How many times have you spoken with American police since

22  you arrived in America?

23  A    They are here to look after us.

24  Q    Okay.  Have you provided any interviews about the subjects

25  that we're talking about here today?

G.G. - X

1   A    Not anymore.

2   Q    None since the Philippines?

3   A    Only in the Philippines.

4   Q    Okay.  Who did you come to America with for purposes of

5   this trial?

6   A    My mother and my other -- and the other people who were

7   going to testify.

8   Q    Is that your sister Mariffer?

9   A    Yeah.

10  Q    You have been given quite a bit of money by the

11  United States Government for being here, correct?

12  A    It wasn't a lot.

13  Q    The information I have is that you are receiving about

14  380 U.S. dollars a day for being here.

15  A    No, not correct.

16  Q    What are you receiving?

17  A    100 a day.

18  Q    Does that include your hotel room?

19  A    No.

20  Q    Does that include your meals?

21  A    No.

22  Q    So you are receiving $100 a day on top of your meals and

23  your hotel?

24  A    Yeah.

25  Q    How long would it take for the average person in Cebu to

G.G. - X

```
 1   make 100 U.S. dollars?

 2              MR. SUSSMAN:  Your Honor, I think that may be a

 3   little beyond the ken of a 16-year-old boy.

 4              THE COURT:  We will find out.  Overruled.

 5              THE WITNESS:  I don't know.

 6   BY MR. COIT:

 7   Q    Does your mom work in Cebu City?

 8   A    Yeah.

 9   Q    Do you know how much she makes in one month?

10   A    1,000, more.

11   Q    1,000 pesos?

12   A    Under 2,000.

13   Q    102,000 pesos?

14              THE COURT:  No. I think I heard "under 2,000."

15   BY MR. COIT:

16   Q    Pesos?

17   A    Pesos.

18   Q    In one month.  So that's less than 50 U.S. dollars in one

19   month, correct?

20              MR. SUSSMAN:  May I ask a question in aid of an

21   objection?

22              THE COURT:  After this answer.

23              MR. SUSSMAN:  Your Honor, the question in aid of an

24   objection goes to his ability to answer.

25              THE COURT:  I'm going to overrule the objection, get
```

G.G. - X

1   the answer, and then I'll let you answer.  You may answer, if
2   you know the answer.
3          THE WITNESS:  Repeat that.
4          THE COURT:  One second.  What did he say?
5          THE WITNESS:  Repeat.
6          MR. COIT:  I think he wants me to repeat it,
7   Your Honor.
8          THE COURT:  Then now I'm going to let Mr. Sussman
9   inquire.
10  BY MR. SUSSMAN:
11  Q    Gebi, do you know what the exchange rate is between
12  Philippine pesos and the United States dollar?
13  A    Yeah.
14         MR. SUSSMAN:  I withdraw my objection then.
15  BY MR. COIT:
16  Q    Gebi, your mom makes less than 50 U.S. dollars a month,
17  doesn't she?
18  A    Yeah.
19  Q    So both you, your sister, and your mom are receiving $100
20  per day for being here, correct?
21  A    I think so.
22  Q    So in one day your family is essentially bringing in the
23  same amount --
24         THE COURT:  Counsel, that sounds like that is
25  argument.  Save it for argument.

**SER 34**

G.G. - X

1          MR. COIT:  Thank you.  Withdrawn, Judge.

2    BY MR. COIT:

3    Q    Gebi, you mentioned you were here with a parole officer;

4    is that correct?

5    A    What's a parole officer?

6    Q    Are you here with an escort -- someone from the

7    United States to watch over you?

8    A    Yeah.

9    Q    Who is that person?

10   A    I don't know what his name is.

11   Q    Is he an American?

12   A    Yeah.

13   Q    Have you got to do anything since you have come to America

14   other than come to court?

15   A    Like what?

16   Q    Have you gone to the mall?

17   A    Yeah.

18   Q    Who with?

19   A    With my family.

20   Q    Did you have your American escort with you?

21   A    Yeah.

22   Q    Did you take a picture of yourself in a mall bathroom and

23   post it as your new Facebook profile?

24   A    Mall bathroom?

25   Q    Yeah.

G.G. - X

1   A    No.

2   Q    Where was the Facebook photo that you posted -- after you

3   arrived in America -- where was that taken?

4   A    Narita Airport.

5   Q    In Tokyo?

6   A    Yeah.

7   Q    Is this your first time to America?

8   A    Yeah.

9   Q    Do you remember telling American police that you wouldn't

10  mind coming to America to testify for Mr. Rockett so long as

11  they provided you compensation?

12  A    Huh?  What was that?

13  Q    Do you recall back when you were back in the Philippines

14  telling the American police that you wouldn't mind coming to

15  America for this case, but you would need to be compensated;

16  you would need your expenses paid for?

17          THE COURT:  One moment.  Counsel, there is a

18  difference between "being compensated" and "having expenses

19  paid for."  I would direct you to break those up into separate

20  questions.  Let's wait for the next question.

21          MR. COIT:  Maybe I can rephrase it, Your Honor.

22  Thank you.

23  BY MR. COIT:

24  Q    Gebi, what was your understanding when you came to the

25  United States about how you would be compensated?

**SER 36**

G.G - ReD

1  A    What?

2           THE COURT:  Haven't we already covered this?

3           MR. COIT:  That's fine, Your Honor.  No further

4  questions.

5           THE COURT:  Mr. Sussman.

6                    REDIRECT EXAMINATION

7  BY MR. SUSSMAN:

8  Q    Gebi, Mr. Coit asked you about some things that were

9  written in FBI reports from 2014.  Do you remember those

10  questions?

11  A    I don't think so.

12  Q    The reports that you looked at before, those were FBI

13  reports.

14  A    I think.

15  Q    Those reports were written back in 2014, right?

16  A    I don't know.

17  Q    Is it fair to say that your memory of events of 2012 was

18  probably better when you talked to the FBI in 2014 than it is

19  now?

20  A    Can you repeat?

21           THE COURT:  I think that's also better saved for

22  argument.

23  BY MR. SUSSMAN:

24  Q    As you sit here today, do you remember pretty clearly what

25  happened in Mr. Rockett's hotel room back in 2012?

G.G - ReD

1    A    Yeah.

2    Q    And do you recall specifically being in the shower with no

3    clothes on and in Mr. Rockett's hotel that night?

4    A    Yeah.

5    Q    And do you remember specifically Mr. Rockett walking into

6    the bathroom while you were in the shower naked and taking your

7    picture?

8    A    Yeah.

9    Q    Did he have your permission to do that?

10   A    No.

11   Q    Did you ask him to do that?

12   A    No.

13   Q    Did you want him to do that?

14   A    No.

15   Q    Did you try to cover yourself up so he wouldn't do that?

16   A    Yeah.

17   Q    But he did it anyway?

18   A    Yeah.

19   Q    Mr. Coit showed you a photograph of you holding a box.  Do

20   you remember when that picture was taken?

21   A    No.

22   Q    Do you remember what box you were holding in that picture?

23   A    LBC box.

24   Q    And was that LBC box a gift to you from Mr. Rockett?

25   A    Yeah.

G.G. - ReX

1   Q    And you said that Jefferlyn took the photograph of you

2   holding the LBC box?

3   A    Yeah.

4   Q    And do you know whether Mr. Rockett sent LBC boxes for

5   many children to Jefferlyn for her to give to others?

6   A    Yeah.

7   Q    And who is Jefferlyn?

8   A    Sister of John Dave.

9   Q    John Dave's older sister or younger sister?

10  A    Older sister.

11            MR. SUSSMAN:  Thank you, sir.  That's all I have.

12            THE COURT:  Mr. Coit, any questions within the scope

13  of redirect?

14            MR. COIT:  Please, Your Honor.

15                         RECROSS-EXAMINATION

16  BY MR. COIT:

17  Q    You said Jefferlyn is John Dave's older sister, correct?

18  A    Yeah.

19  Q    John Dave is about five years older than you, isn't he?

20  A    Yeah.

21  Q    And Jefferlyn is about four or five years older than

22  John Dave, isn't she?

23  A    That's what I know.

24  Q    That's your understanding?

25  A    Yeah.

G.G. - ReX

1   Q    She is about 25 or 26 years old today, isn't she?

2   A    Maybe.

3   Q    Gebi, I am going to show you a picture.

4         MR. COIT:  Is this off for the jury?  Yes.

5   BY MR. COIT:

6   Q    I'm going to show you a picture that the jury can't see

7   right now, Gebi.  It might be better --

8         MR. COIT:  May I approach, Your Honor?  This doesn't

9   come up that good on the projection.

10        THE COURT:  You may.

11  BY MR. COIT:

12  Q    Gebi, I'm going to show you what has been marked as

13  Defendant's 120.  Please take a look at that picture.  Is that

14  Jefferlyn Llamos?

15  A    Yes.

16  Q    Does that picture appear to depict how she looked five

17  years ago?

18  A    I think.

19        MR. COIT:  Your Honor, I move to admit 120 and 121.

20  120 is one of the stills that is already in evidence as part of

21  Government's 5, but for purposes of identification I would like

22  to mark it separately as a defendant's exhibit.

23        121 is the exhibit we have already referenced, which

24  is the photo of Gebi holding the package.

25        THE COURT:  Any objection to 120?

**SER 40**

G.G. - ReX

1          MR. SUSSMAN:  No, Your Honor.

2          THE COURT:  120 is received in evidence.

3          Any objection to 121?

4          MR. SUSSMAN:  No.

5          THE COURT:  121 is received in evidence.

6          MR. COIT:  Your Honor, Gebi has 120.  I will forward

7   121 to the Court, if I may approach, please.

8          THE COURT:  You may, but I don't need it right now.

9   BY MR. COIT:

10  Q    Gebi, it sounds like this alleged incident involving

11  Mr. Rockett is something that is not hard for you to remember,

12  correct?

13  A    Yes.

14  Q    Had it happened more than once, do you feel like you would

15  have remembered that as well?

16          MR. SUSSMAN:  Your Honor, that calls for speculation.

17          THE COURT:  Overruled.

18          THE INTERPRETER:  Would counsel please repeat the

19  question.

20  BY MR. COIT:

21  Q    Had Mr. Rockett behaved inappropriately with you more than

22  once, you would have remembered that as well, wouldn't you?

23  A    What?

24  Q    Would you have remembered if Mr. Rockett had behaved

25  inappropriately with you on more than one occasion?

G.G. - Further

1    A    No.

2    Q    You wouldn't?

3    A    No.

4    Q    So it is possible that Mr. Rockett could have behaved

5    inappropriately with you on more than one occasion and you have

6    forgotten some of them but remembered other ones?

7    A    I remember a lot more from my friends -- that he did to my

8    friends.

9    Q    I only want to talk about what happened to you, okay.

10          Is your memory -- my question is, would you have

11   remembered if Mr. Rockett behaved inappropriately just with you

12   on more than one occasion?

13   A    I don't really understand.  Would you please repeat.

14   Q    Do you have any problems with your memory?

15   A    It seems like it.

16          MR. COIT:  No further questions.

17          THE COURT:  Anything further, Mr. Sussman, within the

18   scope of recross?

19          MR. SUSSMAN:  Yes, Your Honor, unfortunately, I do.

20                    FURTHER EXAMINATION

21   BY MR. SUSSMAN:

22   Q    Gebi, take a look as Exhibit 120, the photo that you

23   identified being of Jefferlyn.

24          THE COURT:  Is that what he has or what Mary has?

25          MR. COIT:  He has 120.

**SER 42**

G.G. - Further

1          THE CLERK:  I think he has 120.

2          MR. COIT:  Yes.

3    BY MR. SUSSMAN:

4    Q     Do you have Exhibit 120 in front of you?

5    A     Yeah.

6    Q     Were you present when that photo was taken?

7    A     No.

8    Q     Do you know when that photo was taken?

9    A     No.

10   Q     Do you know precisely how old Jefferlyn was when that

11   photo was taken?

12   A     No.

13          MR. SUSSMAN:  That's all.  Thank you.

14          THE COURT:  Within the scope, Mr. Coit, anything

15   further?

16          MR. COIT:  No.  Thank you.

17          THE COURT:  Gebi, thank you very much for coming to

18   trial.

19          Thank you very much.  You may step down.

20          MR. SUSSMAN:  Your Honor, may this witness be

21   excused?

22          THE COURT:  Yes, you are excused.

23          All right.  Members of the jury, we will now take a

24   mid-afternoon recess.  We will take 20 minutes.  We will start

25   up at about four o'clock.  Then we will end today at 5:00.

V.P. - D

1          Yes, sir.

2          JUROR:  That pitcher was a little bit distracting for

3   me, that silver pitcher.  It was hard to see.

4          THE COURT:  Okay.  Thank you for letting me know.  We

5   will move it.  Feel free to speak up whenever you want us to

6   move something like that.

7          Have a good recess.  Remember, don't discuss the case

8   among yourselves or with anyone else.

9          (Open court; jury not present:)

10          THE COURT:  All right.  We are here without the jury.

11          Any matters for the Court?

12          MR. SUSSMAN:  Not for the Government.  Thank you.

13          MR. COIT:  Not for the defense.  Thank you.

14          THE COURT:  See you in 20 minutes.

15          (Recess.)

16          (Open court; jury present:)

17          THE COURT:  Welcome back, members of the jury.  The

18   Government may have call the next witness.

19          MR. MALONEY:  Thank you, Your Honor.  I call Vonjuvy.

20          (The witness was duly sworn.)

21                      DIRECT EXAMINATION

22   BY MR. MALONEY:

23   Q    You can put your hand down.  Would you like me to call you

24   Vonjuvy?

25   A    Yes, sir.

**SER 44**

V.P. - D

1  Q    And how old are you today?

2  A    16 years, sir.

3  Q    And where do you live?

4  A    Philippines, Cebu.

5          MR. COIT:  Your Honor, may I ask the Court to move

6  the screen a little bit so I can see the witness.

7          THE COURT:  Mary, can you adjust the screen?  You are

8  welcome to move yourself.

9  BY MR. MALONEY:

10 Q    Where do you live?

11 A    Philippines, Cebu.

12 Q    Is that Cebu in the Philippines?

13 A    Yes, sir.

14 Q    I'm going to need your help today, Von.  If you are going

15 to speak in English, I need to you to speak in a loud enough

16 voice for the people in the back to hear you, okay?

17 A    Yes, sir.

18 Q    We all want to hear what you have to say today, okay?

19 A    Yes, sir.

20 Q    Who do you live with?

21 A    My mother and brother.

22 Q    And is anyone you live with here in court today?

23 A    Yes, sir.

24 Q    Who is here today?

25 A    My mother, sir.

V.P. - D

1   Q    And is your brother older or younger than you?

2   A    Older.

3   Q    Do you go to school?

4   A    Yes, sir.

5   Q    Where do you go to school?

6   A    Barrio Luz National High School.

7   Q    And what year are you in school?

8   A    Fourth year.

9   Q    I'm sorry.  I didn't understand.

10  A    Fourth year.

11          THE COURT:  Fourth year.

12  BY MR. MALONEY:

13  Q    Fourth year.  Have you lived your whole life in Cebu?

14  A    Yes, sir.

15  Q    Have you ever traveled outside of Cebu?

16  A    Not yet, sir.  Only now.

17  Q    Do you know Steven Rockett?

18  A    Yes, sir.

19  Q    Do you see him here in court today?

20  A    Yes, sir.

21  Q    Can you point to him and tell me what color shirt he is

22  wearing.

23  A    Red.

24  Q    What color shirt is he wearing?

25  A    Like this.

V.P. - D

1   Q    Can you tell me the color of his shirt?

2   A    Black.

3   Q    And can you point to him, please?

4        MR. MALONEY:  Will the record reflect the witness has

5   extended his right index finger in the direction of

6   Steven Rockett.

7        THE COURT:  The record will reflect that.

8   BY MR. MALONEY:

9   Q    How do you know Steven Rockett?

10  A    Because his wife is a neighbor of ours.

11  Q    What is her name?

12  A    Christine.

13  Q    Does Christine live near you now?

14  A    No, sir.

15  Q    Do any members of her family still live near you now?

16  A    Yes, sir.

17  Q    Who lives near you now?

18  A    Charis, Jonathan.

19  Q    What is Charis's last name?

20  A    I forgot.

21  Q    Does she have any children?

22  A    Yes, sir.

23  Q    Do you know their names?

24  A    Yes, sir.

25  Q    What are the names of Charis's children?

V.P. - D

| | | |
|---|---|---|
| 1 | A | She only has one child, Kikay. |
| 2 | Q | Does she have a daughter? |
| 3 | A | Yes, sir. |
| 4 | Q | What's the daughter's name, if you know? |
| 5 | | THE COURT REPORTER: Can you spell her name, please. |
| 6 | A | Kikay. K-I-K-A-Y. That's her nickname. |
| 7 | Q | Can you see the picture I'm showing you? |
| 8 | A | Yes, sir. |
| 9 | Q | Who is that? |
| 10 | A | Kikay. |
| 11 | Q | Is that her nickname? |
| 12 | A | Yes, sir. |
| 13 | Q | Do you know her real name? |
| 14 | A | Yes, sir. |
| 15 | Q | What is her real name? |
| 16 | A | Honeylene. |
| 17 | Q | Is she older or younger than you? |
| 18 | A | Younger than me. |
| 19 | Q | Where did you meet Steven Rockett? |
| 20 | A | Neighbors. |
| 21 | Q | How old were you when you first met him? |
| 22 | A | About six years old. |
| 23 | Q | What kinds of things did you do with him? |
| 24 | A | He would give us chocolates. |
| 25 | Q | Did you ever go anywhere with him? |

**SER 48**

V.P. - D

1  A     Yes, sir.

2  Q     Where did you go with him?

3  A     Hotel and beach.

4  Q     The hotel and the beach?

5  A     Yes, sir.

6  Q     Do you remember which hotel you went to with

7  Steven Rockett?

8  A     Yes, sir.

9  Q     What hotel did you go to?

10 A     Park Lane Hotel.

11 Q     And did you go with him by yourself, or were there other

12 people with you?

13 A     My friends, sir.

14 Q     Do you remember any of their names?

15 A     Yes, sir.

16 Q     What were their names?

17 A     (Indiscernible).

18          THE COURT REPORTER:  Would you repeat that?

19 BY MR. MALONEY:

20 Q     How about we do this:  I will hold up a finger.  For each

21 finger, you give me the name of a friend.

22          So the first friend, what's his name?

23 A     Rudolfo Taburnal.

24 Q     Rudolfo Taburnal.  Is that T-A-B-U-R-N-A-L?

25 A     Yes, sir.

**SER 49**

V.P. - D

```
 1   Q     Second friend, what's his name?

 2   A     Kit John Lambayong.

 3   Q     Kit John Lambayong?

 4         THE COURT REPORTER:  Spell the last name, please.

 5   A     L-A-M-B-A-Y-O-N-G.

 6   Q     Third friend, what's his name?

 7   A     Mark Abad.

 8   Q     How do you spell Mark's last name?

 9   A     A-B-A-D.

10   Q     Was there a fourth friend?

11   A     Yes, sir.

12   Q     What was his name?

13   A     Budoy Garcia.

14   Q     Can you spell his first name?

15   A     B-U-D-O-Y.

16   Q     Budoy Garcia?

17   A     Yes, sir.

18   Q     Was there a fifth friend?

19   A     Yes, sir.

20   Q     Who was the fifth friend that went with you to the

21   Park Lane Hotel?

22   A     Gliemark Rabac.

23   Q     Can you spell his first name, please.

24   A     G-L-I-E-M-A-R-K.

25         THE COURT REPORTER:  And the last name.
```

**SER 50**

V.P. - D

1   A    R-A-B-A-C.

2   Q    These friends, were they older than you, younger than you,

3   or about your age?

4   A    About my age.

5   Q    And how old were you when you went to the hotel with

6   Steven Rockett?

7   A    12 years old.

8   Q    12 years old?

9   A    Yes, sir.

10  Q    Was Gebi also with you at the Park Lane Hotel?

11          MR. COIT:  Objection.  Leading.

12          THE COURT:  Overruled.

13          THE WITNESS:  Yes, sir.

14  BY MR. MALONEY:

15  Q    What did you do at the hotel with Steven Rockett?

16  A    We watched TV.

17  Q    Do you have a TV in your house?

18  A    No, sir.

19  Q    Did you get to sit on the bed and watch TV?

20  A    Yes, sir.

21  Q    Do you have a bed in your house?

22  A    Yes, sir, but it is small.

23  Q    Was this bed in the hotel bigger or smaller than your bed?

24  A    Smaller.

25  Q    Did you use the bathroom when you were at the Park Lane

V.P. - D

1   Hotel with Steven Rockett?

2   A    Yes, sir.

3   Q    What did you do in the bathroom?

4   A    I took a shower.

5   Q    Did you take a shower by yourself?

6   A    No, I was with friends.

7   Q    Whose idea was it for you to take a shower that day?

8   A    Us.

9   Q    Do you remember anything out of the ordinary happening in

10  the shower?

11  A    Yes, sir.

12  Q    Can you tell us about that?

13  A    Our pictures were taken.

14  Q    Who took your pictures in the shower?

15  A    Steven.

16  Q    Steven Rockett took your pictures in the shower?

17  A    Yes, sir.

18  Q    What were you wearing that day in the shower?

19  A    We were naked.

20  Q    Did Steven Rockett say anything to you when he was taking

21  your pictures?

22  A    No, sir.

23  Q    How did that make you feel when he took your pictures in

24  the shower?

25  A    I was afraid.

V.P. - D

1   Q    What were you afraid of?

2   A    That the picture would spread.

3   Q    Can you explain what you mean by "the picture would

4   spread"?

5   A    I was afraid because we were naked.

6   Q    Did Steven Rockett ask to take pictures of you?

7   A    No, sir.  He immediately -- he suddenly entered the

8   bathroom.  He took pictures without permission.

9   Q    What was he using to take your picture?

10  A    Camera, Canon.

11  Q    Was this a small camera or a big camera?

12  A    Small.

13  Q    Do you remember what color it was?

14  A    Black.

15  Q    Did you try to cover your body?

16  A    Yes, sir.

17  Q    Did he say anything to you when you tried to cover your

18  body?

19  A    Yes, sir.

20  Q    What did he say when you tried to cover your body?

21  A    Not to cover it.

22  Q    What part of your body were you trying to cover, Von?

23  A    My penis.

24  Q    Did you ever see the pictures that Steven Rockett was

25  taking on the camera that he had in the shower?

V.P. - D

1    A    No, sir.

2    Q    Did Steven Rockett ever send you any gifts?

3    A    Yes, sir.

4    Q    What did you receive from Steven Rockett?

5    A    Clothes and cell phone.

6    Q    How did he give those things to you?

7    A    He sent them.

8    Q    Who did he send them to?

9    A    Jefferlyn.

10   Q    Is that John Dave's older sister?

11   A    Yes, sir.

12   Q    Did you have a cell phone before this?

13   A    No, sir.

14   Q    Did you ever talk to Steven Rockett online on the

15   computer?

16   A    Yes, sir.

17   Q    What did you talk about?

18   A    About the clothes.

19   Q    Did he ask you about the cell phone?

20   A    Yes, sir.

21   Q    What did he say about the cell phone?

22   A    That he was going to send them to us.

23   Q    Did this cell phone have a camera?

24   A    Yes, sir.

25   Q    Did this -- did Steven Rockett ask you to use the camera

V.P. - X

1   to take pictures of anything?

2   A    No, sir.

3   Q    Do you still have this cell phone?

4   A    No, sir.

5   Q    What happened to it?

6   A    It got ruined easily.

7   Q    Was the cell phone new?

8   A    It didn't look like it to me.

9            MR. MALONEY:  I'm sorry.  Can the interpreter repeat?

10           THE INTERPRETER:  It didn't look it to me.

11           MR. MALONEY:  Those are all my questions.  Thank you.

12           THE COURT:  All right.  Mr. Coit, you may ask

13  questions, or Ms. Payment.

14           MR. COIT:  Thank you, Your Honor.

15                     CROSS-EXAMINATION

16  BY MR. COIT:

17  Q    Hi, Vonjuvy.

18  A    Hello sir.

19  Q    My name is Andrew Coit.  I am Mr. Rockett's attorney in

20  this case.

21  A    Yes, sir.

22  Q    How are you today?

23  A    Okay, sir.

24  Q    Do you have -- it sounds like you do not have a television

25  in your house; is that correct?

V.P. - X

1   A    Yes, sir.

2   Q    Do you have a bathroom in your house?

3   A    Yes, sir, a small one.

4   Q    Do you have is a shower in your house?

5   A    No, sir.

6   Q    When you want to take a shower -- let's say you get home

7   next week, and you wanted to take a shower, where would you

8   take a shower?  Where would you clean yourself?

9   A    What?

10  Q    At home?  How do you bathe?

11  A    I just bathe.

12  Q    Where?

13  A    Bathroom.

14  Q    Without a shower, correct?

15  A    Yes, sir.

16  Q    It is nice to take a shower, isn't it?

17  A    Yes, sir.

18  Q    How many times did you go into Mr. Rockett's hotel room?

19  A    I don't remember.

20  Q    Was it more than one?

21  A    Yes, sir.

22  Q    On how many different visits that Mr. Rockett took to the

23  Philippines did you have contact with him?

24  A    Two.

25  Q    Do you remember what years they were or about how long

V.P. - X

1   ago they were?

2   A    I think first 2002 and second 2012.

3   Q    Okay.  The incident which you've described as having taken

4   place inside the shower, was that during the first visit in

5   which you encountered -- was that the first time that

6   Mr. Rockett saw you when he was in the Philippines, or was that

7   the second time?

8   A    Second time.

9   Q    Okay.  And you would have been around 12 years old then,

10  correct?

11  A    Yes, sir.

12  Q    Do you remember which different hotels you visited

13  Mr. Rockett?

14  A    Only Park Lane Hotel.

15  Q    Only Park Lane?

16  A    Yes, sir.

17  Q    Do you recall that in the visit that we are talking about

18  that was about four years ago, you went to Mr. Rockett's hotel

19  on three different occasions?

20  A    Yes, sir.

21  Q    The first time you went to the hotel to visit Mr. Rockett,

22  you took a shower, correct?

23  A    Yes, sir.

24  Q    And it was your and your friends' decision -- it was your

25  idea to get in the shower, correct?

V.P. - X

1   A    Yes, sir.

2   Q    And it was you and your friends' idea to pair up before

3   going into the shower, correct?

4   A    Yes, sir.

5   Q    And specifically it was Rudolfo's idea, wasn't it?

6   A    Yes, sir.

7   Q    On this first time that you took a shower in Mr. Rockett's

8   hotel, nothing out of the ordinary happened, correct?

9   A    None, sir.

10  Q    Nothing happened the first time?

11  A    None, sir.

12  Q    Okay.  The second time that you visited Mr. Rockett at the

13  Park Lane Hotel, nothing unusual happened that time either,

14  correct?

15  A    None, sir.

16  Q    Okay.  So the only time that you are alleging that

17  Mr. Rockett took any inappropriate photos of you was the third

18  time that you were at the hotel at the Park Lane?

19  A    Yes, sir.

20  Q    And you were with five of your friends on that occasion?

21  A    Yes, sir.

22  Q    Did you see Mr. Rockett take pictures of anyone other than

23  yourself on this third visit?

24  A    Yes, sir.

25  Q    Whom did you see Mr. Rockett take photos of?

**SER 58**

V.P. - X

```
 1   A    My other friends.

 2   Q    Okay.  Many of the photos that you saw Mr. Rockett take

 3   were taken outside of the bathroom with your friends fully

 4   clothed, correct?

 5   A    Yes, sir.

 6   Q    So from your standpoint the only inappropriate photos that

 7   were taken were the ones taken of you in the bathroom, correct?

 8   A    Yes, sir.

 9   Q    As far as what you witnessed?  As far as what you saw?

10   A    Yes, sir.

11   Q    Are you friends with John David?

12   A    Yes, sir.

13   Q    Do you live nearby?

14   A    Yes, sir.

15   Q    Are you friends with GebGeb?

16   A    Yes, sir.

17   Q    Does he live nearby?

18   A    Yes, sir.

19   Q    Obviously you are close with your sister, Mariffer -- I

20   withdraw that question.

21          Do you know GebGeb's sister, Mariffer?

22   A    Yes, sir.

23   Q    Are you friends with Mariffer?

24   A    Yes, sir.

25   Q    Is she also your neighbor?
```

V.P. - X

1   A    Yes, sir.

2   Q    Did you travel out from the Philippines from Cebu City to

3   America with the people that I've just mentioned?

4   A    Yes, sir.

5   Q    Did you bring members of your own family with you as well?

6   A    Yes, sir.

7   Q    Are you and members of your family receiving money for

8   coming to America to testify against Mr. Rockett?

9   A    Only allowance and for daily expenses for eating here.

10  Q    Okay.  Are you getting about $100 per day?

11  A    Yes, sir.

12  Q    In addition to your hotel, correct?

13  A    Yes, sir.

14  Q    That's a lot of money in Cebu City, isn't it?

15  A    Yes, sir.

16  Q    It would take several months to earn the amount of money

17  that you are receiving every day for being here, correct?

18          THE INTERPRETER:  Would counsel please rephrase the

19  question.  Ask the question another way.

20  BY MR. COIT::

21  Q    Sure.  Would it take you several months in Cebu City to

22  earn the amount of money that the Government is giving you

23  every day for being here?

24  A    Yes, sir.

25  Q    Do you have a job in Cebu City?

**SER 60**

V.P. - X

1   A      No, sir.

2   Q      You and John David and GebGeb have been talking a lot

3   about Mr. Rockett in the last year or two, correct?

4   A      Yes, sir.

5   Q      And in preparation for coming over here, you talked a lot

6   with your friends about what was going to happen in court,

7   correct?

8   A      Yes, sir.

9   Q      And you also talked about what you were going to be saying

10  in court, didn't you?

11  A      Yes, sir.

12  Q      And these people are your friends, and you want to support

13  them; isn't that true?

14  A      Yes, sir.

15  Q      Other than coming to court, what else have you done while

16  you have been in America?

17  A      We went swimming in the swimming pool.

18  Q      Have you gone to the mall?

19  A      Yes, sir.

20  Q      Did you buy anything?

21  A      We bought clothes.

22  Q      Was the money that you used to buy clothes the money that

23  was given to you by the Government?

24  A      Yes, sir.

25  Q      Do you recall talking to American police in the

**SER 61**

V.P. - X

1   Philippines?

2   A    Yes, sir.

3   Q    Have you spoken to American police since you came to

4   America?

5   A    Yes, sir.

6   Q    About what?

7   A    About this.

8           MR. COIT:  Mary, do you have 120 up there?

9           THE CLERK:  I have 121.

10  BY MR. COIT:

11  Q    Do you see a picture of Vonjuvy up there with the number

12  120 on it?

13  A    Yes, sir.

14  Q    In that picture is the person in that picture -- excuse

15  me -- Jefferlyn Llamos?

16  A    Yes, sir.

17  Q    Does it appear as though that picture was taken -- let me

18  back up.  When was the last time you saw Jefferlyn Llamos?

19  A    I see her every day.

20  Q    Is she here with you in the United States?

21  A    No, sir.

22  Q    Is her sister?

23  A    Yes, sir.

24  Q    Does the picture shown in Exhibit 120 depict what

25  Jefferlyn looked like about five years ago?

V.P. - X

1   A    Not anymore.

2   Q    Okay.  You said you were neighbors with Charis Jumoa-as?

3   A    Yes, sir.

4   Q    And you said she only has one child?

5   A    Yes, sir.

6   Q    Doesn't she also have a son named Harvey?

7            THE INTERPRETER:  The interpreter will ask him to

8   repeat his response because the interpreter didn't hear his

9   response.

10  A    I guess so.  Because the son does not live with his mother

11  and his grandmother, I did not see him every day.

12  Q    Vonjuvy, Mr. Rockett never touched you inappropriately,

13  did he?

14  A    Yes, sir.

15  Q    Yes, he did not touch you?

16           THE COURT:  No, no, no.  Try it again.

17           MR. COIT:  Thank you.

18           THE COURT:  How about, "Did he touch you?"

19  BY MR. COIT:

20  Q    Vonjuvy, did Mr. Rockett ever touch you inappropriately in

21  a way that you didn't like?

22  A    Not yet, sir.

23  Q    Not yet?

24  A    Yes, sir.

25           MR. COIT:  Those are my questions.  Thank you.

**SER 63**

V.P. - ReD

1          THE COURT:  Mr. Maloney, anything further?

2          MR. MALONEY:  I'll try to be swift.

3          THE COURT:  You are fine.  Take your time.

4                        REDIRECT EXAMINATION

5   BY MR. MALONEY:

6   Q    The picture of Jefferlyn that you looked at this

7   afternoon, have you seen that picture before?

8   A    No, sir.  Just this afternoon.

9   Q    You weren't there -- were you there when that picture was

10  taken?

11  A    No, sir.

12  Q    Do you know Jefferlyn Llamos very well?

13  A    Yes, sir.

14  Q    Does she know that you are here today?

15  A    No, sir.

16  Q    Do you know how old Jefferlyn looks in that picture?

17  A    Yes, sir.

18  Q    How old do you think she looks in that picture?

19          MR. COIT:  May I ask a question in aid of the

20  objection?

21          THE COURT:  What's the question going to be?

22  BY MR. COIT:

23  Q    Would you be speculating as to her age?

24          THE COURT:  No, you may not.  Overruled.

25          Mr. Maloney, you may ask the question again.

**SER 64**

1           MR. MALONEY:  I'll try.

2    BY MR. MALONEY:

3    Q    Von, do you know how old you think she looks in that

4    picture?

5    A    Yes, sir.

6    Q    How old do you think she looks in that picture?

7    A    I think 16.

8    Q    Von, you testified that you didn't go back to

9    Mr. Rockett's hotel room after the third time.  Do you remember

10   saying that today?

11   A    Yes, sir.

12   Q    Do you remember why you didn't go back to his hotel after

13   the third time?

14   A    Yes, sir.

15   Q    Why didn't you go back?

16   A    Because of the pictures.

17           MR. MALONEY:  Nothing further, Your Honor.

18           THE COURT:  Mr. Coit, you may ask.

19           MR. COIT:  One moment, please, Your Honor.

20           THE COURT:  Sure.  Take your time.

21           MR. COIT:  No recross.  Thank you, Your Honor.

22           THE COURT:  Von, thank you very much for coming to

23   trial.  You may step down.  You are excused.

24           THE WITNESS:  Thank you.

25           THE COURT:  Let me ask the Government, do you have an

1    adult witness that we can inquire for about 10 or 15 minutes,

2    or should we start tomorrow morning?

3              MR. MALONEY:  I think I cut those folks free,

4    Your Honor.

5              THE COURT:  We will start tomorrow morning.

6              All right.  Members of the jury, we will take our

7    evening recess at this time.  We will start tomorrow at

8    9:00 a.m.  Please leave your notebooks in the jury room.

9              Remember, don't discuss the case with anyone,

10   including among yourselves, and don't do any research of any

11   kind of any sort, legal or factual.  Have a good evening,

12   everyone.

13             (Open court; jury not present:)

14             THE COURT:  We are here without the jury.  Any

15   matters for the Court?  From the Government?

16             MR. MALONEY:  Your Honor, the only issue, just

17   scheduling, we have the Cebuano interpreter lined up to take

18   first thing tomorrow morning at 9:00 a.m.  The other hard --

19   someone hard or a difficult-to-schedule witness I have tomorrow

20   is the CARES Northwest witness has cleared her schedule to

21   testify beginning at one o'clock tomorrow afternoon.

22             THE COURT:  That should not be a problem.  Give me

23   one moment.

24             MR. MALONEY:  She is available for the entire

25   afternoon.

1          THE COURT:  Any matters for the Court from defense?

2          MR. COIT:  No.  Thank you, Your Honor.

3          THE COURT:  All right.  Thank you all very much.

4    Just for your planning purposes -- we can go off the record for

5    this.

6          (Discussion was held off the record.)

7          (Recess.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**SER 67**

1

2                                    --oOo--

3

4              I certify, by signing below, that the foregoing is a

5      correct transcript of the record of proceedings in the

6      above-entitled cause.  A transcript without an original

7      signature, conformed signature, or digitally signed signature

8      is not certified.

9
       /s/ Dennis W. Apodaca                    November 22, 2016
10     DENNIS W. APODACA, RDR, RMR, FCRR, CRR              DATE
       Official Court Reporter
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**SER 68**

1                    IN THE UNITED STATES DISTRICT COURT

2                      FOR THE DISTRICT OF OREGON

3

4    UNITED STATES OF AMERICA,      )
                                    )
5              Plaintiff,           )   3:13-cr-00557-SI
                                    )
6        vs.                        )   May 18, 2016
                                    )
7    STEVEN DOUGLAS ROCKETT,        )   Portland, Oregon
                                    )
8              Defendant.           )

9

10                      (Jury Trial - Volume 3)

11                    TRANSCRIPT OF PROCEEDINGS

12            BEFORE THE HONORABLE MICHAEL H. SIMON

13              UNITED STATES DISTRICT COURT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

```
1                          APPEARANCES

2

3    FOR THE PLAINTIFF:    Paul T. Maloney
                           Gary Y. Sussman
4                          Assistant United States Attorneys
                           1000 SW Third Avenue, Suite 600
5                          Portland, Oregon  97204

6

7    FOR THE DEFENDANT:    Andrew D. Coit
                           Cohen & Coit, P.C.
8                          800 Willamette Street, Suite 700
                           Eugene, Oregon  97401
9
                           Chelsea B. Payment
10                         Cohen & Coit, PC
                           9200 SE Sunnybrook Boulevard, Suite 430
11                         Clackamas, Oregon  97015

12

13

14

15

16

17

18

19

20

21

22

23   COURT REPORTER:       Dennis W. Apodaca, RDR, RMR, FCRR, CRR
                           1000 SW Third Avenue, Room 301
24                         Portland, OR  97204
                           (503) 326-8182
25
```

**SER 70**

```
 1                             INDEX
 2   Witnesses:  (For the Government)    D     X     ReD    ReX
 3   M.G.                              243   251   259    261
 4   J.D.L.                        263/295   281   290    292
 5   Jennifer Wheeler                  324   354   369
 6   G.G.                              373   374
 7   Alex Gordon                       377   395   405    407
 8   Yaqub Prowell                     409
 9   Witnesses:  (For the Defense)
10   Julnalyn Llamos                   318
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

M.G. - D

1           Ms. Andrew.

2               (The witness was duly sworn.)

3                    DIRECT EXAMINATION

4    BY MR. SUSSMAN:

5    Q    Good morning, Mariffer.  How are you today?

6    A    Fine.

7    Q    Mariffer, it sounds like you speak and understand some

8    English.  Do you?

9    A    Yes.

10   Q    If you feel comfortable answering a question in English,

11   you can answer in English.  But if you would rather speak

12   through an interpreter, you can do that too.  It is your

13   choice.  Do you understand that?

14   A    Yes.

15   Q    Have you been able to understand what the interpreter has

16   been saying so far?

17   A    Yes.

18   Q    And what language is the interpreter speaking for you?

19   A    Cebuano.

20   Q    And is that the language you've grown up speaking?

21   A    Yes.

22   Q    Where do you live?

23   A    Barrio Luz.

24   Q    Can you speak just a little louder, please.

25   A    Cebu City.

**SER 72**

M.G. - D

1   Q    Cebu City.  Is that in the Philippines?

2   A    Yes.

3   Q    What barangay or neighborhood do you live in?

4   A    In Barangay Luz.

5   Q    Have you lived in Barangay Luz all of your life?

6   A    Yes.

7   Q    Who do you live there with?

8   A    My family.

9   Q    And who is in your family?

10  A    My mother, my dad, and my siblings.

11  Q    How many brothers and sisters do you have?

12  A    Two.  Two -- one sister, two brother.

13  Q    Two sisters and two brothers and you?

14  A    Yes.

15  Q    What school do you go to?

16  A    Barrio Luz Elementary School.

17  Q    And what grade are you in there?

18  A    Grade six.

19  Q    And what is your favorite class in school right now?

20  A    English.

21  Q    English.  And how old are you?

22  A    11.

23  Q    That's how old you are right now.  You are 11 years old

24  now?

25  A    Yes.

**SER 73**

M.G. - D

```
 1   Q    Is one of your brothers named GebGeb or Gebi?
 2   A    GebGeb.
 3   Q    And is GebGeb an older brother than you or a younger
 4   brother than you?
 5   A    Younger -- older.
 6   Q    And is he nice to you?
 7   A    No.  (Laughter).
 8   Q    Okay.  I want to talk to you for a little while about a
 9   man named Steven Rockett.  Do you know Steven Rockett?
10   A    Yes.
11   Q    How did you meet Steven Rockett?
12   A    On Facebook.
13   Q    How did you meet him on Facebook?
14   A    Through my older brother.
15   Q    Through GebGeb?
16   A    Yes.
17   Q    And what name did you use on your Facebook profile?
18   A    Mariffer.
19   Q    How many different Facebook profiles did you have,
20   Mariffer?
21   A    Four.
22   Q    How many?
23   A    Four.
24   Q    Why did you have so many different profiles on Facebook?
25   A    I did not understand the last word.
```

M.G. - D

1           THE INTERPRETER:  Is it okay if the interpreter can

2    ask again and clarify?

3           MR. SUSSMAN:  Yes, please.

4           THE WITNESS:  The others are for pictures I have -- I

5    have for pictures.

6    BY MR. SUSSMAN:

7    Q    Which Facebook account did you use when you met

8    Mr. Rockett?

9    A    Mine.

10   Q    And were you the only one that used that Facebook account?

11   A    Yes.

12   Q    Nobody used your Facebook account?

13   A    No.

14   Q    Mariffer, did Mr. Rockett ever ask you to send him

15   anything?

16   A    Yes.

17   Q    What did he ask you to send him?

18   A    Picture.

19   Q    What kind of pictures?

20   A    Picture with -- I don't know -- I don't remember.

21   Q    Did he want pictures of you dressed in any particular way?

22   A    No.

23   Q    Did he want pictures of you wearing clothes?

24   A    I cannot remember.

25   Q    Did he want pictures of you without clothes?

M.G. - D

1    A    Yes.

2    Q    Did he ask you to send him pictures without clothes on

3    Facebook?

4    A    Honeylene's account has been used.

5    Q    I did not understand your last answer.

6    A    It is not on the Facebook that we used.  It is not through

7    the Facebook.  It is through the cell phone of Honeylene.

8    Q    So are you telling us that Mr. Rockett wanted you to use

9    Honeylene's cell phone to take pictures of yourself?

10   A    Yes.  Both of us -- Honeylene.

11   Q    Mr. Rockett wanted pictures of both you and Honeylene?

12   A    Yes.

13   Q    And did Mr. Rockett want pictures of both you and

14   Honeylene without clothes on?

15   A    Yes.

16   Q    Who is Honeylene?

17   A    My friend.  My friend.

18   Q    And is Honeylene the same age as you or is she older or is

19   she younger than you?

20   A    Older.

21   Q    How much older than you is Honeylene?

22   A    I don't know.

23   Q    Are you in the same grade at school?

24   A    No.

25   Q    Is she a grade ahead of you, or is she behind you?

**SER 76**

M.G. - D

1   A    A grade ahead.

2   Q    So you are in the sixth grade, right?

3   A    Yes.  Honeylene is grade seven.

4   Q    So she is older than you?

5   A    Yes.

6   Q    By one year?

7   A    Yes.

8   Q    You said you are eleven years old right now?

9   A    Yes.

10  Q    So Honeylene would be somewhere around 12 years old; is

11  that right?

12  A    Maybe 13.

13  Q    12 or 13.  Okay.  Who is Honeylene's mother?

14  A    Charis.

15  Q    Charis Jumoa-as?

16  A    Yes.

17  Q    And do you know what Charis Jumoa-as's relationship is to

18  Mr. Rockett?

19  A    Mr. Rockett's wife is the sister of Charis.

20  Q    And do you know Mr. Rockett's wife's first name?

21  A    Yes.

22  Q    What is her name?

23  A    Christine.

24  Q    Christine.  Okay.  How many times did Mr. Rockett ask you

25  and Honeylene for naked pictures?

M.G. - D

1   A    One.

2   Q    And how did you feel when he asked you for those pictures?

3   A    I don't remember how I felt.

4          MR. SUSSMAN:  I'm sorry.  I could not hear the

5   interpreter.

6          THE INTERPRETER:  Something is wrong with the sound

7   too.  You are fading away, sir.

8          MR. SUSSMAN:  Can you hear me better now?

9          THE WITNESS:  I did not remember how I felt.

10  BY MR. SUSSMAN:

11  Q    How did you respond?  What did you say to Mr. Rockett when

12  he asked you to send him naked pictures of yourself?

13  A    I did not respond.  It seems like I did not respond.

14  Q    Did you send Mr. Rockett any pictures of yourself without

15  any clothes on?

16  A    No.

17  Q    Did you send Mr. Rockett pictures of yourself even with

18  any clothes on?

19  A    No.

20  Q    Did you send Mr. Rockett any pictures at all?

21  A    No.

22  Q    Did Honeylene's mom, Charis, ever take any pictures of

23  you?

24  A    Yes.

25  Q    And was that picture of just you or you and Honeylene

M.G. - D

1   together?

2   A    Me and Honeylene.

3   Q    And in that picture were you and Honeylene wearing

4   clothes?

5   A    With clothes and no clothes.

6   Q    I didn't hear you.  Can you say that again, please.

7   A    With clothes and with no clothes.

8   Q    Both with and without clothes?

9   A    Yes.

10  Q    And what did you think those pictures were for?  What did

11  you think Charis was going to do with those pictures?

12  A    I don't know.

13  Q    Did you think she was going to send those pictures to

14  anybody?

15  A    No.

16  Q    Did you know what Charis was going to do with those

17  pictures?

18  A    No.

19  Q    Mariffer, was there a time when you thought or when you

20  had trouble getting into your Facebook account?

21  A    Like it was hacked?  Like that?

22  Q    What do you mean when you use the word "hacked"?

23  A    A situation where I cannot open my Facebook.

24  Q    Why couldn't you open your Facebook?  Do you know?

25  A    Because of the password.  Because I kept changing the

M.G. - X

1   passwords.

2   Q    But it wasn't because someone else was using your account?

3   A    No.

4   Q    Just you used that account?

5   A    Yes.

6   Q    And you were the only one?

7   A    Yes.

8   Q    I just have one more question for you, Mariffer.   When

9   Honeylene's mother took pictures of you without your clothes

10  on, how did that make you feel?

11  A    I feel bad, and I felt that's not right.

12        MR. SUSSMAN:   Thank you, Mariffer.   I don't have any

13  more questions for you, but Mr. Rockett's attorney may want to

14  ask you some questions too.

15        THE COURT:   Mr. Coit or Ms. Payment, you may inquire.

16        MR. COIT:   Thank you, Your Honor.

17                    CROSS-EXAMINATION

18  BY MR. COIT:

19  Q    Good morning, Mariffer.

20  A    Good morning.

21  Q    My name is Andrew Coit.   How are you this morning?

22  A    Fine.

23  Q    I'm here to be Mr. Rockett's lawyer today, okay?

24        You had never met -- you had never met the gentleman

25  seated to my right, have you, Steven Rockett?   Have you ever

M.G. - X

1    met him in person?

2    A    No.

3    Q    Have you ever seen him on the Internet?

4    A    Yes.

5    Q    On a web camera?

6    A    Yes.

7    Q    Before you came to Court today, you talked to American

8    police in Barangay Luz, correct?

9         THE INTERPRETER:  This is the interpreter.  Did you

10   say "American police of the Barangay Luz"?

11        MR. COIT:  Let me move the microphone closer.  My

12   apologies.

13        THE INTERPRETER:  That's better.  Could you repeat

14   your question, sir.

15   BY MR. COIT:

16   Q    Mariffer, you talked to American police in the Barangay

17   Luz, correct?

18   A    Yes.

19   Q    And you remember talking to them, don't you?  Do you

20   remember?

21   A    Yes.

22   Q    And that was about a year and a half ago, wasn't it?

23   A    Yes.

24   Q    Where did that conversation take place?

25   A    At the barangay.

M.G. - X

1  Q    Was it at the barangay hall?

2  A    Yes.

3  Q    Was there also Philippine National Police there as well?

4  A    No.

5  Q    When you met with American police, was there a Philippine

6  police officer named Officer Opoch there with you in the same

7  room?

8  A    No.  I don't know him.

9  Q    Okay.  It sounds like you are studying English in school,

10 correct?

11 A    Yes.

12 Q    Can you write in English?

13 A    Yes.

14 Q    Can you write in the English language?

15 A    Yes.

16 Q    How about three years ago?  Was your English better or

17 worse than it is now?

18 A    Three years ago?  Better.

19 Q    Did your uncle create your Facebook account for you?

20 A    Yes, the latest.  The latest, I asked my uncle to create

21 one because the previous -- the other one was already hacked.

22 Q    Okay.  Is your dad on Facebook too, Mariffer?

23         THE INTERPRETER:  One moment, please, sir.

24         THE WITNESS:  Like on Facebook, and we are friends?

25

M.G. - X

1   BY MR. COIT:

2   Q    Does your dad use Facebook?

3   A    Yes.

4   Q    Now, other than your uncle and your dad, you don't talk to

5   grown-ups on Facebook, do you?

6   A    I don't chat with any other.

7   Q    Okay.  Sometimes you let your friends and family use your

8   Facebook account, don't you?

9   A    No.

10  Q    Do you have a cousin named Angie?

11  A    Yes.

12  Q    Have you ever let Angie use your Facebook account before?

13  A    Yes.  But I am behind her.

14  Q    Okay.  And you have seen Angie talking to Mr. Rockett on

15  Facebook before, haven't you?

16  A    Yes.

17  Q    Using your account, correct?  Is that a yes?

18  A    Yes.

19  Q    Who else have you let use your Facebook account before?

20  A    No one else.

21  Q    What about your brothers?

22  A    No other is using my Facebook.

23  Q    Go GebGeb have access to your Facebook account?

24  A    No.

25  Q    Do you remember telling American police that GebGeb had

**SER 83**

M.G. - X

```
 1   access to your Facebook account?
 2   A    I cannot remember.
 3   Q    Sometimes when you are using Facebook, you forget to log
 4   out of your account, don't you?
 5   A    Yes.
 6   Q    And sometimes -- you normally use Facebook in Internet
 7   cafes, correct?
 8   A    I sometimes use the Internet cafe.
 9   Q    Do you have Internet in your home?
10   A    Before, yes, but not anymore because it was cut off.
11   Q    Have you had conversations with Mr. Rockett on Facebook
12   yourself?
13   A    Yes.
14   Q    Someone was helping you with those conversations with the
15   typing and translation, weren't they?
16   A    I'm confused with the words.
17   Q    Did anyone ever help you communicate with Mr. Rockett on
18   Facebook?
19   A    No.  I don't remember.
20   Q    Do you remember American police showing you a printout of
21   some conversations that you had with Mr. Rockett on Facebook?
22   A    Yes.
23   Q    At the time you saw those messages, you weren't sure
24   whether or not that was you communicating with Mr. Rockett,
25   correct?
```

**SER 84**

M.G. - X

1   A    Yes.

2   Q    Do you remember talking to American police about photos

3   that Mr. Rockett wanted?

4   A    I do not remember.

5   Q    Did you ever tell American police that Mr. Rockett had

6   conveyed to you that he wanted naked pictures of you?

7   A    Would you please repeat the last portion of it, sir?

8   Q    Sure.  Did you ever tell American police -- let me make it

9   a simpler question.  Did you ever tell American police that

10  Mr. Rockett wanted naked pictures of you?

11  A    No, I haven't told that.

12  Q    And you also never told American police that

13  Charis Jumoa-as actually took naked pictures of you, did you?

14  A    Yeah, no.

15  Q    So is this the first statement that you have made where

16  you have alleged that Charis Jumoa-as took naked pictures of

17  you?

18  A    I don't understand.

19         THE INTERPRETER:  The interpreter is going to repeat.

20  BY MR. COIT:

21  Q    Is this the first time you have told anyone about that?

22  A    Yes.

23  Q    Did you talk to GebGeb yesterday?

24  A    What happened here?

25  Q    Yes.

M.G. - X

1    A    No.

2    Q    Mariffer, isn't it true that the only photos that

3    Charis Jumoa-as took of you and her daughter, Honeylene,

4    involved both of you wearing clothes?

5         THE INTERPRETER:  Would you please speak louder, sir.

6         MR. COIT:  Sure.

7    BY MR. COIT:

8    Q    Mariffer, isn't it not true that --

9         THE COURT:  Counsel, don't put so many negatives in a

10   question.

11   BY MR. COIT:

12   Q    Mariffer, is it true that the only photos that

13   Charis Jumoa-as took of you and Honeylene were photos where you

14   clothed, correct?

15   A    There is one that has clothes.

16        MR. COIT:  Could the interpreter repeat that answer,

17   please.

18        THE INTERPRETER:  There is one that has clothes.

19   BY MR. COIT:

20   Q    And there were no pictures that did not have clothes,

21   correct?

22   A    Yes.

23        MR. COIT:  No further questions.  Thank you.

24        THE COURT:  Mr. Sussman.

25

**SER 86**

M.G. - ReD

REDIRECT EXAMINATION

BY MR. SUSSMAN:

Q    Well, now I'm confused.  Let me try to ask you as plainly
as I can:  Were there any pictures that Charis took of you and
Honeylene in which you were not wearing clothes?

A    Yes, but there is shorts.

Q    Did Charis take a picture of you without your clothes on?

A    Yes.

Q    And was Honeylene in that picture too?

A    Yes.

Q    Was Honeylene wearing clothes in that picture?

A    I don't remember.

Q    Now, Mariffer, you said that one time a girl named Angie
used your Facebook.

A    No, because they don't know my password.

Q    But you said you were there when Angie used your Facebook
one time?

A    Yes.

Q    And Angie was talking on Facebook with Mr. Rockett?

A    Yes, webcam.

Q    On the webcam?

A    Yes.

Q    And how old is Angie?

A    15.

Q    I'm sorry?

M.G. - ReD

1   A    15.

2   Q    15?

3   A    15.

4   Q    Now, Mariffer, I want you to think back to the day that

5   you talked to the American police in Barangay Luz.  Do you

6   remember was the -- go ahead, please.

7          Was the American police officer a man or a woman?

8   A    Woman.

9   Q    Was it Denise Biehn?

10  A    Yes.

11  Q    Did Denise Biehn speak Cebuano?

12  A    No.

13  Q    Were you speaking to Denise Biehn in English?

14  A    No, there is a translator.

15  Q    A translator.  Who was the translator?

16  A    Gab -- I don't know.

17  Q    Was it someone from Barangay Luz?

18  A    Yes.

19  Q    Were you having any trouble understanding the things that

20  Denise Biehn was asking you?

21  A    No.

22  Q    Do you remember how you felt when you were talking to

23  Denise Biehn that day?

24  A    Nervous.

25  Q    Nervous.

M.G. - ReD

1          Had you ever talked to an American police officer

2     before?

3     A     No.

4              MR. SUSSMAN:  That's all I have.  Thank you.

5              THE INTERPRETER:  Would you speak louder.  That's all

6     I have.  Thank you.

7              THE COURT:  This is the judge.  Now I'm going to ask

8     counsel, I've heard Mariffer, this witness, refer to her

9     "uncle."  I would like it clarified who she was referring to --

10    whether or not that was Mr. Rockett.  I will start with you,

11    Mr. Sussman.

12             Can you clarify that?

13    BY MR. SUSSMAN:

14    Q     When you talked about your uncle setting up a Facebook

15    page for you, who was your uncle?

16    A     Spencer.

17    Q     Can you spell his name?

18    A     S-P-E-N-C-E-R.

19    Q     The uncle was not Steven Rockett, was it?  Steven Rockett

20    is not your uncle, is he?

21    A     Yes.

22    Q     He is?

23    A     Huh?

24             THE COURT:  We have too many nots in there.

25

**SER 89**

M.G. - ReX

1   BY MR. SUSSMAN:

2   Q     Is Steven Rockett your uncle?

3   A     No.

4              MR. SUSSMAN:  Thank you.  That's all.

5              THE COURT:  Anything further, Mr. Coit?

6              MR. COIT:  Just a few questions, please, Your Honor.

7                        RECROSS-EXAMINATION

8   BY MR. COIT:

9   Q     Mariffer, when you said that Charis took pictures of you

10  with no clothes on, you were actually wearing shorts, weren't

11  you?

12  A     I don't remember.  I am confused if I was wearing shorts

13  at that time or no shorts.

14  Q     Okay.  Do you recall telling Denise Biehn that when these

15  pictures were taken, you were wearing the color pink and some

16  shorts and Honeylene was wearing green?

17  A     I don't remember.

18  Q     So you can't remember whether you had shorts on or no

19  clothes on; is that correct?

20  A     Yes.

21  Q     Where were you when these photos were taken?

22  A     The house of Honeylene.

23  Q     Outside or inside?

24  A     Inside.

25             MR. COIT:  Those are my questions.  Thank you.

1          THE COURT:  Anything further, Mr. Sussman?

2          MR. SUSSMAN:  No, Your Honor.  Thank you.

3          THE COURT:  Would the interpreter thank the witness

4     for coming.  Thank you very much for coming.

5          THE WITNESS:  You're welcome.

6          THE COURT:  Bye-bye.

7          MR. SUSSMAN:  Your Honor, may this witness be

8     excused?

9          THE COURT:  The witness is excused.

10          THE INTERPRETER:  Thank you for using our services.

11     Have a wonderful day.  I am Interpreter 3392.

12          THE COURT:  Thank you, Interpreter.  We appreciate

13     your assistance.

14          THE INTERPRETER:  Thank you, sir.  I am

15     disconnecting.

16          THE COURT:  Shall the Government call its next

17     witness and then we will take our mid-morning recess in about

18     20 or 30 minutes.

19          MR. MALONEY:  John Dave, Your Honor.

20          THE COURT:  Yes, sir.

21          JUROR:  A quick question.  Can we stop saying

22     "no clothes" and just say "naked"?

23          THE COURT:  Counsel, I agree with that juror.  I

24     think it is better to say "naked" to make sure what we are

25     talking about, when talking to children, instead of using

                              J.D.L. - D

 1    "no clothes."

 2              MR. COIT:  Will do, Your Honor.  Thank you.

 3              (The witness was duly sworn.)

 4              THE COURT:  Counsel, is this the witness identified

 5    as No. 12, J.D.L.?  Is that correct?

 6              MR. MALONEY:  Yes, Your Honor.

 7              THE COURT:  Thank you.

 8                         DIRECT EXAMINATION

 9    BY MR. MALONEY:

10    Q    Good morning.

11    A    Good morning.

12    Q    Is it okay if we call you by your name, John Dave?

13    A    Yeah.

14    Q    John Dave, do you understand my English?

15    A    Yes.

16    Q    Is it okay if we speak in English today and use the

17    interpreter to help us if we get stuck?

18    A    Yes.

19    Q    Thank you.  How old are you today?

20    A    I am 20 years old.

21    Q    And where do you live?

22    A    I live in 6-C Cabatan Street, Barangay Luz, Cebu City,

23    Philippines.

24    Q    Who do you live there with?

25    A    My mom and my family.

J.D.L. - D

1   Q    Do you have brothers and sisters that live with you?

2   A    Yes.

3   Q    What are their names and ages, please.

4   A    John is 27 years old.  Julnalyn is 25.  Jefferlyn is 23.

5   Q    Are you the youngest?

6   A    Yeah.

7   Q    Have you ever lived anywhere else?

8   A    No.

9   Q    Have you ever traveled anywhere else?

10  A    Yes.

11  Q    Where else have you gone?

12  A    A lot of places in Cebu.

13  Q    Have you ever left the island of Cebu before coming to

14  Portland?

15  A    Yes.

16  Q    Where have you gone?

17  A    Bantayan Island.

18  Q    Where is that?

19  A    The north side of Cebu.

20  Q    And what do you do?  Do you go to school or do you work?

21  A    I am studying right now.

22  Q    What are you studying?

23  A    I am studying college of customs administration.

24  Q    Do you know Steven Rockett?

25  A    Yes.

J.D.L. - D

1   Q    Do you see him here in court today?

2   A    Yes.

3   Q    Can you point to him and tell us what he is wearing.

4   A    He is wearing black suit.

5            MR. MALONEY:  The record should reflect the witness

6   has extended his right index finger in the direction of the

7   defendant.

8            THE COURT:  It will reflect.

9   BY MR. MALONEY:

10  Q    How do you know Steven Rockett?

11  A    He is the ex-wife of our neighbor.

12  Q    And how old were you when you first met him?

13  A    I would say 10 to 13 years old.

14  Q    Can you describe to us how you met him.

15  A    I met him when he was -- he was giving -- he was giving

16  money to let the children fall in line.

17  Q    Where was this?

18  A    In our neighborhood in Cabatan.

19  Q    How many children were in line?

20  A    I think it is 50-plus or 100-plus.

21  Q    A lot of children?

22  A    Yeah.

23  Q    A long line?

24  A    Yeah.

25  Q    How much money was he giving to the children?

J.D.L. - D

1    A    100 pesos.

2    Q    How much was he giving you?

3    A    100.

4    Q    Can you -- to help us understand, what can you buy with

5    100 pesos?

6    A    You can probably buy two shirts.

7    Q    Two shirts?

8    A    Yeah.

9    Q    Did Steven Rockett give you 100 pesos?

10   A    Yes.

11   Q    And did he give you anything else?

12   A    That day?

13   Q    That day?

14   A    No.  That day, no.

15   Q    After giving the kids the 100 pesos, what happened next?

16   A    Well, we went -- the last time I remember after that was

17   we went -- we went to the cinema.

18   Q    How many kids went to the cinema?

19   A    More than 15.

20   Q    Have you ever -- had you ever been to the cinema before

21   that day?

22   A    No.  It was my first time, so I was eager.

23   Q    And what did you see at the cinema?

24   A    Big screen.

25   Q    A big screen?

J.D.L. - D

1   A    Yeah.

2   Q    And do you remember what kind of movie you saw that day?

3   A    Yes.

4   Q    What did you see?

5   A    The Dark is Rising.

6   Q    The Dark is Rising?

7   A    Yeah.

8   Q    Can you tell us a little bit about that movie about what

9   you remember?

10  A    It is all about a kid growing up.  It happened -- it

11  happened to be -- his destiny is to fight the bad, the evil.

12  Q    Was it an adventure story?

13  A    It is more like a superheros.

14  Q    Did you enjoy the movie?

15  A    Yeah.

16  Q    Who paid for your movie?

17  A    Steven.

18  Q    Did you have the money on your own to go to the movies

19  like that?

20  A    No.

21  Q    What happened after the movies?

22  A    I went back home.

23  Q    Did you see Steven Rockett any other times?

24  A    Yeah.

25  Q    When did you see him next?

J.D.L. - D

1    A    What I remember is when we go to the -- we went to the

2    hotel.

3    Q    Which hotel did you go to with Steven Rockett?

4    A    The Park Lane Hotel.

5    Q    Who did you go there with?

6    A    What?

7    Q    Did anyone else go with there with you?

8    A    Yeah.

9    Q    Who else went with you to the Park Lane Hotel?

10   A    My neighbors and my cousin.

11   Q    How did you know to go to the Park Lane Hotel?

12   A    Just walk away from our house.

13   Q    Were you invited to the Park Lane Hotel?

14   A    Yes.

15   Q    Who invited you to the Park Lane Hotel?

16   A    Our neighbor.  Richard's brothers -- the Batiquin

17   brothers.

18   Q    What is Richard's full name?

19   A    Richard Batiquin.

20   Q    Can you spell the last name, please.

21   A    B-A-T-I-Q-U-I-N.

22   Q    Was anyone else at the Park Lane besides Richard Batiquin?

23   A    Ronald, Jeffrey, Michael.

24   Q    And those boys -- are those all boys?

25   A    Probably more.  I can't remember.

J.D.L. - D

1  Q    Were those boys older than you, younger than you, or about

2  the same age as you?

3  A    They are older, and they are the same as me.

4  Q    About the same as you and some were older?

5  A    Yeah.

6  Q    Who was older than you that you remember?

7  A    Jeffrey and Richard.

8  Q    Did you go to school together with them?

9  A    Yeah.  We have the same school.

10  Q    How many years ahead of you in school are Richard and

11  Jeffrey?

12  A    One year ahead.

13  Q    When you were -- when you went to the Park Lane Hotel, do

14  you remember what grade you were in in school?

15  A    I think I was grade five.

16  Q    Grade five?

17  A    Grade five -- four.

18  Q    Do you remember how old you were when you were in grade

19  five or grade four?

20  A    I'm about 12, 13.

21  Q    And is this an easy thing for you to remember or a hard

22  thing for you to remember?

23  A    It is hard thing for me to remember, but I know in my

24  heart this kind of things are like nightmares that haunt me.

25  Q    What haunts you about the Park Lane Hotel?

J.D.L. - D

1   A    All of the things what happened there.

2   Q    I know this is hard.  You can tell us in your own words

3   what happened at the Park Lane Hotel.

4   A    So we are invited, and we thought it was just going to be

5   fun, games, TV.

6   Q    Did you play fun and games and watch TV?

7   A    Yeah, at first.

8   Q    Do you have a TV in your home?

9   A    Yeah.

10  Q    Is it bigger or smaller than the one at the Park Lane?

11  A    Smaller than the one in the hotel.

12  Q    Does your home have a bathroom?

13  A    Yeah.

14  Q    Do you have a shower?

15  A    No.

16  Q    Do you have hot water?

17  A    No.

18  Q    So was it nice to be able to be in a shower with hot

19  water?

20  A    Yeah.

21  Q    Did you take a hot shower at Steven Rockett's room in the

22  Park Lane Hotel?

23  A    Yeah.

24  Q    And did you take that shower by yourself or with someone

25  else?

J.D.L. - D

1  A    I am with my cousin.

2  Q    While you were in the shower, was anyone else in the

3  shower with you?

4  A    Yeah.  Michael.

5  Q    What's Michael last name?

6  A    Abungon (phonetic).

7  Q    Is he older than you or younger than you?

8  A    Younger than me.

9  Q    Did this happen one time or more than one time?

10  A    One time only.

11  Q    What happened in the shower?

12  A    So we just -- we were just taking our shower and then

13  suddenly he went inside.

14  Q    Who went inside?

15  A    Steven.

16  Q    Did he go inside the bathroom?

17  A    Yeah.

18  Q    Did he have anything with him?

19  A    No.

20  Q    Was he holding anything in his hands?

21  A    No.

22  Q    Whose idea was it for you to take a shower?

23  A    His.

24  Q    John Dave, I'm showing you a picture.  It has got a yellow

25  sticker on the bottom right-hand side.  It is on your screen.

J.D.L. - D

1    Do you see it?

2    A    Yeah.

3    Q    Do you recognize who is in that picture?

4    A    That's me.

5              THE COURT:  Counsel, will you identify the

6    Government's exhibit number.

7              MR. MALONEY:  That's Exhibit 5, I think, Your Honor.

8              THE COURT:  All right.

9    BY MR. MALONEY:

10   Q    Who is that?

11   A    That's me, sir.

12   Q    Did you know your picture was being taken --

13   A    No.

14   Q    -- while you were in the shower there?

15   A    No.

16   Q    Where is your cousin?

17   A    He went out.

18   Q    He went out?

19   A    Yeah.

20   Q    Do you remember taking your clothes off in the shower?

21   A    Yeah.

22   Q    Whose idea was it for you to take your clothes off in the

23   shower?

24   A    Ours, sir, because we were taking a shower.

25             THE COURT:  Counsel, will you ask if he was naked in

J.D.L. - D

1    the shower.

2              MR. MALONEY:  Yes.

3    BY MR. MALONEY:

4    Q    Were you naked in the shower?

5    A    Yeah.

6    Q    Was it your idea or someone else's to be naked in the

7    shower?

8    A    It was our idea, sir.

9    Q    I didn't hear you.

10   A    That's our idea, sir.

11   Q    Who is that?

12   A    That's me, sir.

13   Q    Next.  Is that still you?

14   A    Yeah.

15   Q    This is you taking your shower?

16   A    Yes.

17   Q    Do you recognize who that person is?

18   A    Yeah.

19   Q    Who is that?

20   A    Steven.

21   Q    Do you recognize this person?

22   A    Yes.

23   Q    Who is that person?

24   A    That's my sister.

25   Q    Which sister is that?

J.D.L. - D

| | | |
|---|---|---|
| 1 | A | Jefferlyn. |
| 2 | Q | Have you seen this picture before? |
| 3 | A | When we -- when we were interviewed. |
| 4 | Q | Do you remember the person who interviewed you? |
| 5 | A | Ms. Denise. |
| 6 | Q | Ms. Denise? |
| 7 | A | Yeah. |
| 8 | Q | We're having a hard time hearing you back here, John Dave. |
| 9 | A | I'm sorry. |
| 10 | Q | Will you make sure you are talking into the microphone. |
| 11 | A | I'm sorry. |
| 12 | Q | That's okay.  Next.  Do you know who that person is? |
| 13 | A | That's my brother, sir.  That's my brother. |
| 14 | Q | John Dave, you told us how old you think you were in those |
| 15 | | pictures.  How old do you think your sister was in that |
| 16 | | picture? |
| 17 | A | I think 14. |
| 18 | Q | Do you know how old your brother is in that picture? |
| 19 | A | Probably 16, 17. |
| 20 | Q | Do you know if your sister and brother had contact with |
| 21 | | Steven Rockett when she was -- when they were those ages? |
| 22 | A | What?  Can you repeat, please? |
| 23 | Q | Do you know if your sister and brother spent any time with |
| 24 | | Steven Rockett when they were about those ages? |
| 25 | A | No. |

J.D.L. - D

1   Q    Were you there when those pictures were taken?

2   A    No.

3   Q    What makes you think your sister was 13 in those pictures?

4   A    What makes me think?

5   Q    Yes.

6   A    Because it is probably too young -- we were too young.

7   Q    And what about your brother in those pictures makes you

8   think he was 16 or 17?

9   A    Because he is skinny.

10  Q    Because he is skinny.  Is he bigger now?

11  A    Yeah.

12  Q    Is he much bigger than you?

13  A    Yeah.

14  Q    I want to go back to talk about what happened at the Park

15  Lane Hotel when you were in the shower in those pictures, okay?

16  A    Okay.

17  Q    Can you describe what you remember happening in the shower

18  at the Park Lane Hotel?

19  A    Can you repeat, please?

20  Q    Can you describe what you remember happening in the shower

21  at the Park Lane Hotel?

22  A    So after he went inside, he called me and let me sit on

23  the cubicle, and then he start touching me.

24  Q    Who touched you?

25  A    Steven.

J.D.L. - D

1   Q    Where did he touch you?

2   A    My legs and in my penis.

3   Q    What part of his body did he touch your penis with?

4   A    His hands.

5   Q    How long was his hand on your penis?

6   A    Probably two to five minutes.

7   Q    What was his hand doing when it was touching your penis?

8   A    He was trying to stroke it.

9   Q    How did that make you feel?

10  A    I was scared.

11  Q    Did you say anything to him when he was touching you this

12  way?

13  A    No.  It was -- I was freezing.

14  Q    Were you freezing cold or freezing some other way?

15  A    Freezing, like I'm really scared.

16  Q    Did he touch your penis with any other part of his body?

17  A    His mouth.

18  Q    Did he put your penis inside his mouth?

19  A    He put his mouth on my penis.

20  Q    And how long was his mouth on that part of your body?

21  A    Maybe five minutes.

22  Q    Three or five minutes?

23  A    Yeah.

24  Q    How did that make you feel when he touched you that way

25  with his mouth?

J.D.L. - D

1   A    Very uncomfortable.

2   Q    Did he say anything to you before he touched you that way?

3   A    Yeah.

4   Q    What did he say?

5   A    I should not tell everyone or anyone.

6   Q    Did you say anything to him after he told you not to tell

7   anyone?

8   A    No.

9   Q    Did you tell anyone what happened to you in the Park Lane

10  Hotel that day?

11  A    Yes.

12  Q    Who did you tell?

13  A    My girlfriend.

14  Q    When did you tell her this?

15  A    When we were in the second grade -- second year in high

16  school.

17  Q    Had you told anyone else what happened?

18  A    No.

19  Q    Why not?

20  A    Probably scared they will spread it.

21  Q    How does it make you feel to talk about this today?

22  A    It is awkward.

23  Q    Can you describe how it is awkward for you to talk about

24  this.

25  A    Because I think I'm old enough and a lot of you guys, you

J.D.L. - D

1  don't know me, so it is kind like uncomfortable.

2  Q    Do you remember speaking with Denise Biehn with the FBI?

3  A    Yes.

4  Q    Where did you talk to her?

5  A    In barangay -- in barangay hall.

6  Q    And do you remember what you told her that day?

7  A    The same as what I'm telling you now.

8  Q    Did you leave parts of that out when you talked to

9  Denise Biehn?

10  A    Yeah.

11  Q    What part did you leave out?

12  A    About telling my girlfriend.

13  Q    Did you tell -- do you remember telling her about him

14  putting his mouth on your penis?

15  A    Yeah.

16  Q    You think you told her that?

17  A    Yeah.

18  Q    Did you tell your family that you were going to speak to

19  the FBI?

20  A    Yes, sir.

21  Q    Who did you tell?

22  A    My sister and my mother.

23  Q    Which sister did you tell?

24  A    Jefferlyn.

25  Q    How did Jefferlyn react when you told her that you were

J.D.L. - D

1    going to talk to the FBI?

2    A    She said it is okay.

3    Q    Did Jefferlyn talk to the FBI?

4    A    No.

5    Q    Did your brother, John Hazel, talk to the FBI?

6    A    No.

7    Q    Do you know why they didn't talk to the FBI?

8    A    Because of their schedules.

9    Q    Did Steven Rockett send you any gifts?

10   A    Yes.

11   Q    What did he send you?

12   A    Game Boy.

13   Q    Was that before or after what happened in the shower at

14   the Park Lane Hotel?

15   A    After.

16   Q    Did Steven Rockett send any gifts to your sister?

17   A    Yes.

18   Q    What did he send her?

19   A    Flowers.

20   Q    Does your sister have a laptop?

21   A    Yeah.

22   Q    Who gave her the laptop?

23   A    Steven.

24   Q    Did anyone force you to talk to the FBI?

25   A    No.

J.D.L. - X

1  Q    Did you receive anything for talking to the FBI?

2  A    No.

3  Q    Did anyone force you to come to testify in Portland?

4  A    No.

5  Q    What made you want to come and testify in Portland?

6  A    Because of my brother, my sister, and all the people that

7  are involved.  It feels horrible, but I think I'm old enough to

8  do this.

9          MR. MALONEY:  Those are all my questions.  The other

10  lawyer has some questions for you now.

11          THE COURT:  Mr. Coit, you may inquire, or

12  Ms. Payment.

13          MR. COIT:  Thank you, Your Honor.

14                    CROSS-EXAMINATION

15  BY MR. COIT:

16  Q    Hi, John Dave.  My name is Andrew Coit.  I'm

17  Steven Rockett's attorney.  You understand what an attorney is,

18  correct?

19  A    Yeah.

20  Q    Okay.  You knew that your brother John Hazel and your

21  sister Jefferlyn visited Mr. Rockett in Manila in 2010, don't

22  you?

23  A    Yes.

24  Q    And you also know that Mr. Rockett and Jefferlyn at some

25  point in time had planned on getting married after Mr. Rockett

J.D.L. - X

1  had been divorced with Christine?

2  A    What?

3  Q    Were you aware of that?

4  A    No.

5  Q    Okay.  The first time that you met with Ms. Denise, that

6  was at barangay hall, correct?

7  A    Yeah.

8  Q    And you are 20 years old now, aren't you?

9  A    Yes.

10  Q    So you would have been about 18 then?

11  A    Yes.

12  Q    All right.  How many times did you meet with American

13  police in the Philippines?

14  A    A lot.

15  Q    Can you estimate for us, please?

16  A    A lot.

17  Q    More or less than ten?

18  A    Less than ten, I guess.

19  Q    More or less than five?

20  A    More than five.

21  Q    Okay.  Did you meet with Ms. Denise every time?

22  A    No, just once.

23  Q    Who else did you meet with?

24  A    Can you repeat the question, please?

25  Q    What other American police did you meet with in the

J.D.L. - X

1   Philippines other than Ms. Denise?

2   A     Mr. Alex.

3   Q     Is that Agent Alex Gordon?

4   A     Yes.

5   Q     Any other American police?

6   A     Yakoporo (phonetic).

7   Q     Yakoporo?

8   A     Yes.

9   Q     Any other American police?

10  A     No -- yes.  Jeff.

11  Q     Do you remember Jeff's last name?

12  A     I forgot.

13  Q     Anyone else?

14  A     No.

15  Q     When you met with American police, did they always want to

16  talk to you about the same things?

17  A     Yes.

18  Q     Was it always about Mr. Rockett?

19  A     No.

20  Q     What else did they want to talk to you about?

21  A     It is all about our safety.

22  Q     Okay.  Let's limit the next set of questions to

23  conversations that you had with American police just about

24  Mr. Rockett, okay?

25  A     Okay.

J.D.L. - X

1  Q    When you first met with American police, whose idea was it

2  for you to meet with the American police?

3  A    My idea.

4  Q    How did you let the police know that you wanted to talk to

5  them?

6  A    There is a staff in our barangay who approached us, and I

7  said I will.

8  Q    And you already knew that Mr. Rockett had been arrested at

9  that point in time, didn't you?

10 A    Yes.

11 Q    And you were shocked to hear that he had been arrested,

12 weren't you?

13 A    I'm not surprised.

14 Q    Do you recall telling Agent Biehn that when you heard that

15 Mr. Rockett was arrested you were shocked?

16 A    No.

17 Q    Is there any reason that your answer to that question

18 today would be different than it was to Agent Biehn?

19 A    What?

20        MR. MALONEY:  Objection.  Argumentative.

21        THE COURT:  Sustained.

22        You may rephrase.

23 BY MR. COIT:

24 Q    Can you think of any reason that you would have answered

25 that question differently today than when it was asked to you

J.D.L. - X

1    by Agent Biehn in 2014?

2    A    I don't understand.

3    Q    I'll ask the next question.  When you first met with

4    Agent Biehn, you told her that Mr. Rockett was your friend,

5    didn't you?

6    A    Yes.

7    Q    You told Agent Biehn that Mr. Rockett had never done

8    anything wrong with respect to you initially, correct?

9    A    No.

10   Q    Was your first statement to Agent Biehn that Mr. Rockett

11   abused you?

12   A    Mr. -- who?

13   Q    Let me slow the questions down a little bit.  What was the

14   first thing that you told Agent Biehn about Mr. Rockett?

15   A    Who is Agent Biehn?

16   Q    Ms. Denise.

17   A    Yeah.

18   Q    Okay.  So we are talking about Ms. Denise.  You originally

19   told her that Mr. Rockett did not abuse you, correct?

20   A    I told her that he did.

21   Q    That was the first thing that you told her?

22   A    Yeah.

23   Q    Okay.  Do you recall when she first started talking to you

24   that you said that he had done nothing wrong and then she

25   showed you some photos that upset you?

J.D.L. - X

1   A    Yes.

2   Q    Okay.  And it wasn't until after she showed you the photos

3   that upset you that you then said Mr. Rockett had done

4   something wrong to you, right?

5   A    What?

6   Q    Did you say Mr. Rockett did something wrong to you before

7   or after Ms. Denise showed you those photos?

8   A    No.

9            THE COURT:  Mr. Coit, can you move the microphone

10  closer to you, please.

11           MR. COIT:  I'm sorry.  Thank you, Your Honor.  I ask

12  for the assistance of the interpreter on this question, please,

13  Your Honor.

14  BY MR. COIT:

15  Q    John Dave, did you tell Agent Biehn about what Mr. Rockett

16  had done to you before or after she showed you the photos of

17  your family that upset you?

18  A    I told her before she showed me.

19  Q    Okay.  What did you tell her before she showed you?

20  A    I told her what I just tell you earlier.

21  Q    That Steven Rockett had touched you inappropriately and

22  given you oral sex in the bathroom?

23  A    Yeah.

24           THE INTERPRETER:  Do you want the interpreter to

25  continue interpreting?

J.D.L. - X

1          MR. COIT:  Could you please interpret that question

2    to make sure you have it.

3          THE INTERPRETER:  Repeat, Counsel.

4    BY MR. COIT:

5    Q    Sure.

6          You told Agent Biehn that Mr. Rockett touched you and

7    put his mouth on your penis prior to him showing you those

8    photos.  Is that what you are saying?

9          THE INTERPRETER:  Will you please repeat.

10          MR. COIT:  Sure.

11          THE COURT:  Counsel, it might be easier, instead of

12    "prior," maybe use "before" or "after."

13          MR. COIT:  Thank you, Your Honor.

14    BY MR. COIT:

15    Q    John Dave, did you see the pictures of your family before

16    or after you told Ms. Denise about what Mr. Rockett had done to

17    you?

18    A    I first saw it, sir.

19    Q    You saw the picture first?

20    A    Yeah.

21    Q    And those pictures upset you, didn't they?

22    A    Yes, sir.

23    Q    And prior to seeing those pictures, you had told

24    Ms. Denise that Mr. Rockett had done nothing wrong with respect

25    to you, correct?

**SER 115**

J.D.L. - X

1   A    No, sir.

2   Q    What did you tell her before you saw the pictures?

3   A    I told her everything that had happened.

4   Q    Including you being touched and Mr. Rockett putting his

5   mouth on your penis?

6   A    Yes, sir.

7   Q    Do you feel that your statement to American police has

8   been consistent every time you have told it?

9   A    Yes.

10  Q    You didn't add anything to your statement after getting to

11  the United States?

12  A    Only about me mentioning it to my girlfriend.

13          MR. COIT:  Can the jury not see that?  Is it off?

14  Thank you.

15  BY MR. COIT:

16  Q    John Dave, I'm going to show you a picture that's marked

17  as Defendant's 119.

18          THE COURT:  Is anything on your screen, members of

19  the jury?  No.

20          All right.  You may proceed.

21          MR. COIT:  Okay.  May I approach, Your Honor?  It

22  doesn't show up that well on the overhead.

23          THE COURT:  You may.

24          MR. MALONEY:  May I see what he is handing the

25  witness?

J.D.L. - X

1          THE COURT:  He will show you.

2   BY MR. COIT:

3   Q    Have you had a chance to look at those, John Dave?

4          THE INTERPRETER:  Would counsel please repeat that,

5   sir?

6          MR. COIT:  Sure.

7   BY MR. COIT:

8   Q    Have you had a chance to look at those, John Dave?

9   A    Yes, sir.

10  Q    Those are your brother John Hazel, aren't they?

11  A    Yeah.

12  Q    That's what John Hazel looked like in and around 2010,

13  correct?

14  A    No, sir.

15  Q    Where do you think that picture -- what time frame do you

16  think that picture depicts?

17  A    Would you please repeat.

18  Q    What time frame or what year do you think those pictures

19  were taken?

20  A    Around 2008.

21  Q    Is the only time that you were in Mr. Rockett's hotel room

22  2007?

23  A    No, sir.

24  Q    What other times were you in Mr. Rockett's hotel room?

25  A    I don't remember, sir.

J.D.L. - X

1    Q    Okay.  The pictures that were shown of you getting out of

2    the shower.  Do you know about when those were taken?

3    A    Yes, sir.

4    Q    When were those taken?

5    A    The year the movie Dark is Rising came out.

6    Q    Was that around 2007 to the best of your recollection?

7    A    Yes, sir.

8    Q    So you think you were about eleven years old in those

9    pictures?

10   A    Yes, sir.

11   Q    The time that Mr. Rockett touched you inappropriately, was

12   that 2007 or was that the later visit that Mr. Rockett had

13   encountered you?

14   A    Only in 2007, sir.  It didn't happen again.

15        MR. COIT:  May I have one moment, please, Your Honor?

16        THE COURT:  You may.

17        MR. COIT:  Thank you.

18   BY MR. COIT:

19   Q    John Dave, you said that when Mr. Rockett came into the

20   bathroom on the time that we're talking about, he had nothing

21   in his hands, correct?

22   A    Yes, sir.

23   Q    He did not have a camera, did he?

24   A    Yes, sir.

25   Q    And the only pictures that he took of you are the ones

J.D.L. - ReD

1  that you did not know that he was taking, the ones that we have

2  seen here on the screen today, correct?

3  A    Yes, sir.

4  Q    John Dave, you have talked to Mr. Rockett on Facebook

5  before?

6  A    Yes, sir.

7  Q    And you have also talked to his son Jonathan Rockett, when

8  Jonathan Rockett was logged into Steven Rockett's Facebook

9  account, correct?

10  A    I can't remember, sir.

11          MR. COIT:  Thank you, Your Honor.  Those are my

12  questions.

13          THE COURT:  Mr. Maloney, anything further?

14          MR. MALONEY:  Yes, Your Honor.  Thank you.

15                    REDIRECT EXAMINATION

16  BY MR. MALONEY:

17  Q    John Dave, you testified this morning that the FBI talked

18  to you about your safety.

19          THE INTERPRETER:  Yes, sir.

20  BY MR. MALONEY::

21  Q    Were you concerned about your safety in the barangay after

22  talking to the FBI?

23  A    Of course.

24  Q    Why?

25  A    Because living in the Philippines is very dangerous place.

J.D.L. - ReD

1   Q    Was Steven Rockett popular in your barangay?

2   A    In our city, in our street only.

3   Q    Did everyone know who he was?

4   A    Yes.

5   Q    Did everyone know he was married to Christine?

6   A    Yes.

7   Q    Did everyone know that Christine had gone to America with

8   Steven Rockett?

9   A    Yes.

10  Q    And that they were living a good life in America?

11  A    Yes.

12  Q    Did you see pictures of Steven Rockett's life in America?

13  A    No.

14  Q    Do you remember all the details of what you told

15  Ms. Denise when you met with her?

16  A    Yes.

17  Q    Do you remember them extremely clearly, or is it hard to

18  remember?

19  A    Not that clear.

20  Q    Are you nervous today?

21  A    Yes.

22  Q    Why are you nervous today?

23  A    Because I'm facing all of you guys.

24  Q    Being nervous, does that make it easier to remember things

25  or harder to remember things?

J.D.L. - ReX

1   A      For me, it is easier, sir.

2   Q      Okay.  So this is the shower?

3          THE COURT:  Are you showing the witness Exhibit 5?

4          MR. MALONEY:  I'm showing the witness Exhibit 5, yes.

5   BY MR. MALONEY:

6   Q    Do you remember what side the door was on in that picture?

7   A      Probably the left side.

8   Q    The left side was the door.  When Steven Rockett took you

9   and touched you, was that on the same side of the door or the

10  other side of the shower?

11  A      The other side of the showers.

12         MR. MALONEY:  No further questions.  Thank you.

13         THE COURT:  Anything further, Mr. Coit?

14         MR. COIT:  Briefly, Your Honor.

15                     RECROSS-EXAMINATION

16  BY MR. COIT:

17  Q    John Dave, do you recall telling Ms. Denise that

18  Steven Rockett took photos of you?

19  A      Huh.

20  Q    Do you recall telling Ms. Denise that Steven Rockett took

21  photos of you and your friends?

22  A      Yeah.

23  Q    Do you recall it happening?

24  A      No.

25  Q    You remember telling her, but you don't remember it

J.D.L. - ReX

1  happening?

2          THE INTERPRETER:  Would you please repeat.

3  BY MR. COIT:

4  Q    Do you remember telling Ms. Denise that Mr. Rockett took

5  photos of you and your friends while they were naked?

6  A    Yes, sir.

7  Q    But you don't remember that occurring; is that correct?

8  A    I remember it now.

9  Q    You remember it now.  Okay.  You also remember now that

10  you originally told Ms. Denise that nothing inappropriate

11  happened to you with respect to Mr. Rockett?

12  A    No, sir.  I told her everything.

13  Q    Okay.  Do you remember that your story changed from when

14  you originally were first talking to her, then the photos were

15  shown, and then you gave a different story.

16          Do you remember that sequence?

17  A    No, I'm confident that I'm telling the truth.

18  Q    I don't think that was exactly in my question.

19          THE COURT:  You may ask another question.

20          MR. COIT:  Thank you, Your Honor.

21  BY MR. COIT:

22  Q    Do you remember that when you were speaking to Ms. Denise,

23  you never said anything about Mr. Rockett putting his mouth on

24  your penis?

25  A    I told her.

J.D.L. - ReX

1    Q    You did tell her?

2    A    Yes, sir.

3    Q    In the Philippines?

4    A    Yes, sir.

5    Q    Okay.  Did you tell her the same thing here in the

6    United States?

7    A    We didn't discuss it here in America.  We discussed it

8    when we were in the Philippines.

9    Q    Okay.  Did you know the conversation that you had with

10   Ms. Denise in the Philippines was being recorded?

11   A    Yes, sir.

12   Q    Was the conversation that you had with Ms. Denise in

13   America recorded?

14   A    I didn't speak to Ms. Denise here in America.

15   Q    Did you speak with Ms. Tanith in America?

16   A    Yes, sir.

17   Q    The woman who is sitting behind the attorneys.

18   A    Yes, sir.

19   Q    Did you tell Ms. Tanith the exact same story that you told

20   Ms. Denise?

21   A    Paul was the only one I spoke to about what I told Denise.

22   Q    Are you speaking about Paul Maloney, the gentleman seated

23   at the end of this table?

24   A    Yes.

25   Q    Did you tell Paul Maloney the exact same story about what

J.D.L. - Further

1   happened with you with respect to Mr. Rockett as you did

2   Ms. Denise?

3   A    Yes.

4           MR. COIT:  Those are my questions.  Thank you,

5   Your Honor.

6           THE COURT:  Anything further within the scope,

7   Mr. Maloney?

8           MR. MALONEY:  Yes, Judge.

9                       FURTHER EXAMINATION

10  BY MR. MALONEY:

11  Q    You were asked about the recording that you made with

12  Ms. Denise in the Philippines?

13  A    Yeah.

14  Q    Would you be surprised to know that on that recording you

15  only talked about the touching and not the oral sex?

16  A    No.

17  Q    You would not be surprised by that?

18  A    Yeah.

19  Q    And when you met with me --

20  A    Yes.

21  Q    -- we did that on Friday?

22  A    Yeah.

23  Q    Here in the courthouse?

24  A    Yes.

25  Q    To show you where you would be testifying?

                              J.D.L.  -  Further

1   A      Yes.

2   Q      In that conversation you told me about the oral sex?

3   A      Yes.

4   Q      And before we started that conversation, what did I tell

5   you was the most important thing for you to do when you

6   testified?

7           MR. COIT:  Objection to the form of the question,

8   Your Honor.

9           THE COURT:  Overruled.

10          THE INTERPRETER:  Would counsel please repeat the

11  question.

12  BY MR. MALONEY:

13  Q      Before we had that conversation, what was it that I told

14  you was the most important thing for you to do when you testify

15  in court?

16  A      Just tell the truth.

17          MR. MALONEY:  No further questions.

18          THE COURT:  Anything further, Mr. Coit?

19          MR. COIT:  Thank you.  No, Your Honor.

20          THE COURT:  All right.  Thank you very much, sir, for

21  coming here.  I very much appreciate it.  You may be excused.

22  Thank you, sir.

23          All right.  Members of the jury, before we take our

24  break, let me ask a question you a question.  First of all,

25  thank you for delaying the break in order to complete the

G.G. - D

1    act, conduct, or offense not charged in the indictment in this

2    case.  In other words, he is only on trial for the acts,

3    conduct, and offenses charged in the nine counts of the

4    indictment in this case.  I offer that as a cautionary

5    instruction.  I will give you further instructions at the end

6    of the trial.

7             Is there anything that either side would like me to

8    add or amend what I have just said to the jury?

9             First, the Government?

10            MR. MALONEY:  No, Your Honor.  Thank you.

11            THE COURT:  For the defendant?

12            MR. COIT:  Thank you.  No, Your Honor.

13            THE COURT:  All right.  Government may call the next

14    witness.

15            MR. SUSSMAN:  Your Honor, in light of the note that

16    came out that has been marked as Court Exhibit B, we seek the

17    Court's indulgence in allowing us to re-call two of the

18    previous witnesses very, very brief.

19            THE COURT:  You may do that.

20            MR. SUSSMAN:  The first one will be Gebi.

21                      DIRECT EXAMINATION

22    BY MR. SUSSMAN:

23    Q    Gebi, do you remember in your earlier testimony you were

24    asked about photos that were taken of you in Mr. Rockett's

25    hotel room when you were in the shower?

G.G. - X

1   A    Yeah.  Yeah.

2   Q    Were you naked when those photos were taken?

3   A    Yeah.

4   Q    Did you have anything on your body at all?

5   A    No.

6            MR. SUSSMAN:  That's all.  Thank you.

7            THE COURT:  Anything within the scope, Mr. Coit?

8                    CROSS-EXAMINATION

9   BY MR. COIT:

10  Q    Gebi, are you talking about the incident which you

11  described in November 2014 or the incident that you described

12  in November of 2015 to the police?

13  A    What are you talking about?  2015?

14  Q    Well, you told the police that Mr. Rockett attempted to

15  touch you in the shower -- or took pictures of you in the

16  shower two times.

17  A    Only once.

18  Q    Okay.  So you only talked to the police one time about

19  this incident?

20  A    Yeah.

21  Q    And you remember yesterday when I showed you your

22  statements as they appeared in the police reports?

23  A    Yeah.

24  Q    Do you remember that?

25  A    Yeah.

G.G. - X

1    Q    Have you remembered anything additional since yesterday?

2    A    Yeah.

3    Q    What do you remember today that you didn't remember

4    yesterday?

5    A    I have forgotten.

6    Q    Since you took the stand yesterday, did you talk to

7    John David about what he testified in here?

8    A    No.

9    Q    Did you talk to your sister?

10   A    No.

11            MR. COIT:  Nothing further.  Thank you, Your Honor.

12            THE COURT:  Anything further, Mr. Sussman?

13            MR. SUSSMAN:  No, Your Honor.

14            THE COURT:  Thank you very much.  You may be excused.

15   Thank you.

16            Next witness from the Government.

17            MR. MALONEY:  Government re-calls Von.

18            THE COURT:  Mr. Sussman, the witness that we just

19   heard from that we also identify with the initials G.G.?

20            MR. SUSSMAN:  Correct, Your Honor.

21            THE COURT:  Is the next witness the witness that we

22   have identified by the initials V.P.?

23            MR. SUSSMAN:  Also correct, Your Honor.

24            THE COURT:  Thank you.

25            MR. MALONEY:  Did the witness need to be re-sworn,

V.P. - D

1    Your Honor?

2             THE COURT:  Will you please remind the witness that

3    he is still under oath to tell the truth.

4             THE WITNESS:  Yes, sir.

5                        DIRECT EXAMINATION

6    BY MR. MALONEY:

7    Q    Von, I want to ask you one question about the time that

8    you were in the shower and Steven Rockett came into the shower,

9    okay?

10   A    Yes, sir.

11   Q    Were you naked when he took pictures of you in the shower?

12   A    Yes, sir.

13            MR. MALONEY:  No further questions.

14            THE COURT:  Mr. Coit, within the scope, anything?

15            MR. COIT:  No.  Thank you, Your Honor.

16            THE COURT:  Thank you very much for coming back.  You

17   may be excused.

18            Mr. Sussman or Mr. Maloney, who will be the next

19   witness?

20            MR. SUSSMAN:  Alex Gordon.

21            THE COURT:  If you want a break now, I'll give it to

22   you.  Otherwise, we will go to five o'clock.  Does anyone need

23   a break right now?

24            All right.  You may call the next witness.

25            MR. SUSSMAN:  The Government calls

A. Gordon - D

1    Q    What sort of financial assistance did you offer them?

2    A    It was in the form of the fees that were required to

3    prepare the documents, authenticate the documents, and then

4    actually submit them -- submit the applications.

5    Q    About how much does it cost to obtain a birth certificate

6    in the Philippines?

7    A    The cost varies based on the required documents.  The

8    application itself directly for the PSA, the Philippines

9    Statistics Authority, was about 140 pesos.

10   Q    Are you familiar with the exchange rate between the

11   Philippine pesos and the American dollar?

12   A    I am.

13   Q    What does that amount work out to in American dollars?

14   A    It is about $3.

15   Q    $3.  About how much does it cost, once you've got all the

16   documents, to apply for the Philippine passport?

17   A    The Philippine passport was about 900 pesos.

18   Q    What does that work out in American dollars?

19   A    That was about $20.

20   Q    $20.  And did you help them with the cost of

21   transportation to and from these various government offices to

22   obtain their documents?

23   A    I did.

24   Q    What sort of transportation did you utilize?

25   A    Taxicabs, or depending on how many people we were

1                              --oOo--

2

3          I certify, by signing below, that the foregoing is a

4    correct transcript of the record of proceedings in the

5    above-entitled cause.  A transcript without an original

6    signature, conformed signature, or digitally signed signature

7    is not certified.

8
     /s/ Dennis W. Apodaca                    November 22, 2016
9    DENNIS W. APODACA, RDR, RMR, FCRR, CRR              DATE
     Official Court Reporter
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**SER 131**

# US District Court Criminal Docket

## U.S. District - Oregon
### (Portland (3))

## 3:13cr557

## USA v. Rockett

This case was retrieved from the court on Tuesday, January 16, 2018

Date Filed: **11/20/2013**

Other **Magistrate judge case number:**
Docket: **3:13mj00136**

Class Code: **OPEN**

Closed: **no**

### Defendants

| Name | Attorneys |
|---|---|

**Name**

Steven Douglas Rockett(1)
[Term: 09/13/2016]
Appeals court case numbers: 16-30213 9th Circuit Court of Appeals, 17-30167 9th Circuit Court of Appeals

**Attorneys**

Stephen R. Sady
LEAD ATTORNEY:ATTORNEY TO BE NOTICED
Office of the Federal Public Defender
101 SW Main Street Suite 1700
Portland, OR 97204
USA
503-326-2123
Fax: 503-326-5524
Designation: Public Defender or Community Defender Appointment
Email: steve_sady@fd.org

Andrew D. Coit
ATTORNEY TO BE NOTICED
Cohen & Coit, P.C.
800 Willamette Street Suite 700
Eugene, OR 97401
USA
(541) 685-1288
Fax: (541) 653-8224
Designation: Retained
Email: andrew@cohencoit.com

Chelsea B. Payment
ATTORNEY TO BE NOTICED
Cohen & Coit, P.C.
9200 SE Sunnybrook Blvd. Suite 430
Clackamas, OR 97015
USA
503-496-0420
Fax: 503-231-3420
Designation: Retained
Email: chelsea@cohencoit.com

Christopher J. Schatz
[Term: 07/05/2017]
Office of the Federal Public Defender
101 S.W. Main Street Suite 1700
Portland, OR 97204
USA
503-326-2123

**SER 132**

Fax: 503-326-5524
Designation: Public Defender or Community Defender
Appointment
Email: chris_schatz@fd.org

Patrick Ehlers
[Term: 12/19/2013]
Federal Public Defender's Office
101 SW Main Street Suite 1700
Portland, OR 97204
USA
503-326-2123
Fax: 503-326-5524
Designation: Public Defender or Community Defender
Appointment
Email: patrick_ehlers@fd.org

Thomas C. Borton
[Term: 10/05/2016]
Cohen & Coit, P.C.
9200 S.E. Sunnybrook Blvd., Suite 430
Clackamas, OR 97015
USA
503-231-3419
Designation: Retained
Email: tom@cohencoit.com

| **Charges** | | **Disposition** |
| --- | --- | --- |
| Complaints: | 18:2251(a) - Production of Child Pornography | |
| Pending: | 18:2251(c) and (e) - Producing Child Pornography(1ss) | JUDGMENT AMENDED 8/22/2017 for Corrections : Modification of Restitution Order (See page 7 of this amended judgment for restitution information) SENTENCING DATE: 9/8/2016; IMPRISONMENT: one hundred-eighty (180) months, said sentence to be served consecutively to the sentence imposed in Washington County Case Nos. C131929Cr and C132673Cr.; SUPERVISED RELEASE: LIFE; SPECIAL ASSESSMENT: $800.00 total ; RESTITUTION: $22,800.00 |
| | 18:2423(c) and (e) - International Travel and Engaging in Illicit Sexual Conduct with a Minor (2ss) | JUDGMENT AMENDED 8/22/2017 for Corrections : Modification of Restitution Order (See page 7 of this amended judgment for restitution information); SENTENCING DATE: 9/8/2016; IMPRISONMENT: one hundred-eighty (180) months, said sentence to be served concurrently with the sentence imposed in Count 1, and consecutively to the sentence imposed in Washington County Case Nos. C131929Cr and C132673Cr.; SUPERVISED RELEASE: LIFE; SPECIAL ASSESSMENT: $800.00 total ; RESTITUTION: $22,800.00 |
| | 18:2251(a) and (e) - Producing Child Pornography(4ss) | JUDGMENT AMENDED 8/22/2017 for Corrections : Modification of Restitution Order (See page 7 of this amended judgment for restitution information); SENTENCING DATE: 9/8/2016; IMPRISONMENT: one hundred-eighty (180) months, said sentence to be served concurrently with the sentence imposed in Count 1, and consecutively to the sentence imposed in Washington County Case Nos. C131929Cr and C132673Cr.; SUPERVISED RELEASE: LIFE; SPECIAL ASSESSMENT: $800.00 total ; RESTITUTION: $22,800.00 |
| | 18:2251(a) and (e) - Producing Child Pornography(5ss) | JUDGMENT AMENDED 8/22/2017 for Corrections : Modification of Restitution Order (See page 7 of this |

**SER 133**

| | |
|---|---|
| | amended judgment for restitution information); SENTENCING DATE: 9/8/2016; IMPRISONMENT: one hundred-eighty (180) months, said sentence to be served concurrently with the sentence imposed in Count 1, and consecutively to the sentence imposed in Washington County Case Nos. C131929Cr and C132673Cr.; SUPERVISED RELEASE: LIFE; SPECIAL ASSESSMENT: $800.00 total ; RESTITUTION: $22,800.00 |
| 18:2251(a) and (e) - Producing Child Pornography(6ss) | JUDGMENT AMENDED 8/22/2017 for Corrections : Modification of Restitution Order (See page 7 of this amended judgment for restitution information); SENTENCING DATE: 9/8/2016; IMPRISONMENT: One hundred-eighty (180) months, said sentence to be served consecutively to all counts and concurrent to the sentence imposed in Washington County Case Nos. C131929Cr and C132673Cr.; SUPERVISED RELEASE: LIFE; SPECIAL ASSESSMENT: $800.00 total ; RESTITUTION: $22,800.00 |
| 18:2251(a) and (e) - Producing Child Pornography(7ss) | JUDGMENT AMENDED 8/22/2017 for Corrections : Modification of Restitution Order (See page 7 of this amended judgment for restitution information); SENTENCING DATE: 9/8/2016; IMPRISONMENT: One hundred-eighty (180) months, said sentence to be service consecutively to all counts and consecutively to the sentence imposed in Washington County Case Nos. CI31929Cr and C132673Cr; SUPERVISED RELEASE: LIFE; SPECIAL ASSESSMENT: $800.00 total ; RESTITUTION:$22,800.00 |
| 18:2251(a) and (e) - Producing Child Pornography(8ss) | JUDGMENT AMENDED 8/22/2017 for Corrections : Modification of Restitution Order (See page 7 of this amended judgment for restitution information); SENTENCING DATE: 9/8/2016; IMPRISONMENT: One hundred-eighty (180) months, said sentence to be service consecutively to all counts and consecutively to the sentence imposed in Washington County Case Nos. CI31929Cr and C132673Cr; SUPERVISED RELEASE: LIFE; SPECIAL ASSESSMENT: $800.00 total ; RESTITUTION: $22,800.00 |
| 18:2252A(a)(5)(B) and (b)(2) - Possession of Child Pornography(9ss)<br>**Offense Level (Opening): Felony** | JUDGMENT AMENDED 8/22/2017 for Corrections : Modification of Restitution Order (See page 7 of this amended judgment for restitution information); SENTENCING DATE: 9/8/2016; IMPRISONMENT: eighty-four months (84) months, said sentence to be served concurrently with all counts and concurrently to the sentence imposed in Washington County Case Nos. C131929Cr and CI32673Cr.; SUPERVISED RELEASE: LIFE; SPECIAL ASSESSMENT: $800.00 total; RESTITUTION: $22,800.00 |
| Terminated: 18:2251(a) and (e) - Producing Child Pornography(1-4) | Dismissed on the motion of the United States. |
| 18:2251(c) and (e) - Producing Child Pornography(1s) | Dismissed on the motion of the United States. |
| 18:2423(b) and (e) - International Travel with the Intent to Engage in Sex with a Minor(2s-6s) | Dismissed on the motion of the United States. |
| 18:2423(c) and (e) - International Travel and Engaging in Illicit Sexual Conduct with a Minor (3ss) | Dismissed on the motion of the United States. |
| 18:2252A(a)(5)(B) and (b)(2) - Possession of Child Pornography(5) | Dismissed on the motion of the United States. |

**SER 134**

| 18:2251(a) and (e)- Producing Child Pornography(7s-10s) | Dismissed on the motion of the United States. |
| 18:2252A(a)(5)(B) and (b)(2) - Possession of Child Pornography(11s) | Dismissed on the motion of the United States. |

**Offense Level (Terminated): Felony**

Case Assigned to: Judge Michael H. Simon

### U. S. Attorneys

Paul T. Maloney
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
U.S. Attorney's Office
1000 SW Third Avenue Suite 600
Portland, OR 97204
USA
503-727-1012
Fax: 503-727-1117
Designation: Retained
Email: Paul.Maloney@usdoj.gov

Amy E. Potter
ATTORNEY TO BE NOTICED
United States Attorney's Office
405 E. 8th Avenue Suite 2400
Eugene, OR 97401
USA
541-465-6771
Fax: 541-465-6917
Email: amy.potter@usdoj.gov

Gary Y. Sussman
ATTORNEY TO BE NOTICED
United States Attorney's Office
1000 SW Third Avenue Suite 600
Portland, OR 97204
USA
(503) 727-1030
Fax: (503) 727-1117
Email: gary.sussman@usdoj.gov

| Date | # | Proceeding Text |
|------|---|-----------------|
| 10/29/2013 | 3 | Minutes of Proceedings: First Appearance before Magistrate Judge Paul Papak as to Defendant Steven Douglas Rockett held on 10/29/2013. Defendant advised of rights. Order appointing counsel: Patrick Ehlers. Defendants Location-Custody status is: Detained as Flight Risk/Danger. Arraignment set for 11/27/2013 at 1:30PM in Portland before the duty magistrate. Order: Granting the Gov't unopposed Oral Motion to Seal Complaint. Counsel Present for Plaintiff: Paul Maloney. Counsel Present for Defendant: Patrick Ehlers. (Tape #FTR-10B) (gm) [3:13-mj-00136] (Entered: 10/29/2013) |
| 10/29/2013 | 4 | Amended Minutes of Proceedings: First Appearance before Magistrate Judge Paul Papak as to Defendant Steven Douglas Rockett held on 10/29/2013. Defendant advised of rights, proceeds as named and waives preliminary hearing. Order appointing counsel: Patrick Ehlers. Defendants Location-Custody status is: Detained as Flight Risk/Danger. Arraignment set for 11/27/2013 at 1:30PM in Portland before the duty magistrate. Order: Granting the Gov't unopposed Oral Motion to Seal Complaint. Counsel Present for Plaintiff: Paul Maloney. Counsel Present for Defendant: Patrick Ehlers. (Tape #FTR-10B) (gm) [3:13-mj-00136] (Entered: 10/29/2013) |
| 10/29/2013 | 5 | Order of Detention as to Defendant Steven Douglas Rockett. Signed on 10/29/13 by Magistrate Judge Paul Papak. (gm) [3:13-mj-00136] (Entered: 10/29/2013) |
| 10/30/2013 | 6 | Arrest Warrant Returned Executed on 10/29/13 as to Steven Douglas Rockett. (cib) [3:13-mj-00136] (Entered: 10/31/2013) |
| 11/20/2013 | 7 | Indictment (Redacted) as to Steven Douglas Rockett (1) Counts 1-4: Producing Child Pornography, Count 5: Possession of Child Pornography. (Forfeiture Allegation.) (sss) (Entered: 11/21/2013) |
| 11/20/2013 | 8 | |

**SER 135**

Indictment Unredacted Version Filed Under Seal as to Defendant Steven Douglas Rockett. (Forfeiture Allegation.) (sss) (Entered: 11/21/2013)

| 11/20/2013 | 9 | Defendant Information Relative to a Criminal Case Sheet as to Defendant Steven Douglas Rockett. (In accordance with Fed. R. Crim. P. 49.1 this form document containing personal data identifiers is filed under seal). (sss) (Entered: 11/21/2013) |
|---|---|---|
| 11/21/2013 | 11 | Notice of Case Assignment to Judge Michael H. Simon. (sss) (Entered: 11/21/2013) |
| 11/27/2013 | 12 | Minutes of Proceedings: Initial Appearance and Arraignment before Magistrate Judge Paul Papak as to Defendant Steven Douglas Rockett held on 11/27/2013. Defendant waived reading of the Indictment. Defendant proceeds as named. Defendant advised of rights. Not guilty plea(s) entered. Order that Discovery is due in 14 days. 5-day Jury Trial set for 1/28/2014 at 9:00AM in Portland Courtroom 13B before Judge Michael H. Simon. Counsel Present for Plaintiff: Paul Maloney. Counsel Present for Defendant: Ruben Iniguez (for Patrick Ehlers). (Tape #FTR-10B) (gm) (Entered: 11/27/2013) |
| 11/27/2013 | 13 | Arrest Warrant Returned Executed on 11/27/2013 as to Steven Douglas Rockett. (sss) (Entered: 12/02/2013) |
| 12/19/2013 | 14 | Notice of Attorney Substitution: Attorney Andrew D. Coit and Tom C. Borton added for Steven Douglas Rockett in place and stead of Attorney Patrick J. Ehlers. (Coit, Andrew) (Entered: 12/19/2013) |
| 12/19/2013 | 15 | Trial Management Order as to Steven Douglas Rockett. Signed 12/19/2013 by Judge Michael H. Simon. (mja) (Entered: 12/19/2013) |
| 01/06/2014 | 16 | Motion to Continue / Reset by Defendant Steven Douglas Rockett. (Borton, Thomas) (Entered: 01/06/2014) |
| 01/07/2014 | 17 | ORDER - Granting Defendant's Motion to Continue Trial Date 16 as to Steven Douglas Rockett (1). The 5-day Jury Trial set for 1/28/2014 is STRICKEN and RESET to 4/8/2014 at 09:00AM in Portland, Courtroom 13B, before Judge Michael H. Simon. IT IS FURTHER ORDERED that this continuance constitutes excludable delay to 4/8/2014, pursuant to Title 18, United States Code, 3161(h)(7)(A). The Court specifically finds, in granting the motion, that the ends of justice are served by taking such action and outweigh the best interests of the public and the defendant in a speedy trial. In support of this finding, the Court further finds that the requested delay, for purposes of trial preparation, is and reasonable and necessary such that the time is properly excludable according to law. Ordered by Judge Michael H. Simon. (mja) (Entered: 01/07/2014) |
| 01/07/2014 | 18 | Motion for Writ of Habeas Corpus ad prosequendum by Defendant Steven Douglas Rockett. (schm) (Entered: 01/07/2014) |
| 01/07/2014 | 19 | Writ of Habeas Corpus ad Prosequendum Issued as to Steven Douglas Rockett for January 15, 2014, at 2:30 p.m. for the purposes of a bail forfeiture hearing before Honorable Kirsten E. Thompson, in Washington County Courthouse. (schm) (Entered: 01/07/2014) |
| 01/22/2014 | 20 | Bill of Particulars filed by USA as to Steven Douglas Rockett Bill of Particulars for Forfeiture of Property (Attachments: # 1 Attachment Asset List) (Westphal, Leslie) (Entered: 01/22/2014) |
| 03/10/2014 | 21 | Motion for Protective Order filed by USA as to Defendant Steven Douglas Rockett. (Maloney, Paul) (Entered: 03/10/2014) |
| 03/11/2014 | 22 | Protective Order as to Steven Douglas Rockett (1). Signed on 3/11/2014 by Judge Michael H. Simon. (mja) (Entered: 03/11/2014) |
| 03/12/2014 | 23 | Second Motion to Continue / Reset by Defendant Steven Douglas Rockett. (Borton, Thomas) (Entered: 03/12/2014) |
| 03/14/2014 | 24 | ORDER - Granting Defendant's Motion to Continue Trial Date 23 as to Steven Douglas Rockett (1). The 5-day Jury Trial set for 4/8/2014 is STRICKEN and RESET to 9/16/2014 at 09:00AM in Portland, Courtroom 13B, before Judge Michael H. Simon. IT IS FURTHER ORDERED that this continuance constitutes excludable delay to 9/16/2014, pursuant to Title 18, United States Code, 3161(h)(7)(A). The Court specifically finds, in granting the motion, that the ends of justice are served by taking such action and outweigh the best interests of the public and the defendant in a speedy trial. In support of this finding, the Court further finds that the requested delay, for purposes of further investigation and trial preparation, is and reasonable and necessary such that the time is properly excludable according to law. Ordered by Judge Michael H. Simon. (mja) (Entered: 03/14/2014) |
| 07/28/2014 | 27 | Third Motion to Continue / Reset by Defendant Steven Douglas Rockett. (Borton, Thomas) (Entered: 07/28/2014) |
| 07/28/2014 | 28 | ORDER - Granting Defendant's Motion to Continue Trial Date 27 as to Steven Douglas Rockett (1). The 5-day Jury Trial set for 9/16/2014 is STRICKEN and RESET to 1/12/2015 at 09:00AM in Portland, Courtroom 13B, before Judge Michael H. Simon. IT IS FURTHER ORDERED that this continuance constitutes excludable delay to 1/12/2015, pursuant to Title 18, United States Code, |

SER 136

3161(h)(7)(A). The Court specifically finds, in granting the motion, that the ends of justice are served by taking such action and outweigh the best interests of the public and the defendant in a speedy trial. In support of this finding, the Court further finds that the requested delay, for purposes of further investigation and trial preparation, and is reasonable and necessary such that the time is properly excludable according to law. Ordered by Judge Michael H. Simon. (mja) (Entered: 07/28/2014)

| | | |
|---|---|---|
| 10/22/2014 | 29 | Motion to Withdraw as Attorney by Tom C. Borton Oral Argument requested. by Defendant Steven Douglas Rockett. (Borton, Thomas). (Entered: 10/22/2014) |
| 10/28/2014 | 30 | Scheduling Order as to Steven Douglas Rockett. Order - Setting a Hearing on Defendant's Motion to Withdraw 29 for 11/5/2014 at 10:00AM in Portland, Courtroom 13B, before Judge Michael H. Simon. Ordered by Judge Michael H. Simon. (Entered: 10/28/2014) |
| 11/05/2014 | 31 | Minutes of Motion Hearing before Judge Michael H. Simon as to Steven Douglas Rockett. The Court defers ruling on Defendant's Motion to Withdraw 29 , and this hearing is RESET for 12/15/2014 at 3:30PM in Portland, Courtroom 13B, before Judge Michael H. Simon. Counsel Present for Plaintiff: Paul T. Maloney.Counsel Present for Defendant: Thomas C. Borton and Andrew D. Coit.(Court Reporter Dennis Apodaca) (mja) Modified to correct year of hearing reset from 2015 to 2014. (Entered: 11/05/2014) |
| 12/09/2014 | 32 | Motion to Withdraw Document Motion to Appoint Counsel Motion to Withdraw as Attorney by Tom C. Borton 29 by Defendant Steven Douglas Rockett. (Borton, Thomas) (Entered: 12/09/2014) |
| 12/10/2014 | 33 | ORDER - Defendant's Motion to Withdraw Previously Filed Pleading 32 is GRANTED. Defendant's Motion to Withdraw as Attorney 29 is WITHDRAWN. The Hearing set for 12/15/2014 at 3:30PM is STRICKEN. Ordered by Judge Michael H. Simon. (mja) (Entered: 12/10/2014) |
| 12/10/2014 | 34 | Superseding Indictment (Redacted) as to Steven Douglas Rockett (1) count(s) 1s,Producing Child Pornography; 2s-6s,International Travel and Engaging in Illicit Sexual Conduct with a Minor; 7s-10s,Producing Child Pornography; 11s, Possession of Child Pornography. (Forfeiture Allegation.) (sss) (Entered: 12/11/2014) |
| 12/10/2014 | 35 | Indictment Unredacted Version Filed Under Seal as to Defendant Steven Douglas Rockett. (Forfeiture Allegation.) (sss) (Entered: 12/11/2014) |
| 12/10/2014 | 36 | Defendant Information Relative to a Criminal Case Sheet as to Defendant Steven Douglas Rockett. (In accordance with Fed. R. Crim. P. 49.1 this form document containing personal data identifiers is filed under seal). (sss) (Entered: 12/11/2014) |
| 12/11/2014 | 37 | Scheduling Order by Magistrate Judge Janice M. Stewart as to Steven Douglas Rockett. At the request of the government, Order setting an arraignment on the Superseding Indictment for Monday, 12/15/2014 at 01:30PM before the duty magistrate judge. (jlr) (Entered: 12/11/2014) |
| 12/15/2014 | 38 | Minutes of Proceedings: Arraignment on Superseding Indictment held on 12/15/2014 before Magistrate Judge John V. Acosta for Defendant Steven Douglas Rockett re: Steven Douglas Rockett(1) on Counts 1-4,1s,2s-6s,5,7s-10s,11s. Defendant advised of rights and charges; Not guilty plea(s) entered and denial of forfeiture allegation; Order that Discovery is due in 14 days. 5 day jury trial remains as previously set for 1/12/2015. Counsel Present for Plaintiff: Paul Maloney. Counsel Present for Defendant: Tom Borton. (Court Reporter FTR 11B.mk.AC) (msk) (Entered: 12/15/2014) |
| 12/18/2014 | 39 | Bill of Particulars filed by USA as to Steven Douglas Rockett Superseding Bill of Particulars (Attachments: # 1 Attachment Asset List) (Potter, Amy) (Entered: 12/18/2014) |
| 12/29/2014 | 40 | Motion to Continue / Reset by Defendant Steven Douglas Rockett. (Borton, Thomas) (Entered: 12/29/2014) |
| 12/30/2014 | 41 | Response to Motion by USA as to Steven Douglas Rockett regarding Motion to Continue / Reset 16 filed by Defendant Steven Douglas Rockett (Maloney, Paul) (Entered: 12/30/2014) |
| 12/31/2014 | 42 | ORDER - Granting Defendant's Motion to Continue Trial Date 40 as to Steven Douglas Rockett (1). The 5-day Jury Trial set for January 12, 2014 is STRICKEN and a 9-day Jury Trial is SET for June 15, 2015 at 09:00AM in Portland, Courtroom 13B, before Judge Michael H. Simon. IT IS FURTHER ORDERED that pretrial motions shall be filed not later than April 6, 2015, responses shall be filed not later than April 20, and replies shall be filed not later than April 27, 2015. Oral argument and a status conference will be held on Monday, May 4, 2015, at 10:00AM in Portland, Courtroom 13B, before Judge Michael H. Simon. Signed 12/31/2014 by Judge Michael H. Simon. (mja) (Entered: 12/31/2014) |
| 04/03/2015 | 43 | Second Motion to Appoint Counsel Oral Argument requested. by Defendant Steven Douglas Rockett. (Borton, Thomas) (Entered: 04/03/2015) |
| 04/06/2015 | 44 | Motion to Suppress Oral Argument requested. by Defendant Steven Douglas Rockett. (Borton, Thomas) (Entered: 04/06/2015) |
| 04/06/2015 | 45 | |

Memorandum in Support of Motion by Steven Douglas Rockett regarding Motion to Suppress 44 filed by Defendant Steven Douglas Rockett (Borton, Thomas) (Entered: 04/06/2015)

| | | |
|---|---|---|
| 04/06/2015 | 46 | Motion to Appoint Expert by Defendant Steven Douglas Rockett. (Borton, Thomas) (Entered: 04/06/2015) |
| 04/20/2015 | 47 | Request for Discovery filed by USA as to Steven Douglas Rockett (Maloney, Paul) (Entered: 04/20/2015) |
| 04/20/2015 | 48 | Motion to Suppress Defendants Statements filed by USA as to Defendant Steven Douglas Rockett. (Maloney, Paul) (Entered: 04/20/2015) |
| 04/29/2015 | 49 | Stipulation as to Steven Douglas Rockett (Borton, Thomas) (Entered: 04/29/2015) |
| 05/04/2015 | 50 | Minutes of Status Conference before Judge Michael H. Simon as to Steven Douglas Rockett. Order - Defendant's Second Motion for Appointment of Counsel 43 is GRANTED. Andrew Coit is appointed as CJA counsel for the defendant. Defendant's Motion to Suppress 44 is DENIED as MOOT. Defendant's Motion to Appoint Expert Witnesses 46 is GRANTED for the reasons stated on the record. Counsel Present for Plaintiff: Paul T. Maloney.Counsel Present for Defendant: Andrew D. Coit and Chelsea Payment.(Court Reporter Dennis Apodaca) (mja) (mja) (Entered: 05/04/2015) |
| 05/13/2015 | 51 | Unopposed Motion to Continue / Reset by Defendant Steven Douglas Rockett. (Borton, Thomas) (Entered: 05/13/2015) |
| 05/13/2015 | 52 | ORDER - Granting Defendant's Motion to Continue Trial Date 51 as to Steven Douglas Rockett (1). The 9-day Jury Trial set for 6/15/2015 is STRICKEN and RESET to 10/26/2015 at 09:00AM in Portland, Courtroom 13B, before Judge Michael H. Simon. IT IS FURTHER ORDERED that this continuance constitutes excludable delay to 10/26/2015, pursuant to Title 18, United States Code, 3161(h)(7)(A). The Court specifically finds, in granting the motion, that the ends of justice are served by taking such action and outweigh the best interests of the public and the defendant in a speedy trial. In support of this finding, the Court further finds that the requested delay, for purposes of further investigation and trial preparation, and is reasonable and necessary such that the time is properly excludable according to law. Ordered by Judge Michael H. Simon. (mja) (Entered: 05/13/2015) |
| 09/30/2015 | 53 | Motion to Continue / Reset by Defendant Steven Douglas Rockett. (Borton, Thomas) (Entered: 09/30/2015) |
| 10/01/2015 | 54 | ORDER - Granting Defendant's Motion to Continue Trial Date 53 as to Steven Douglas Rockett (1). The 9-day Jury Trial set for 10/26/2015 is STRICKEN and RESET to 3/1/2016 at 09:00AM in Portland, Courtroom 13B, before Judge Michael H. Simon. IT IS FURTHER ORDERED that this continuance constitutes excludable delay to 3/1/2016, pursuant to Title 18, United States Code, 3161(h)(7)(A). The Court specifically finds, in granting the motion, that the ends of justice are served by taking such action and outweigh the best interests of the public and the defendant in a speedy trial. In support of this finding, the Court further finds that the requested delay, for purposes of further investigation and trial preparation, and is reasonable and necessary such that the time is properly excludable according to law. Ordered by Judge Michael H. Simon. (mja) (Entered: 10/01/2015) |
| 11/24/2015 | 55 | Notice of Attorney Appearance Gary Y. Sussman appearing for USA (Sussman, Gary) (Entered: 11/24/2015) |
| 12/16/2015 | 56 | Motion to Continue / Reset Trial Date of March 1, 2016 by Defendant Steven Douglas Rockett. (Coit, Andrew) (Entered: 12/16/2015) |
| 12/16/2015 | 57 | Second Superseding Indictment (Redacted) as to Steven Douglas Rockett (1) count(s) 1ss-Producing Child Pornography; 2ss-3ss - International Travel and Engaging in Illicit Sexual Conduct with a Minor; 4ss-8ss - Producing Child Pornography; 9ss - Possession of Child Pornography. (Forfeiture Allegation.) (sss) (Main Document 57 replaced on 12/17/2015) (eo). (Entered: 12/17/2015) |
| 12/16/2015 | 58 | Second Superseding Indictment Unredacted Version Filed Under Seal as to Defendant Steven Douglas Rockett. (sss) (Entered: 12/17/2015) |
| 12/16/2015 | 59 | Defendant Information Relative to a Criminal Case Sheet as to Defendant Steven Douglas Rockett. (In accordance with Fed. R. Crim. P. 49.1 this form document containing personal data identifiers is filed under seal). (sss) (Entered: 12/17/2015) |
| 12/17/2015 | 60 | Scheduling Order as to Steven Douglas Rockett. Order - Setting an Arraignment and Status Conference for 1/4/2016 at 11:00AM in Portland, Courtroom 13B, before Judge Michael H. Simon. Ordered by Judge Michael H. Simon. (mja) (Entered: 12/17/2015) |
| 12/18/2015 | 61 | Response to Motion by USA as to Steven Douglas Rockett regarding Motion to Continue / Reset 56 filed by Defendant Steven Douglas Rockett (Maloney, Paul) (Entered: 12/18/2015) |
| 01/04/2016 | 62 | |

Scheduling Order as to Steven Douglas Rockett. Order - Due to inclement weather, the Court is resetting the Arraignment and Status Conference for 1/13/2016 at 10:00AM in Portland, Courtroom 13B, before Judge Michael H. Simon. Ordered by Judge Michael H. Simon. (mja) (Entered: 01/04/2016)

| 01/13/2016 | 63 | Minutes of Arraignment and Status Conference before Judge Michael H. Simon for Defendant Steven Douglas Rockett. Defendant arraigned on Second Superseding Indictment. Defendant advised of rights and charges. Not guilty pleas entered. Order - Defendant's Motion to Continue Trial Date 56 is GRANTED. A Pretrial Conference is set for 5/11/2016 at 9:00AM in Portland, Courtroom 13B, before Judge Michael H. Simon. The 9-day Jury Trial set for 3/1/2016 is STRICKEN and RESET to a 15-day Jury Trial set for 5/16/2016 at 09:00AM in Portland, Courtroom 13B, before Judge Michael H. Simon. IT IS FURTHER ORDERED that this continuance constitutes excludable delay to 5/16/2016 pursuant to Title 18, United States Code, 3161(h)(7)(A). The Court specifically finds, in granting the motion, that the ends of justice are served by taking such action and outweigh the best interests of the public and the defendant in a speedy trial. In support of this finding, the Court further finds that the requested delay, for purposes of further investigation and trial preparation, is reasonable and necessary such that the time is properly excludable according to law. Counsel Present for Plaintiff: Paul T. Maloney and Gary Y. Sussman. Counsel Present for Defendant: Andrew M. Coit. (Court Reporter Dennis Apodaca) (mja) (Entered: 01/13/2016) |
|---|---|---|
| 03/17/2016 | 64 | Supplemental Trial Management Order as to Steven Douglas Rockett. Signed 3/17/2016 by Judge Michael H. Simon. (Attachments: # 1 Attachment Instructions) (mja) (Entered: 03/17/2016) |
| 03/22/2016 | 65 | Motion to Continue / Reset by Defendant Steven Douglas Rockett. (Payment, Chelsea) (Entered: 03/22/2016) |
| 03/23/2016 | 66 | Scheduling Order as to Steven Douglas Rockett. Order - Setting a hearing to discuss Defendant's motion to continue trial date 65 for 4/6/2016 at 10:00AM in Portland, Courtroom 13B, before Judge Michael H. Simon. Ordered by Judge Michael H. Simon. (USM #75742-065) (mja) (Entered: 03/23/2016) |
| 03/23/2016 | 67 | Scheduling Order as to Steven Douglas Rockett. Order - Resetting the hearing on Defendant's motion to continue 65 from 4/6/2016 to 3/31/2016 at 09:00AM in Portland, Courtroom 13B, before Judge Michael H. Simon. Ordered by Judge Michael H. Simon. (mja) (Entered: 03/23/2016) |
| 03/24/2016 | 68 | Response to Motion by USA as to Steven Douglas Rockett regarding Motion to Continue / Reset 65 filed by Defendant Steven Douglas Rockett (Sussman, Gary) (Entered: 03/24/2016) |
| 03/25/2016 | 69 | Motion for Disqualification of Counsel by Defendant Steven Douglas Rockett. (Payment, Chelsea) (Entered: 03/25/2016) |
| 03/28/2016 | 70 | Motion to Withdraw Document by Defendant Steven Douglas Rockett. (Payment, Chelsea) (Entered: 03/28/2016) |
| 03/28/2016 | 71 | Scheduling Order as to Steven Douglas Rockett. Order - Setting a hearing on Defendant's Motion to Disqualify U.S. Attorney's Office of the District of Oregon Portland Division 69 for 3/31/2016 at 09:00 AM in Portland, Courtroom 13B, before Judge Michael H. Simon. This motion will be heard before the Court hears Defendant's Motion to Continue 65 , which already is scheduled for that same date, time, and place. The Court requests that the Government file a written response not later than 3/29/2016 at 05:00 PM, and the Government's response should, at a minimum, answer the following two questions: (1) When did the Assistant Federal Public Defender (PJE) who was originally appointed to represent Defendant on October 29, 2013 4 , cease his employment with the Office of the Federal Public Defender for the District of Oregon and begin his new employment as an Assistant United States Attorney in the District of Oregon; and (2) Has the Assistant Federal Public Defender (PJE) who was originally appointed to represent the Defendant on October 29, 2013 4 ever disclosed to anyone working for the U.S. Attorney's Office or anyone participating on the prosecution team for this matter any confidences, secrets, or privileged attorney-client communications received by that Assistant Federal Public Defender (PJE) from the Defendant? The Court notes that the original Indictment in this matter was filed on November 20, 2013 7 and that on December 19, 2013, Defendant's current counsel, Andrew D. Coit, entered his Notice of Substitution of Defense Attorneys 14 , replacing the Assistant Federal Public Defender (PJE), who was originally appointed to represent the Defendant, as Defendant's new counsel of record. Ordered by Judge Michael H. Simon. (mja) (Entered: 03/28/2016) |
| 03/28/2016 | 72 | ORDER - Granting Defendant's Motion to Withdraw Motion to Disqualify U.S. Attorney's Office 70 . Defendant's Motion for Disqualification of Counsel 69 is WITHDRAWN. Scheduling order (Dkt. 71) is set aside. The hearing on Defendant's Motion to Continue Trial Date 65 remains as previously set for 3/31/2016. Ordered by Judge Michael H. Simon. (mja) (Entered: 03/28/2016) |
| 03/28/2016 | 73 | Reply to Response to Motion by Steven Douglas Rockett regarding Motion to Continue / Reset 65 (Payment, Chelsea) (Entered: 03/28/2016) |
| 03/31/2016 | 74 | Minutes of Proceedings before Judge Michael H. Simon as to Steven Douglas Rockett. Order - Defendant's Motion to Continue Trial 65 is DENIED. Defendant's oral motion to file under seal |

documents related to investigative matters is GRANTED. Counsel Present for Plaintiff: Gary Y. Sussman and Paul T. Maloney.Counsel Present for Defendant: Andrew D. Coit and Richard Cohen. (Court Reporter Dennis Apodaca) (mja) (Entered: 03/31/2016)

| 04/12/2016 | 75 | Scheduling Order as to Steven Douglas Rockett. Order - At the Government's unopposed request, the Court is extending the exhibit submission deadline from 4/25/2016 to 5/2/2016. Ordered by Judge Michael H. Simon. (mja) (Entered: 04/12/2016) |
| 04/28/2016 | 80 | Unopposed Motion for Protective Order filed by USA as to Defendant Steven Douglas Rockett. (Maloney, Paul) (Entered: 04/28/2016) |
| 04/28/2016 | 81 | Protective Order as to Steven Douglas Rockett. Signed 4/28/2016 by Judge Michael H. Simon. (mja) (Entered: 04/28/2016) |
| 04/29/2016 | 82 | Notice by USA as to Steven Douglas Rockett Notice of Intent to Introduce Evidence Under FRE 414 (Sussman, Gary) (Entered: 04/29/2016) |
| 05/02/2016 | 83 | Exhibit List by Steven Douglas Rockett (Payment, Chelsea) (Entered: 05/02/2016) |
| 05/02/2016 | 84 | Proposed Jury Instructions by Steven Douglas Rockett (Payment, Chelsea) (Entered: 05/02/2016) |
| 05/02/2016 | 85 | Witness List by Steven Douglas Rockett (Expert Witnesses) (Payment, Chelsea) (Entered: 05/02/2016) |
| 05/02/2016 | 86 | Proposed Voir Dire by Steven Douglas Rockett (Payment, Chelsea) (Entered: 05/02/2016) |
| 05/02/2016 | 87 | Proposed Jury Verdict by Steven Douglas Rockett (Payment, Chelsea) (Entered: 05/02/2016) |
| 05/02/2016 | 88 | Motion in Limine to Exclude Prior Convictions and Prior Bad Act Evidence by Defendant Steven Douglas Rockett. (Payment, Chelsea) (Entered: 05/02/2016) |
| 05/02/2016 | 89 | Motion in Limine to Exclude Evidence Recovered from Cache, Deleted Trash, and RAR Files by Defendant Steven Douglas Rockett. (Payment, Chelsea) (Entered: 05/02/2016) |
| 05/02/2016 | 90 | Motion in Limine to Limit Materials Exhibited to Jury by Defendant Steven Douglas Rockett. (Payment, Chelsea) (Entered: 05/02/2016) |
| 05/02/2016 | 91 | Trial Brief by Steven Douglas Rockett (Payment, Chelsea) (Entered: 05/02/2016) |
| 05/02/2016 | 92 | Proposed Jury Verdict by USA as to Steven Douglas Rockett (Maloney, Paul) (Entered: 05/02/2016) |
| 05/02/2016 | 93 | Proposed Voir Dire by USA as to Steven Douglas Rockett (Maloney, Paul) (Entered: 05/02/2016) |
| 05/02/2016 | 94 | Notice by USA as to Steven Douglas Rockett Notice of Intent to Introduce Other Acts Evidence under Fed. R. Evid. 404(b) (Sussman, Gary) (Entered: 05/02/2016) |
| 05/02/2016 | 95 | Witness List by USA as to Steven Douglas Rockett (Maloney, Paul) (Entered: 05/02/2016) |
| 05/02/2016 | 96 | Proposed Jury Instructions by USA as to Steven Douglas Rockett (Maloney, Paul) (Entered: 05/02/2016) |
| 05/02/2016 | 98 | Expert Witness Summary by USA as to Steven Douglas Rockett (Attachments: # 1 Exhibit Justin Lazenby's Curriculum Vitae, # 2 Exhibit Michael Hanada's Curriculum Vitae) (Maloney, Paul) (Main Document replaced and docket entry retitled as Expert Witness Summary to match corrected PDF on 5/3/2016) (eo) (Entered: 05/02/2016) |
| 05/02/2016 | 99 | Motion in Limine To Preclude Evidence of Possible Punishment, or Defendant's State Sentence filed by USA as to Defendant Steven Douglas Rockett. (Maloney, Paul) (Entered: 05/02/2016) |
| 05/02/2016 | 100 | Exhibit List by USA as to Steven Douglas Rockett (Maloney, Paul) Modified on 5/3/2016 to indicate that this filing is the Exhibit List, not the Witness List. (eo) (Entered: 05/02/2016) |
| 05/02/2016 | 101 | Trial Brief by USA as to Steven Douglas Rockett (Sussman, Gary) (Entered: 05/02/2016) |
| 05/02/2016 | 102 | Motion for Protective Order With Respect to Child Victims/Witnesses Under 18 U.S.C. Section 3509 Oral Argument requested. filed by USA as to Defendant Steven Douglas Rockett. (Sussman, Gary) (Entered: 05/02/2016) |
| 05/03/2016 | 103 | Clerk's Notice of Docket Correction regarding 98 Expert Witness Summary. The PDF attached to this entry at filing was incorrect. The incorrect document was attached. A corrected PDF has been uploaded and has replaced the incorrect attachment. The Notice of Electronic Filing will be regenerated to all parties. (eo) (Entered: 05/03/2016) |
| 05/03/2016 | 104 | ORDER by Judge Michael H. Simon: STRIKING the Exhibit List (# 97 ) filed by Plaintiff USA. The PDF attached to this entry was incomplete. The Exhibit List was correctly filed as entry #( 100 ). (eo) (Entered: 05/03/2016) |
| 05/09/2016 | 106 | Supplemental Proposed Jury Instructions by Steven Douglas Rockett (Payment, Chelsea) (Entered: 05/09/2016) |
| 05/09/2016 | 107 | |

Motion in Limine to Exclude Hearsay Statements by Defendant Steven Douglas Rockett. (Payment, Chelsea) (Entered: 05/09/2016)

| | | |
|---|---|---|
| 05/09/2016 | 108 | Objections to 84 filed by USA as to Steven Douglas Rockett Government's Objections to Defendant's Proposed Jury Instructions (Sussman, Gary) (Entered: 05/09/2016) |
| 05/09/2016 | 109 | Objections filed by USA as to Steven Douglas Rockett Government's Objections to Defendant's Requested Voir Dire (Sussman, Gary) (Entered: 05/09/2016) |
| 05/09/2016 | 110 | Response to Motion by USA as to Steven Douglas Rockett regarding Motion in Limine 88 filed by Defendant Steven Douglas Rockett, Motion in Limine 90 filed by Defendant Steven Douglas Rockett Government's Combined Response to Defendant's Motions in Limine (Sussman, Gary) (Entered: 05/09/2016) |
| 05/09/2016 | 111 | Response to Motion by USA as to Steven Douglas Rockett regarding Motion in Limine 89 filed by Defendant Steven Douglas Rockett Response to Defendant's Motion in Limine to Exclude Evidence Recovered from Unallocated Space, Deleted Trash, and RAR Files (Sussman, Gary) (Entered: 05/09/2016) |
| 05/10/2016 | 112 | Defendant's Amended Proposed Jury Instructions by Steven Douglas Rockett (Payment, Chelsea) (Entered: 05/10/2016) |
| 05/10/2016 | 113 | Response to 111 by Steven Douglas Rockett (Payment, Chelsea) (Entered: 05/10/2016) |
| 05/10/2016 | 114 | Defendant's Amended Proposed Voir Dire by Steven Douglas Rockett (Payment, Chelsea) (Entered: 05/10/2016) |
| 05/11/2016 | 115 | Exhibit List by Steven Douglas Rockett (Payment, Chelsea) (Entered: 05/11/2016) |
| 05/11/2016 | 116 | Minutes of Pretrial Conference before Judge Michael H. Simon as to Steven Douglas Rockett. Order - Defendant's Motion in Limine to Exclude Prior Convictions and Prior Bad Acts 88 is DEFERRED. Defendant's Motion in Limine to Exclude Evidence Recovered from Cache, Deleted Trash, and RAR Files 89 is DEFERRED pending review of evidence. Defendant's Motion in Limine to Limit Material Exhibited to Jury 90 is DEFERRED pending review of evidence. The Government's Motion in Limine to Preclude Evidence of Possible Punishment, or Defendant's State Sentence 99 is GRANTED. The Government's Motion for Protective Order With Respect to Child Victims/Witnesses Under 18 U.S.C. Section 3509 102 is GRANTED. Defendant's Motion in Limine 105 is DENIED with leave to RENEW. Defendant's Motion in Limine to Exclude Hearsay Statements 107 is DEFERRED. Counsel Present for Plaintiff: Gary Y. Sussman and Paul T. Maloney.Counsel Present for Defendant: Andrew D. Coit and Cheslea Payment.(Court Reporter Dennis Apodaca) (mja) Modified on 5/12/2016 to correct filer of (Dkt. 105 ) (mja). (Entered: 05/11/2016) |
| 05/13/2016 | 119 | Motion to Amend/Correct Second Motion for Subpoenas and Witness Fees at Government's Expense 117 filed by Steven Douglas Rockett by Defendant Steven Douglas Rockett. (Attachments: # 1 Attachment Subpoena (Amended), # 2 Attachment Subpoena) (Payment, Chelsea) (Entered: 05/13/2016) |
| 05/13/2016 | 120 | ORDER - Granting Defendant's Motion for Subpoenas and Witness Fees at Government's Expense 119 as to Steven Douglas Rockett. Ordered by Judge Michael H. Simon. (mja) (Entered: 05/13/2016) |
| 05/14/2016 | 121 | Order on Pretrial Motions and Objections - The Court's rulings on pretrial motions and objections filed by the parties are set forth in this order. Signed on 5/14/2016 by Judge Michael H. Simon. (mja) Modified on 5/17/2016 (sm). (Entered: 05/14/2016) |
| 05/15/2016 | 124 | Notice by USA as to Steven Douglas Rockett Supplemental Notice of Intent to Introduce Other Acts Evidence Under FRE 404(b) (Sussman, Gary) (Entered: 05/15/2016) |
| 05/16/2016 | 126 | Amended Witness List by Steven Douglas Rockett (Payment, Chelsea) (Entered: 05/16/2016) |
| 05/16/2016 | 128 | Minutes of First day of Jury Trial before Judge Michael H. Simon as to Steven Douglas Rockett. Voir dire conducted. 14 jurors selected and sworn. Jury given preliminary instructions. Court recess until 5/17/2016. Counsel Present for Plaintiff: Paul T. Maloney and Gary Y. Sussman.Counsel Present for Defendant: Andrew D. Coit and Cheslea Payment.(Court Reporter Dennis Apodaca)(mja) (Entered: 05/17/2016) |
| 05/17/2016 | 127 | Amended Exhibit List by USA as to Steven Douglas Rockett (Maloney, Paul) (Entered: 05/17/2016) |
| 05/17/2016 | 129 | Pretrial Memorandum filed by USA as to Steven Douglas Rockett Government's Memorandum on a Cautionary Instruction Under Fed R Evid 414 (Sussman, Gary) (Entered: 05/17/2016) |
| 05/17/2016 | 130 | Minutes of Second Day of Jury Trial before Judge Michael H. Simon as to Steven Douglas Rockett. Opening statements presented by the parties. Witnesses sworn and evidence adduced. Court recess until 5/18/2016Counsel Present for Plaintiff: Paul T. Maloney and Gary Y. Sussman.Counsel Present for Defendant: Andrew D. Coit and Cheslea Payment.(Court Reporter Dennis Apodaca) (Witness Interpreters: Lilly May Abella and Angelo Abella). (mja) (Entered: 05/18/2016) |

| | | |
|---|---|---|
| 05/18/2016 | 131 | Minutes of Third Day of Jury Trial before Judge Michael H. Simon as to Steven Douglas Rockett. Witnesses sworn and evidence adduced. Court recesses until 5/19/2016. Counsel Present for Plaintiff: Paul T. Maloney and Gary Y. Sussman. Counsel Present for Defendant: Andrew D. Coit and Cheslea Payment. (Court Reporter Dennis Apodaca) (mja) (Entered: 05/20/2016) |
| 05/19/2016 | 132 | Minutes of Fourth day of Jury Trial before Judge Michael H. Simon as to Steven Douglas Rockett. Witnesses sworn and evidence adduced. Court recesses until 5/20/2016. Counsel Present for Plaintiff: Paul T. Maloney and Gary Y. Sussman. Counsel Present for Defendant: Andrew D. Coit and Cheslea Payment. (Court Reporter Dennis Apodaca) (mja) (Entered: 05/20/2016) |
| 05/20/2016 | 133 | Minutes of Fifth Day of Jury Trial before Judge Michael H. Simon as to Steven Douglas Rockett. Witnesses sworn and evidence adduced. Court recesses until 5/23/2016. Counsel Present for Plaintiff: Paul T. Maloney and Gary Y. Sussman.Counsel Present for Defendant: Andrew D. Coit and Cheslea Payment.(Court Reporter Dennis Apodaca) (mja) (Entered: 05/20/2016) |
| 05/23/2016 | 134 | Minutes of Sixth Day of Jury Trial before Judge Michael H. Simon as to Steven Douglas Rockett. Witnesses sworn and evidence adduced. The Government's oral motion to dismiss Count 3 of the Superseding Indictment is GRANTED. The Government rests. Court recesses until 5/24/2016. Counsel Present for Plaintiff: Paul T. Maloney and Gary Y. Sussman.Counsel Present for Defendant: Andrew D. Coit and Cheslea Payment.(Court Reporter Dennis Apodaca) (mja) (Entered: 05/24/2016) |
| 05/24/2016 | 135 | Minutes of Seventh Day of Jury Trial before Judge Michael H. Simon as to Defendant Steven Douglas Rockett. Witnesses sworn and evidence adduced. Defendant rests. Defendant's oral motion for judgment of acquittal as to Counts 4, 5, 7, 8, & 9 is DENIED. Closing arguments held. Jury instructed and begins deliberations. Order - 12 juror lunches ordered from the Farmhouse Cafe. Jury returns a verdict of guilty as to Counts 1, 2, 4, 5, 6, 7, 8, & 9. Jury polled. Order - Setting Sentencing for 8/30/2016 at 10:00AM in Portland, Courtroom 13B, before Judge Michael H. Simon. See formal verdict form and clerk's list of exhibits and witnesses. Counsel Present for Plaintiff: Paul T. Maloney and Gary Y. Sussman.Counsel Present for Defendant: Andrew D. Coit and Cheslea Payment.(Court Reporter Dennis Apodaca) (mja) (Entered: 05/25/2016) |
| 05/24/2016 | 143 | Jury Instructions as to Steven Douglas Rockett (mja) (Entered: 05/25/2016) |
| 05/24/2016 | 144 | Order Extending Term of Service of Jurors as to Steven Douglas Rockett. Signed on 5/24/2016 by Judge Michael H. Simon. (mja) (Entered: 05/25/2016) |
| 05/25/2016 | 136 | Jury Verdict as to Steven Douglas Rockett (1). Guilty on Count 1, 2, 4, 5, 6, 7, 8, & 9. (mja) Modified on 5/31/2016 correct filing date (mja). (Entered: 05/25/2016) |
| 05/25/2016 | 137 | Jury Verdict Unredacted Version Filed Under Seal as to Steven Douglas Rockett (mja) (Entered: 05/25/2016) |
| 05/25/2016 | 138 | Clerk's List of Witnesses and Exhibits as to Steven Douglas Rockett (mja) (Entered: 05/25/2016) |
| 05/25/2016 | 139 | Jury Notes - Court Exhibits A, B, C, F, & G as to Steven Douglas Rockett (mja) (Entered: 05/25/2016) |
| 05/25/2016 | 140 | Jury Notes - Court Exhibits A, B, C, F, & G. Unredacted Version Court Exhibits Filed Under Seal as to Steven Douglas Rockett (mja) (Entered: 05/25/2016) |
| 05/25/2016 | 141 | Court Exhibit D as to Steven Douglas Rockett (mja) (Entered: 05/25/2016) |
| 05/25/2016 | 142 | Court Exhibit E as to Steven Douglas Rockett (mja) (Entered: 05/25/2016) |
| 07/21/2016 | 145 | Scheduling Order as to Steven Douglas Rockett. Order - Due to a conflict in the Court's schedule, the Court is resetting the sentencing hearing from 8/30/2016 to 9/8/2016 at 02:00PM in Portland, Courtroom 13B, before Judge Michael H. Simon. Ordered by Judge Michael H. Simon. (mja) (Entered: 07/21/2016) |
| 08/31/2016 | 147 | Sentencing Memorandum filed by USA as to Steven Douglas Rockett (Attachments: # 1 Exhibit A) (Maloney, Paul) (Entered: 08/31/2016) |
| 09/02/2016 | 148 | Sentencing Memorandum by Steven Douglas Rockett (Payment, Chelsea) (Entered: 09/02/2016) |
| 09/08/2016 | 149 | CORRECTED - Minutes of Sentencing Hearing before Judge Michael H. Simon as to Defendant Steven Douglas Rockett. Defendant's oral motion to withdraw counsel of record is GRANTED. Andrew D. Coit, Thomas C. Borton and Chelsea B. Payment are relieved as counsel of record. See Formal Judgment. Defendant advised of right to appeal. Counsel Present for Plaintiff: Paul T. Maloney and Gary Y. Sussman. Counsel Present for Defendant: Andrew D. Coit and Cheslea Payment.(Court Reporter Dennis Apodaca) (mja) Modified on 10/6/2016 to add oral motion to withdraw as stated on the record. (mja). (Entered: 09/09/2016) |
| 09/13/2016 | 150 | Preliminary Order of Forfeiture and Final Order of Forfeiture as to Steven Douglas Rockett. Signed on 9/13/2016 by Judge Michael H. Simon. (mja) (Entered: 09/13/2016) |
| 09/13/2016 | 151 | Judgment & Commitment as to Steven Douglas Rockett (1), Count(s) 1-4, 11s, 1s, 2s-6s, 3ss, 5, 7s-10s, Dismissed on the motion of the United States.; Count(s) 1ss, SENTENCING DATE: |

SER 142

9/8/2016; IMPRISONMENT: one hundred-eighty (180) months, said sentence to be served consecutively to the sentence imposed in Washington County Case Nos. C131929Cr and C132673Cr.; Count(s) 2ss, SENTENCING DATE: 9/8/2016; IMPRISONMENT: one hundred-eighty (180) months, said sentence to be served concurrently with the sentence imposed in Count 1, and consecutively to the sentence imposed in Washington County Case Nos. C131929Cr and C132673Cr.; Count(s) 4ss, SENTENCING DATE: 9/8/2016; IMPRISONMENT: one hundred-eighty (180) months, said sentence to be served concurrently with the sentence imposed in Count 1, and consecutively to the sentence imposed in Washington County Case Nos. C131929Cr and C132673Cr.; Count(s) 5ss, SENTENCING DATE: 9/8/2016; IMPRISONMENT: one hundred-eighty (180) months, said sentence to be served concurrently with the sentence imposed in Count 1, and consecutively to the sentence imposed in Washington County Case Nos. C131929Cr and C132673Cr.; Count(s) 6ss, SENTENCING DATE: 9/8/2016; IMPRISONMENT: One hundred-eighty (180) months, said sentence to be served consecutively to all counts and concurrent to the sentence imposed in Washington County Case Nos. C131929Cr and C132673Cr.; Count(s) 7ss-8ss, SENTENCING DATE: 9/8/2016; IMPRISONMENT: One hundred-eighty (180) months, said sentence to be service consecutively to all counts and consecutively to the sentence imposed in Washington County Case Nos. CI31929Cr and C132673Cr; SUPERVISED RELEASE: LIFE; Count(s) 9ss, SENTENCING DATE: 9/8/2016; IMPRISONMENT: eighty-four months (84) months, said sentence to be served concurrently with all counts and concurrently to the sentence imposed in Washington County Case Nos. C131929Cr and CI32673Cr.; SUPERVISED RELEASE: LIFE; SPECIAL ASSESSMENT: $800.00 total; RESTITUTION: TBD within 90 Days Signed on 9/13/2016 by Judge Michael H. Simon. (sss) (Entered: 09/14/2016)

| | | |
|---|---|---|
| 09/13/2016 | 152 | Statement of Reasons as to Steven Douglas Rockett (NOTE: This document is filed under seal and access is restricted to counsel of record) signed on 9/13/2016 by Judge Michael H. Simon. (sss) (Entered: 09/14/2016) |
| 09/13/2016 | 153 | Notice of Appeal to the USCA for the 9th Circuit by Steven Douglas Rockett regarding Judgment & Commitment, 151 (sss) (Entered: 09/14/2016) |
| 09/15/2016 | | USCA-9th Circuit Case Number as to Steven Douglas Rockett 16-30213 for Notice of Appeal 153 filed by Steven Douglas Rockett. (jtj) (Entered: 09/15/2016) |
| 10/05/2016 | 154 | Order - Defendant's counsel, Andrew D. Coit, Thomas C. Borton and Chelsea B. Payment are relieved as counsel of record. The Federal Public Defender's Office is directed to appoint an appellate attorney from the CJA Panel to represent the Defendant regarding the Notice of Appeal filed in this matter. Ordered by Judge Michael H. Simon. (mja) (Entered: 10/05/2016) |
| 10/26/2016 | 155 | Transcript Designation and Order Form by Steven Douglas Rockett for the hearing held on 11/5/14; 5/4/15; 1/13/16; 3/31/16; 5/11/16; 5/16 - 5/24/16; 9/8/16 before Judge Simon Court Reporter: Dennis Apodaca USCA # 16-30213. Transcript is due by 11/28/2016. (Schatz, Christopher) (Entered: 10/26/2016) |
| 10/31/2016 | 156 | Order of USCA-9th Circuit as to Steven Douglas Rockett regarding Notice of Appeal 153 USCA # 16-30213. The appellant's unopposed motion (docket entry 9) for an extension of time in which to file the opening brief and to amend the due dates for the designation and filing of the transcripts is granted. If he has not already done so, the appellant shall file the transcript designation order at the district court on or before November 1, 2016. The court reporter shall file the transcripts on or before January 3, 2017. The opening brief is due May 17, 2017. The answering brief is due June 16, 2017. The optional reply brief is due within 14 days after service of the answering brief. (jtj) (Entered: 10/31/2016) |
| 11/15/2016 | 157 | Notice by USA as to Steven Douglas Rockett Notice of Publication of Criminal Forfeiture (Attachments: # 1 Exhibit, # 2 Attachment) (Potter, Amy) (Entered: 11/15/2016) |
| 11/28/2016 | 158 | Scheduling Order as to Steven Douglas Rockett. Order - At the Government's unopposed request, the Court is extending the deadline for the determination of restitution from 12/17/2016 to 1/11/2017. Ordered by Judge Michael H. Simon. (mja) Modified to correct typo on 11/30/2016 (sss). (Entered: 11/28/2016) |
| 11/28/2016 | 159 | Motion for Forfeiture Motion for Entry of a Final Order of Forfeiture filed by USA as to Defendant Steven Douglas Rockett. (Potter, Amy) (Entered: 11/28/2016) |
| 11/29/2016 | 160 | Final Order of Forfeiture as to Steven Douglas Rockett. Signed on 11/29/2016 by Judge Michael H. Simon. (mja) (Entered: 11/29/2016) |
| 12/01/2016 | 161 | OFFICIAL COURT TRANSCRIPT OF PROCEEDINGS FILED Motion Hearing as to Defendant Steven Douglas Rockett for date of November 5, 2014 before Judge Michael H. Simon, Court Reporter Dennis W. Apodaca, telephone number (503) 326-8182 or dennis_apodaca@ord.uscourts.gov. Transcript may be viewed at Court's public terminal or purchased from the Court Reporter/Transcriber after the deadline for Release of Transcript Restriction. Afterwards it may be obtained through PACER-See Policy at ord.uscourts.gov. Notice of Intent to Redact Transcript is due by 12/12/2016. Redaction Request due 12/27/2016. Redacted Transcript Deadline set for |

1/6/2017. Release of Transcript Restriction set for 3/6/2017.' (Apodaca, Dennis) (Entered: 12/01/2016)

| 12/01/2016 | 162 | OFFICIAL COURT TRANSCRIPT OF PROCEEDINGS FILED Motion Hearing as to Defendant Steven Douglas Rockett for date of May 4, 2015 before Judge Michael H. Simon, Court Reporter Dennis W. Apodaca, telephone number (503) 326-8182 or dennis_apodaca@ord.uscourts.gov. Transcript may be viewed at Court's public terminal or purchased from the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. Afterwards it may be obtained through PACER-See Policy at ord.uscourts.gov. Notice of Intent to Redact Transcript is due by 12/12/2016. Redaction Request due 12/27/2016. Redacted Transcript Deadline set for 1/6/2017. Release of Transcript Restriction set for 3/6/2017. (Apodaca, Dennis) (Entered: 12/01/2016) |

| 12/01/2016 | 163 | OFFICIAL COURT TRANSCRIPT OF PROCEEDINGS FILED Motion Hearing as to Defendant Steven Douglas Rockett for date of January 13, 2016 before Judge Michael H. Simon, Court Reporter Dennis W. Apodaca, telephone number (503) 326-8182 or dennis_apodaca@ord.uscourts.gov. Transcript may be viewed at Court's public terminal or purchased from the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. Afterwards it may be obtained through PACER-See Policy at ord.uscourts.gov. Notice of Intent to Redact Transcript is due by 12/12/2016. Redaction Request due 12/27/2016. Redacted Transcript Deadline set for 1/6/2017. Release of Transcript Restriction set for 3/6/2017. (Apodaca, Dennis) (Entered: 12/01/2016) |

| 12/01/2016 | 164 | OFFICIAL COURT TRANSCRIPT OF PROCEEDINGS FILED Motion Hearing as to Defendant Steven Douglas Rockett for date of March 31, 2016 before Judge Michael H. Simon, Court Reporter Dennis W. Apodaca, telephone number (503) 326-8182 or dennis_apodaca@ord.uscourts.gov. Transcript may be viewed at Court's public terminal or purchased from the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. Afterwards it may be obtained through PACER-See Policy at ord.uscourts.gov. Notice of Intent to Redact Transcript is due by 12/12/2016. Redaction Request due 12/27/2016. Redacted Transcript Deadline set for 1/6/2017. Release of Transcript Restriction set for 3/6/2017. (Apodaca, Dennis) (Entered: 12/01/2016) |

| 12/01/2016 | 165 | OFFICIAL COURT TRANSCRIPT OF PROCEEDINGS FILED Pretrial Conference Hearing as to Defendant Steven Douglas Rockett for date of May 11, 2016 before Judge Michael H. Simon, Court Reporter Dennis W. Apodaca, telephone number (503) 326-8182 or dennis_apodaca@ord.uscourts.gov. Transcript may be viewed at Court's public terminal or purchased from the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. Afterwards it may be obtained through PACER-See Policy at ord.uscourts.gov. Notice of Intent to Redact Transcript is due by 12/12/2016. Redaction Request due 12/27/2016. Redacted Transcript Deadline set for 1/6/2017. Release of Transcript Restriction set for 3/6/2017. (Apodaca, Dennis) (Entered: 12/01/2016) |

| 12/01/2016 | 166 | OFFICIAL COURT TRANSCRIPT OF PROCEEDINGS FILED Jury Trial - Volume 1 as to Defendant Steven Douglas Rockett for date of May 16, 2016 before Judge Michael H. Simon, Court Reporter Dennis W. Apodaca, telephone number (503) 326-8182 or dennis_apodaca@ord.uscourts.gov. Transcript may be viewed at Court's public terminal or purchased from the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. Afterwards it may be obtained through PACER-See Policy at ord.uscourts.gov. Notice of Intent to Redact Transcript is due by 12/12/2016. Redaction Request due 12/27/2016. Redacted Transcript Deadline set for 1/6/2017. Release of Transcript Restriction set for 3/6/2017. (Apodaca, Dennis) (Entered: 12/01/2016) |

| 12/01/2016 | 167 | OFFICIAL COURT TRANSCRIPT OF PROCEEDINGS FILED Jury Trial - Volume 2 as to Defendant Steven Douglas Rockett for date of May 17, 2016 before Judge Michael H. Simon, Court Reporter Dennis W. Apodaca, telephone number (503) 326-8182 or dennis_apodaca@ord.uscourts.gov. Transcript may be viewed at Court's public terminal or purchased from the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. Afterwards it may be obtained through PACER-See Policy at ord.uscourts.gov. Notice of Intent to Redact Transcript is due by 12/12/2016. Redaction Request due 12/27/2016. Redacted Transcript Deadline set for 1/6/2017. Release of Transcript Restriction set for 3/6/2017. (Apodaca, Dennis) (Entered: 12/01/2016) |

| 12/01/2016 | 168 | OFFICIAL COURT TRANSCRIPT OF PROCEEDINGS FILED Jury Trial - Volume 3 as to Defendant Steven Douglas Rockett for date of May 18, 2016 before Judge Michael H. Simon, Court Reporter Dennis W. Apodaca, telephone number (503) 326-8182 or dennis_apodaca@ord.uscourts.gov. Transcript may be viewed at Court's public terminal or purchased from the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. Afterwards it may be obtained through PACER-See Policy at ord.uscourts.gov. Notice of Intent to Redact Transcript is due by 12/12/2016. Redaction Request due 12/27/2016. Redacted Transcript Deadline set for 1/6/2017. Release of Transcript Restriction set for 3/6/2017. (Apodaca, Dennis) (Entered: 12/01/2016) |

**SER 144**

| 12/01/2016 | 169 | |

OFFICIAL COURT TRANSCRIPT OF PROCEEDINGS FILED Jury Trial - Volume 4 as to Defendant Steven Douglas Rockett for date of May 19, 2016 before Judge Michael H. Simon, Court Reporter Dennis W. Apodaca, telephone number (503) 326-8182 or dennis_apodaca@ord.uscourts.gov. Transcript may be viewed at Court's public terminal or purchased from the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. Afterwards it may be obtained through PACER-See Policy at ord.uscourts.gov. Notice of Intent to Redact Transcript is due by 12/12/2016. Redaction Request due 12/27/2016. Redacted Transcript Deadline set for 1/6/2017. Release of Transcript Restriction set for 3/6/2017. (Apodaca, Dennis) (Entered: 12/01/2016)

| | | |
|---|---|---|
| 12/01/2016 | 170 | OFFICIAL COURT TRANSCRIPT OF PROCEEDINGS FILED Jury Trial - Volume 5 as to Defendant Steven Douglas Rockett for date of May 20, 2016 before Judge Michael H. Simon, Court Reporter Dennis W. Apodaca, telephone number (503) 326-8182 or dennis_apodaca@ord.uscourts.gov. NOTE: THIS DOCUMENT HAS BEEN FILED UNDER SEAL (Apodaca, Dennis) (Entered: 12/01/2016) |
| 12/01/2016 | 171 | OFFICIAL COURT TRANSCRIPT OF PROCEEDINGS FILED Jury Trial - Volume 6 as to Defendant Steven Douglas Rockett for date of May 23, 2016 before Judge Michael H. Simon, Court Reporter Dennis W. Apodaca, telephone number (503) 326-8182 or dennis_apodaca@ord.uscourts.gov. Transcript may be viewed at Court's public terminal or purchased from the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. Notice of Intent to Redact Transcript is due by 12/12/2016. Redaction Request due 12/27/2016. Redacted Transcript Deadline set for 1/6/2017. Release of Transcript Restriction set for 3/6/2017. (Apodaca, Dennis) (Entered: 12/01/2016) |
| 12/01/2016 | 172 | OFFICIAL COURT TRANSCRIPT OF PROCEEDINGS FILED Jury Trial - Volume 7 as to Defendant Steven Douglas Rockett for date of May 24, 2016 before Judge Michael H. Simon, Court Reporter Dennis W. Apodaca, telephone number (503) 326-8182 or dennis_apodaca@ord.uscourts.gov. Transcript may be viewed at Court's public terminal or purchased from the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. Afterwards it may be obtained through PACER-See Policy at ord.uscourts.gov. Notice of Intent to Redact Transcript is due by 12/12/2016. Redaction Request due 12/27/2016. Redacted Transcript Deadline set for 1/6/2017. Release of Transcript Restriction set for 3/6/2017. (Apodaca, Dennis) (Entered: 12/01/2016) |
| 12/01/2016 | 173 | OFFICIAL COURT TRANSCRIPT OF PROCEEDINGS FILED Sentencing Hearing as to Defendant Steven Douglas Rockett for date of September 8, 2016 before Judge Michael H. Simon, Court Reporter Dennis W. Apodaca, telephone number (503) 326-8182 or dennis_apodaca@ord.uscourts.gov. Transcript may be viewed at Court's public terminal or purchased from the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. Afterwards it may be obtained through PACER-See Policy at ord.uscourts.gov. Notice of Intent to Redact Transcript is due by 12/12/2016. Redaction Request due 12/27/2016. Redacted Transcript Deadline set for 1/6/2017. Release of Transcript Restriction set for 3/6/2017. (Apodaca, Dennis) (Entered: 12/01/2016) |
| 01/12/2017 | 174 | Government's Supplemental Sentencing Memorandum on Restitution filed by USA as to Steven Douglas Rockett (Attachments: # 1 Exhibit A) (sss) (Entered: 01/17/2017) |
| 01/17/2017 | 177 | Government's Restitution Exhibits B-E by USA as to Steven Douglas Rockett regarding Government's Supplemental Sentencing Memorandum on Restitution 174 filed by Plaintiff USA, (DOCUMENT FILED UNDER SEAL) (sss) (Entered: 01/18/2017) |
| 01/25/2017 | 178 | Scheduling Order as to Steven Douglas Rockett. Order - At the parties' request, the Court is extending the deadline for Defendant to respond to the Government's restitution amount. Response is due by 2/8/2017. Ordered by Judge Michael H. Simon. (mja) (Entered: 01/25/2017) |
| 02/08/2017 | 179 | Supplemental Sentencing Memorandum by Steven Douglas Rockett on Restitution (Payment, Chelsea) (Entered: 02/08/2017) |
| 02/28/2017 | 180 | Supplemental Sentencing Memorandum filed by USA as to Steven Douglas Rockett (Government's Second Supplemental Sentencing Memorandum on Restitution) (Attachments: # 1 Exhibit F, # 2 Exhibit G) (Maloney, Paul) (Entered: 02/28/2017) |
| 03/13/2017 | 182 | Scheduling Order as to Steven Douglas Rockett. Order - At the parties' request, the Court is setting a Restitution Hearing for 4/20/2017 at 05:00PM in Portland, Courtroom 13B, before Judge Michael H. Simon. Ordered by Judge Michael H. Simon. (mja) (Entered: 03/13/2017) |
| 04/20/2017 | 183 | Minutes of Restitution Hearing before Judge Michael H. Simon as to Steven Douglas Rockett. Government witness Josefa L. Harner sworn and examined. Government's Exhibits A through H are received. The parties shall submit supplemental briefing on the issues discussed on the record by May 4, 2017. Counsel Present for Plaintiff: Gary Y. Sussman and Paul T. Maloney.Counsel Present for Defendant: Andrew D. Coit and Chelsea B. Payment.(Court Reporter Dennis Apodaca) (mja) (Entered: 04/20/2017) |
| 05/04/2017 | 184 | |

**SER 145**

Order - At the Government's unopposed request, the Court is extending the deadline for the Government to file its supplemental briefing regarding restitution from 5/4/2017 to 5/18/2017. Ordered by Judge Michael H. Simon. (mja) (Entered: 05/04/2017)

| | | |
|---|---|---|
| 05/18/2017 | 185 | Supplemental Sentencing Memorandum filed by USA as to Steven Douglas Rockett Regarding Restitution (Maloney, Paul) (Entered: 05/18/2017) |
| 06/13/2017 | 186 | Order of USCA-9th Circuit as to Steven Douglas Rockett regarding Notice of Appeal 153 USCA # 16-30213. Appellee's unopposed motion (Docket Entry No. 16) for a 120-day extension of time to file the answering brief is granted. The answering brief is due October 16, 2017. The optional reply brief is due within 21 days after service of the answering brief. (jtj) (Entered: 06/13/2017) |
| 07/05/2017 | 187 | Notice of Attorney Substitution: Attorney Stephen R. Sady added for Steven Douglas Rockett in place and stead of Attorney Christopher J. Schatz. (Sady, Stephen) (Entered: 07/05/2017) |
| 08/22/2017 | 189 | Amended Judgment as to Steven Douglas Rockett (1), JUDGMENT AMENDED on 8/22/2017 for Modification of Restitution Order (See page 7 of this amended judgment for restitution information) Count(s) 1-4, 11s, 1s, 2s-6s, 3ss, 5, 7s-10s, Dismissed on the motion of the United States.; Count(s) 1ss, JUDGMENT AMENDED 8/22/2017 for Corrections : Modification of Restitution Order (See page 7 of this amended judgment for restitution information) SENTENCING DATE: 9/8/2016; IMPRISONMENT: one hundred-eighty (180) months, said sentence to be served consecutively to the sentence imposed in Washington County Case Nos. C131929Cr and C132673Cr.; SUPERVISED RELEASE: LIFE; SPECIAL ASSESSMENT: $800.00 total ; RESTITUTION: $22,800.00; Count(s) 2ss, JUDGMENT AMENDED 8/22/2017 for Corrections : Modification of Restitution Order (See page 7 of this amended judgment for restitution information); SENTENCING DATE: 9/8/2016; IMPRISONMENT: one hundred-eighty (180) months, said sentence to be served concurrently with the sentence imposed in Count 1, and consecutively to the sentence imposed in Washington County Case Nos. C131929Cr and C132673Cr.; SUPERVISED RELEASE: LIFE; SPECIAL ASSESSMENT: $800.00 total ; RESTITUTION: $22,800.00; Count(s) 4ss, JUDGMENT AMENDED 8/22/2017 for Corrections : Modification of Restitution Order (See page 7 of this amended judgment for restitution information); SENTENCING DATE: 9/8/2016; IMPRISONMENT: one hundred-eighty (180) months, said sentence to be served concurrently with the sentence imposed in Count 1, and consecutively to the sentence imposed in Washington County Case Nos. C131929Cr and C132673Cr.; SUPERVISED RELEASE: LIFE; SPECIAL ASSESSMENT: $800.00 total ; RESTITUTION: $22,800.00: Count(s) 5ss, JUDGMENT AMENDED 8/22/2017 for Corrections : Modification of Restitution Order (See page 7 of this amended judgment for restitution information); SENTENCING DATE: 9/8/2016; IMPRISONMENT: one hundred-eighty (180) months, said sentence to be served concurrently with the sentence imposed in Count 1, and consecutively to the sentence imposed in Washington County Case Nos. C131929Cr and C132673Cr.; SUPERVISED RELEASE: LIFE; SPECIAL ASSESSMENT: $800.00 total ; RESTITUTION: $22,800.00; Count(s) 6ss, JUDGMENT AMENDED 8/22/2017 for Corrections : Modification of Restitution Order (See page 7 of this amended judgment for restitution information); SENTENCING DATE: 9/8/2016; IMPRISONMENT: One hundred-eighty (180) months, said sentence to be served consecutively to all counts and concurrent to the sentence imposed in Washington County Case Nos. C131929Cr and C132673Cr.; SUPERVISED RELEASE: LIFE; SPECIAL ASSESSMENT: $800.00 total ; RESTITUTION: $22,800.00; Count(s) 7ss, JUDGMENT AMENDED 8/22/2017 for Corrections : Modification of Restitution Order (See page 7 of this amended judgment for restitution information); SENTENCING DATE: 9/8/2016; IMPRISONMENT: One hundred-eighty (180) months, said sentence to be service consecutively to all counts and consecutively to the sentence imposed in Washington County Case Nos. CI31929Cr and C132673Cr; SUPERVISED RELEASE: LIFE; SPECIAL ASSESSMENT: $800.00 total ; RESTITUTION: $22,800.00; Count(s) 8ss, JUDGMENT AMENDED 8/22/2017 for Corrections : Modification of Restitution Order (See page 7 of this amended judgment for restitution information); SENTENCING DATE: 9/8/2016; IMPRISONMENT: One hundred-eighty (180) months, said sentence to be service consecutively to all counts and consecutively to the sentence imposed in Washington County Case Nos. CI31929Cr and C132673Cr; SUPERVISED RELEASE: LIFE; SPECIAL ASSESSMENT: $800.00 total ; RESTITUTION: $22,800.00: Count(s) 9ss, JUDGMENT AMENDED 8/22/2017 for Corrections : Modification of Restitution Order (See page 7 of this amended judgment for restitution information): SENTENCING DATE: 9/8/2016; IMPRISONMENT: eighty-four months (84) months, said sentence to be served concurrently with all counts and concurrently to the sentence imposed in Washington County Case Nos. C131929Cr and CI32673Cr.; SUPERVISED RELEASE: LIFE; SPECIAL ASSESSMENT: $800.00 total; RESTITUTION: $22,800.00.Signed on 8/22/2017 by Judge Michael H. Simon. (sss) (Document replaced on 10/2/2017 to correct typographical error that used a period instead of a comma in the restitution amount on page 7. Amount changed from $22.800.00 to $22,800.00.) (eo) (Entered: 08/24/2017) |
| 08/22/2017 | 190 | Amended Statement of Reasons as to Steven Douglas Rockett (NOTE: This document is filed under seal and access is restricted to counsel of record) signed on 8/22/2017 by Judge Michael H. Simon. (sss) (Entered: 08/24/2017) |

| | | |
|---|---|---|
| 08/28/2017 | 191 | Notice of Appeal to the USCA for the 9th Circuit by Steven Douglas Rockett regarding Amended Judgment,,,,,,,,,,,,,,,,, 189 (fee waiver status selected (IFP)) (Sady, Stephen) (Entered: 08/28/2017) |
| 08/29/2017 | | USCA-9th Circuit Case Number as to Steven Douglas Rockett 17-30167 for Notice of Appeal 191] filed by Steven Douglas Rockett. (jtj) (Entered: 08/29/2017) |
| 09/18/2017 | 192 | Transcript Designation and Order Form by Steven Douglas Rockett regarding Notice of Appeal 191 USCA # 17-30167. Transcript is due by 10/18/2017. (Sady, Stephen) (Entered: 09/18/2017) |
| 10/09/2017 | 193 | OFFICIAL COURT TRANSCRIPT OF PROCEEDINGS FILED Restitution Hearing as to Defendant Steven Douglas Rockett for date of April 20, 2017 before Judge Michael H. Simon, Court Reporter Dennis W. Apodaca, telephone number (503) 326-8182 or dennis_apodaca@ord.uscourts.gov. Transcript may be viewed at Court's public terminal or purchased from the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. Afterwards it may be obtained through PACER-See Policy at ord.uscourts.gov. Notice of Intent to Redact Transcript is due by 10/16/2017. Redaction Request due 10/30/2017. Redacted Transcript Deadline set for 11/9/2017. Release of Transcript Restriction set for 1/8/2018. (Apodaca, Dennis) (Entered: 10/09/2017) |
| 10/25/2017 | 194 | Order of USCA-9th Circuit as to Steven Douglas Rockett regarding Notice of Appeal 153 USCA # 16-30213. Appellee's unopposed motion to file volume 3 of the supplemental excerpts of record under seal (Docket Entry No. 22) is granted. The Clerk shall file volume 3 of the supplemental excerpts of record under seal, and shall file the answering brief and volumes 1 and 2 of the supplemental excerpts of record publicly. The existing briefing schedule shall continue in effect. The pending motion to transmit exhibit (Docket Entry No. 23) will be addressed in a separate order. (jtj) (Entered: 10/25/2017) |

Copyright © 2018 LexisNexis CourtLink, Inc. All rights reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

| 9th Circuit Case Number(s) | 17-30167 |
|---|---|

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## CERTIFICATE OF SERVICE

### When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date)   1/22/2018   .

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format) | s/Gary Y. Sussman

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## CERTIFICATE OF SERVICE

### When <u>Not</u> All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date)   .

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature (use "s/" format)